**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-80173-RLR**

**UNITED STATES OF AMERICA**

vs.

**GREGORY MALCOLM GOOD and**
**WILLIAM MICHAEL SPEARMAN,**

      **Defendants.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Marx P. Calderón, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                              Respectfully submitted,

                              **JUAN ANTONIO GONZALEZ**
                              **UNITED STATES ATTORNEY**

               By:    *s/ Marx P. Calderón*
                      Marx P. Calderón
                      Assistant United States Attorney
                      Court ID No. A5502700
                      99 N.E. 4th Street, 7th Floor
                      Miami FL, 33132-2111
                      Telephone: (305) 961-9036
                      E-mail: Marx.Calderon@usdoj.gov