UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 22-80173-CR-Cannon

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY MALCOLM GOOD and
WILLIAM MICHAEL SPEARMAN,

    Defendants.
_____/

## UNOPPOSED AND AGREED JOINT MOTION FOR TRIAL CONTINUANCE

    The Defendant, Gregory Malcolm Good, by and through his undersigned counsel, James S. Benjamin, Esquire; Defendant William Michael Spearman, by and through his undersigned counsel, Scott Berry, Esquire; and joined by the United States of America, by and through Assistant United States Attorney Gregory Schiller, move this Honorable Court for a continuance of the trial in this matter and to extend the time for filing motions, and as grounds therefore, would state as follows:

    1. The Defendants are charged in a three count Superceding Indictment with Count 1 with Conspiracy to Advertise Child Pornography; Count 2 with Conspiracy to Distribute Child Pornography; and Defendant Spearman is charged in Count 3 with Engaging in Child Exploitation Enterprise.

2. As to Defendant Gregory Good, he was arraigned on the Superceding Indictment on November 18, 2022. The Government filed their response to the Standing Discovery Order on December 2, 2022, and discovery was received on December 5, 2022.

3. As to Defendant William Spearman, he is scheduled to be arraigned on January 3, 2023.

4. On November 28, 2022, this Court entered its Order setting Trial date as to Gregory Good, setting a motion cutoff date of December 22, 2022; Calendar Call on January 10, 2023; and trial period beginning January 17, 2023.

5. Counsel for Gregory Good filed an Unopposed Motion for Continuance on December 19, 2022 [ECF No. 23]. An Order was entered on December 20, 2022 [ECF 29], denying the Motion without prejudice, stating that counsel shall confer and file a joint motion, if warranted, on any continuance request.

6. The parties have conferred and are in agreement that a continuance is needed and the parties are requesting 150 days.

7. The discovery is voluminous and includes devices and server data that may require an expert to review and analyze.

8. The Defendants, Gregory Good and William Spearman have been advised by their respective counsel of their rights pursuant to the Speedy Trial Act, 18 U.S.C. 3161 and those criteria and other factors set forth in Zedner v. United States, 547 U.S. 489 126 S.Ct 1976, 164 L.Ed.2d 749 (2006) by the Supreme Court of the United States. The Defendants agree with this continuance and hereby waiver their speedy trial rights.

9. Counsel has conferred with Assistant US Attorney Gregory Schiller, who advised he has no objection and joins in this requested continuance.

WHEREFORE, the Defendants, with the agreement of the United States, jointly request a continuance of 150 days from the presently set dates in this Court's scheduling Order.

/s/ James S. Benjamin
JAMES S. BENJAMIN, Esq.
Benjamin, Aaronson, Edinger & Patanzo P.A.
1700 East Las Olas Blvd., Suite 202
Fort Lauderdale, Florida 33301
(954) 779-1700
Jamie@BenjaminAaronson.com
Fla. Bar No.: 293245
*Attorney for Gregory Good*

SCOTT BERRY, Esq.
Assistant Federal Public Defender
450 South Australian Avenue, Suite 500
West Palm Beach FL 33401
(561) 833-6288
Scott_Berry@fd.org
*Attorney for William Spearman*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the CM/ECF system and that a copy was furnished, through the system, to all parties of record, this 23rd day of December, 2022.

/s/ James S. Benjamin
JAMES S. BENJAMIN