UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 22-80173-CR-Cannon

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GREGORY MALCOLM GOOD and
WILLIAM MICHAEL SPEARMAN,
    Defendants.
_____/

### ORDER

THIS CAUSE, having come before the Court upon the Defendants, Gregory Malcom Good and William Spearman, Unopposed and Agreed Motion for Trial Continuance and the Court, having reviewed the issues and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendants' Joint Unopposed Motion for Trial Continuance is GRANTED.

DONE AND ORDERED in Fort Pierce, Florida, this _____ day of _____, 2022.

_____
THE HONORABLE EILEEN M. CANNON
United States District Judge

Copies furnished to:
Gregory Schiller, Asst. US Attorney

Scott Berry, Esq.
Counsel for Defendant Spearman

James S. Benjamin, Esq.
Gregory Malcolm Good