UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GREGORY MALCOLM GOOD**,
**WILLIAM MICHAEL SPEARMAN**

    Defendants.

_____/

**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE TRIAL
AND PRETRIAL DEADLINES**

**THIS CAUSE** comes before the Court upon Defendants' Joint Unopposed Motion to Continue Trial and Pretrial Deadlines [ECF No. 32]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is,

**ORDERED AND ADJUDGED** that the Motion to Continue Trial and Pretrial Deadlines [ECF No. 32] is **GRANTED IN PART** for the reasons stated in the Motion, including Defendants' acknowledgment that the period resulting from this continuance should be excluded under the Speedy Trial Act [ECF No. 32 ¶ 8]. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, April 18, 2023, at 1:45 p.m**. The case is set for **Jury Trial** during the two-week trial period that begins on **April 24, 2023**.

CASE NO. 22-80173-CR-CANNON

2. All pre-trial motions and motions *in limine* must be filed by **March 6, 2023**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Original Order Setting Trial [ECF No. 15] remain in effect unless otherwise specified in this Order.

4. The parties are reminded to adhere to the Court's Local Rules in all respects.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of December 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record