IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 22-80173-AMC

v.

William Micheal Spearman
_____
Defendant

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

I __William Spearman__ am charged by indictment with an offense or offenses under the United States Code.

I have received a copy of the indictment and the plea is **NOT GUILTY** to the charged offense(s).

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

12/22/22
Date

_____
Defendant       (Original Signature)

12/22/22
Date

_____
Counsel for Defendant   (Signature)

☐ Waiver Approved
☐ Waiver Denied

1/3/23
Date

_____
Judicial Officer   (Signature)