UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**WILLIAM SPEARMAN,**

    Defendant.
_____/

## ORDER GRANTING IN PART UNOPPOSED MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court on Defendant William Spearman's Unopposed Motion to Continue Trial [ECF No. 43]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 43] is **GRANTED IN PART** for the reasons stated in the Motion, including the acknowledgment in the Motion that any time between the date of this motion and the date of the date of the continued trial is excludable time from the speedy trial calculation [ECF No. 43 ¶ 43].[1] The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, May 16, 2023, at 1:45 pm.** The case is set for

---

[1] The Motion's request for a cancellation of deadlines with a status conference in 30–45 days is denied.

CASE NO. 22-80173-CR-CANNON

**Jury Trial** during the two-week trial period that begins **May 22, 2023**.

2. All pre-trial motions and motions *in limine* must be filed by **April 12, 2023**. Each party is limited to filing one motion *in limine*; **if there is more than one Defendant, Defendants shall file a combined motion**, although in the case of clear conflicts in positions, any Defendant may file a motion for leave to file separate pre-trial motions. Any requests for additional pages also must be made via a properly filed written motion, following conferral.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 15] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

5. **NO FURTHER CONTINUANCES WILL BE GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of February 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record