# JON-ROBERT MARSH

FBI Child Exploitation Operational Unit, Linthicum, MD ■ (410) 271-3903

## EDUCATION

**BS in Information Systems and Decision Sciences** 2002
- Louisiana State University, Baton Rouge, LA

## FORENSIC CERTIFICATIONS

**CFCE – Certified Forensic Computer Examiner** 2004 - Present
- International Association of Computer Investigative Specialists

**CART-FE – Computer Analysis Response Team Forensic Examiner** 2012 - 2020
- Federal Bureau of Investigation

**A+ – Network+ – Security+** 2010
- CompTIA

**DFCP – Digital Forensics Certified Practitioner** 2009
- Digital Forensics Certification Board

**EnCE – EnCase Certified Examiner** 2009
- Guidance Software, Inc

## WORK EXPERIENCE

FEDERAL BUREAU OF INVESTIGATION
**DATA SCIENTIST** 2021 – Present

- Conducts computer forensic extractions and analysis for the Child Exploitation Operational Unit, Violent Crimes Section, of the FBI Criminal Investigation Division.
- Responsible for onsite seizure of digital evidence pursuant to federal search warrants.
- Database Administrator and project manager overseeing the implementation of the FBI's centralized child victim identification Collaboration Server and the Child Exploitation Image Repository (CEIR).
- Conducts research and development into new software and hardware technologies relevant to the identification, seizure, and analysis of digital evidence and the investigation of high technology crimes.

FEDERAL BUREAU OF INVESTIGATION
**Information Technology Specialist – Forensic Examiner** 2010 – 2021

- Conducted computer forensic examinations for the Operational Technology Division, Digital Forensic Analysis Section at the Digital Analysis and Research Center (DARC).
- Responsible for onsite seizure of digital evidence pursuant to federal search warrants.
- Served as Team Leader responsible for case management, operational oversight, and quality assurance for a five-member team of examiners.
- Database Administrator and project manager overseeing the implementation of the FBI's centralized child victim identification Collaboration Server and the Child Exploitation Image Repository (CEIR).
- Technical Liaison to the 2016 Victim Identification Task Force operation at EUROPOL headquarters.
- Recipient of the 2017 Assistant Attorney General's award for Distinguished Service.

# JON-ROBERT MARSH

FBI Child Exploitation Operational Unit, Linthicum, MD ■ (410) 271-3903

---

DEPARTMENT OF DEFENSE COMPUTER FORENSIC LABORATORY (DCFL)
**Computer Forensic Examiner**                                                                 2008 – 2010

- Conducted computer forensic examinations in support of the Department of Defense Intrusion Investigations and Defense Industrial Base Information Assurance Program.
- Prepared detailed reports outlining the scope of malicious intrusions to include threat vectors, extent of entrenchment, and evidence of data exfiltration.
- Presented analysis reports to National Cyber Investigative Joint Task Force (NCIJTF) members.
- Directed the analysis of large dataset submissions by coordinating the efforts of a six-person team of forensic examiners, malware reverse engineers, forensic technicians, and evidence specialist.
- Provided subject matter expert testimony for courts martial of military personnel.

FEDERAL BUREAU OF INVESTIGATION
**Federal Taskforce Officer**                                                                 2005 – 2008

- Federally commissioned Law Enforcement Officer under titles 18 and 21 of the USC.
- Trained and annually re-certified by the FBI for undercover operations.
- Experienced in conducting covert on-site electronic data acquisitions and long-distance forensic examinations using mobile computer forensic equipment.
- Investigator and forensic examiner on numerous cases including domestic terrorism, national security threats, innocent images, abductions, runaways, sexual predators and various white-collar crimes; many of which have culminated with convictions in state and federal venues.

LOUISIANA STATE UNIVERSITY POLICE DEPARTMENT ■ BATON ROUGE, LA
**Director of Information Technology and Computer Forensics**                                 1999 – 2008
**Supervisor – Criminal Patrol Division**                                                     1996 – 1999
**Patrol Officer – Criminal Patrol Division**                                                 1994 – 1996

- Administrator of the LSU Computer Forensic Lab and served as a Digital Forensic Examiner.
- Consulted on criminal, civil and human resource related investigations and computer forensic examinations for numerous local, state and federal law enforcement agencies including the Federal Bureau of Investigation and the Louisiana 19th Judicial District Court Special Investigations Section.
- Provided computer forensics related subject matter expert testimony in the United States District Court for the Middle District of Louisiana.
- Systems and Network Administrator for the LSU Department of Public Safety information technology infrastructure, which was comprised of two Active Directory Domains and numerous Organizational Units spanning three Virtual Local Area Networks and served over 200 users.
- Designed, specified, procured and installed computer hardware and software solutions for the LSU Department of Public Safety and supervised the IT support staff.
- LSU Information Technology Policy Advisory Committee Executive Board member.
- Received a letter of commendation from the Director of the Strategic National Stockpile for role as Incident Commander of the Temporary Emergency Medical and Staging Area, a field hospital that operated in the weeks following hurricane Katrina. At over 800 beds, the operation became the largest acute care field hospital ever created in the United States.
- Served as operations section chief and executive board member for the LSU Emergency Operations Center
- Lead firearms instructor and range master.
- Retired with 15 years of State Service at the rank of Police Captain.

# JON-ROBERT MARSH

FBI Child Exploitation Operational Unit, Linthicum, MD ■ (410) 271-3903

**PROFESSIONAL TRAINING**

| | |
|---|---|
| RAM Capture and Analysis<br>    IACIS, Orlando, FL | 2022 |
| Magnet Axiom Examinations<br>    Online | 2022 |
| Advanced Practices in Mac Forensics<br>    IACIS, Orlando, FL | 2021 |
| Best Practices in Mac Forensics, Macintosh Forensic Survival Course.<br>    IACIS, Orlando, FL | 2021 |
| BlackBag Essential Forensic Techniques for Apple/Macintosh.<br>    BlackBag Technologies, Albuquerque, NM | 2018 |
| Advanced Mobile Device Seizure and Analysis<br>    Federal Bureau of Investigation, Huntsville, AL | 2017 |
| Navigating EnCase Version 8<br>    Guidance Software, Ottawa, ON, Canada | 2017 |
| International Child Sexual Exploitation (ICSE) Database Training<br>    INTERPOL, Baltimore, MD | 2016 |
| Senior Digital Forensic Examiner Moot Court Exercises<br>    Federal Bureau of Investigation, Williamsburg, VA | 2015 |
| X-Ways for Forensic Examiners<br>    Federal Bureau of Investigation, Quantico, VA | 2014 |
| Introduction to Malware Forensics<br>    Federal Bureau of Investigation, Linthicum, MD | 2014 |
| Cell Phone and GPS Imaging and Analysis<br>    Federal Bureau of Investigation, Quantico, VA | 2013 |
| Forensic Toolkit for Macintosh Operating Systems<br>    Access Data, Chicago, IL | 2013 |
| Netclean Analyze DI Certified Instructor Training<br>    Netclean, Fairfax, VA | 2012 |
| Digital Camera Imaging and Analysis<br>    Federal Bureau of Investigation, Quantico, VA | 2012 |
| Apple IOS Device Imaging and Analysis<br>    Federal Bureau of Investigation, Quantico, VA | 2012 |
| Computer Analysis Response Team Practicals<br>    Federal Bureau of Investigation, Quantico, VA | 2011 |
| Introduction to Computer Analysis Response Team Examinations<br>    Federal Bureau of Investigation, Quantico, VA | 2011 |
| Security + Boot Camp<br>    Netcom/CompTIA, Las Vegas, NV | 2010 |

# JON-ROBERT MARSH

FBI Child Exploitation Operational Unit, Linthicum, MD ■ (410) 271-3903

---

**PROFESSIONAL TRAINING (CONTINUED)**

| | |
|---|---|
| FTK 3.0 Windows Forensics - Vista<br>    AccessData, Sterling, VA | 2010 |
| FTK 3.0 Boot Camp<br>    AccessData, Sterling, VA | 2010 |
| FTK 3.0 Internet Forensics<br>    AccessData, Linthicum, MD | 2010 |
| A+ and Network+ Boot Camp<br>    Netcom/CompTIA, Las Vegas, NV | 2010 |
| Macintosh Forensic Examinations<br>    Defense Cyber Investigations Training Academy, Linthicum, MD | 2009 |
| Forensics and Intrusions in a Windows Environment<br>    Defense Cyber Investigations Training Academy, Linthicum, MD | 2008 |
| Windows Forensic Examinations - EnCase<br>    Defense Cyber Investigations Training Academy, Linthicum, MD | 2008 |
| Computer Incident Responders Course<br>    Defense Cyber Investigations Training Academy, Linthicum, MD | 2008 |
| Introduction to Networks and Computer Hardware<br>    Defense Cyber Investigations Training Academy, Linthicum, MD | 2008 |
| Project Safe Childhood National Conference<br>    US Department of Justice, St. Louis, MO | 2007 |
| EnCase Field Intelligence Model for Live Forensics<br>    Guidance Software, Sterling, VA | 2007 |
| Certified Forensic Computer Examiner Recertification<br>    Marshall University, Huntington, WV | 2007 |
| Project Safe Childhood National Conference<br>    US Department of Justice, Washington, D.C. | 2006 |
| EnCase Advanced Computer Forensic Course - Specialized Knowledge and Applications in Technology<br>    Guidance Software, Sterling, VA | 2006 |
| Internet Investigations for Innocent Images<br>    Federal Bureau of Investigation, Calverton, MD | 2006 |
| FBI Undercover Cyber Investigative Techniques and Resources<br>    Federal Bureau of Investigation, Calverton, MD | 2006 |
| Cell Phone Forensic Course<br>    Paraben Corporation, Orlando, FL | 2005 |
| FTK Boot Camp<br>    AccessData, Orlando, FL | 2005 |
| EnCase Intermediate Analysis and Reporting<br>    Guidance Software, Sterling, VA | 2005 |
| IACIS 2004 Training Conference<br>    International Association of Computer Forensic Investigative Specialists, Orlando, FL | 2004 |
| Ilook Investigator Basic Training Course<br>    Baton Rouge, LA | 2003 |

# JON-ROBERT MARSH

FBI Child Exploitation Operational Unit, Linthicum, MD ■ (410) 271-3903

---

### PROFESSIONAL TRAINING (CONTINUED)

IACIS – Certified Electronic Evidence Collection Specialist 2003
    Orlando, FL

EnCase Introduction to Computer Forensics 2002
    The Woodlands, TX

Law Enforcement Internet Course 2000
    U.S. Customs Service, New Orleans, LA

### PRESENTATIONS AND PUBLICATIONS

Panel discussion and lecture on "Electronic Discovery Issues" for the Baton Rouge Bar Association 2006 annual conference

Keynote Speaker on "Emerging Technologies in Computer Forensics" for the Louisiana Paralegal Association 2006

Guest Instructor for Louisiana State University Department of Information Systems and Decision Sciences from 2004 through 2007

### PROFESSIONAL AFFILIATIONS

International Association of Computer Investigative Specialists 2004 - Present
Full Member

Digital Forensics Certification Board 2009 - 2020
Founding Member

### RECENT EXPERT TESTIMONY

- *U.S. v. Nutt*
  United States District Court
  Middle District of Alabama
  Sentencing Hearing
  May 28, 2019

- *U.S. v. Konn*
  United States District Court
  Northern District of New York
  Criminal Trial
  April 29, 2014

- *U.S. v. Morales*
  United States Military Court
  Paris Island, South Carolina
  Court Martial
  October 1, 2009

- *U.S. v. Jacobs*
  United States Military Court
  Okinawa, Japan
  Court Martial
  October 16, 2009