# Joshua B. Storey

1301 New York Avenue N.W., 11th Floor
Washington, DC 20530
(202) 616-3188
Joshua.Storey@USDOJ.gov

---

| | | |
|---|---|---|
| **Experience** | **Digital Investigative Analyst**<br>**High Technology Investigative Unit**<br>**Child Exploitation and Obscenity Section**<br>**Criminal Division, U.S. Department of Justice** | 2014-Present<br>Washington, DC |

Conduct forensic analysis of seized computer systems, servers, mobile devices, and other media to provide investigative and analytical support to prosecutors and law enforcement agents. Conduct online investigations and analysis of Internet technologies used to commit federal child exploitation offenses. Conduct investigations of high technology crimes on the Internet. Develop and implement strategies for gathering and preserving electronic evidence. Use tools and other investigative techniques to document the contents of web sites, physical location, and other identifying information to produce concise and detailed reports. Prepare and serve appropriate legal process to electronic communication services and remote computer services associated with ongoing criminal investigations. Provide technical advice to prosecutors and federal law enforcement agents.

<u>Operation Ebenezer (2016-2019)</u>
Worked with Homeland Security Investigations (HSI) agents to develop and implement techniques to identify members of an online child exploitation community operating on an anonymous network. Responsibilities included automating the preservation of critical evidence, targeting, analyzing and parsing voluminous log records, and preparing investigative packets. Provided on-scene computer forensic support and prepared computer forensics reports.

| | | |
|---|---|---|
| **Professional Certifications** | Cellebrite Certified Physical Analyst (CCPA) | 2019 |
| | Cellebrite Certified Operator (CCO) | 2019 |
| | EnCase Certified Examiner (EnCe)<br>Guidance Software Inc. | 2022<br>2016 |
| | AccessData Certified Examiner (ACE)<br>Access Data Corporation | 2016<br>2013 |
| **Awards** | Assistant Attorney General's Award for Exceptional Service<br>Assistant Attorney General's Award for Exceptional Service<br>Assistant Attorney General's Award for Exceptional Service | 2023<br>2022<br>2019 |
| **Education** | M.S., Digital Forensics<br>University of Central Florida | 2014 |
| | B.S., Legal Studies<br>University of Central Florida | 2012 |
| **Professional Training** | National Law Enforcement Training on Child Exploitation (21 hours)<br>ICAC Task Force | 2022 |
| | Open Source Intelligence Training (32+ hours)<br>IntelTechniques | 2022 |
| | National Law Enforcement Training on Child Exploitation (21 hours) | 2021 |

| | | |
|---|---|---|
| | ICAC Task Force | |
| | National Child Protection Taskforce 2021 Virtual Conference (32 hours) | 2021 |
| | ICAC osTriage Basic Investigations (5 hours) | 2021 |
| | National Law Enforcement Training on Child Exploitation (21 hours)<br>ICAC Task Force | 2020 |
| | Cellebrite Certified Physical Analyst (21 hours) | 2019 |
| | Cellebrite Certified Operator Course (14 hours) | 2019 |
| | National Law Enforcement Training on Child Exploitation (21 hours)<br>ICAC Task Force | 2018 |
| | National Law Enforcement Training on Child Exploitation (21 hours)<br>ICAC Task Force | 2017 |
| | Cyber Threat Intelligence Gathering, Darknet Monitoring, and Cybercrime Investigation (21 hours)<br>ISS World Americas | 2017 |
| | Introduction to network and Computer Hardware (80 hours)<br>Defense Cyber Investigations Training Academy (DCITA) | 2016 |
| | National Law Enforcement Training on Child Exploitation (21 hours)<br>ICAC Task Force | 2015 |
| | Encase v7 Computer Forensics I (32 hours)<br>Guidance Software Inc. | 2015 |
| | Encase v7 Computer Forensics II (32 hours)<br>Guidance Software Inc. | 2015 |
| **Presentations** | *Integrating Cloud Data Into Your Case*<br>National Law Enforcement Training on Child Exploitation<br>Atlanta GA, June 2022 | |
| | *Encryption Actually*<br>National Law Enforcement Training on Child Exploitation<br>Virtual, June 2021 | |
| | *Encryption Actually*<br>National Law Enforcement Training on Child Exploitation<br>Virtual, October 2020 | |
| | *Writing Computer Forensics Reports*<br>Prosecuting Online Sexual Exploitation 3<br>Davao City, Philippines, June 2019 | |
| | *Digital Evidence Collection and On Scene Forensics*<br>Prosecuting Online Sexual Exploitation 3<br>Davao City, Philippines, June 2019 | |
| | *The Current Landscape*<br>Prosecuting Online Sexual Exploitation 3 | |

Davao City, Philippines, June 2019

*Proving Your Case*
Prosecuting Online Sexual Exploitation 3
Davao City, Philippines, June 2019

*Prosecution & Forensic Case Collaboration*
Prosecuting Online Sexual Exploitation 3
Davao City, Philippines, June 2019

*Digital Evidence Collection and On-Scene Forensics*
Prosecuting Online Sexual Exploitation 2
Manila, Philippines, October 2018

*Computer Forensics Report Writing*
Prosecuting Online Sexual Exploitation 2
Manila, Philippines, October 2018

*The Current Landscape*
Prosecuting Online Sexual Exploitation 2
Manila, Philippines, October 2018

*Defenses and Presenting Digital Expert Testimony*
Prosecuting Online Sexual Exploitation 2
Manila, Philippines, October 2018

*Emerging Technologies: Tor, Bitcoin, Virtualization*
Dept. of Justice National Advocacy Center
Columbia, South Carolina, July 2018

*Victim Identification Tools*
Dept. of Justice National Advocacy Center
Columbia, South Carolina, July 2018

*Writing Computer Forensic Reports*
Prosecuting Online Sexual Exploitation
Cebu City, Philippines, March 2018

*Proving Your Case Using Mobile Forensics*
Prosecuting Online Sexual Exploitation
Cebu City, Philippines, March 2018

*The Forensic Exam: What Prosecutors Need To Prove Their Case And Meet Common Defenses*
Prosecuting Online Sexual Exploitation
Cebu City, Philippines, March 2018

*Understanding Standard Digital Forensic Tools*
Prosecuting Online Sexual Exploitation
Cebu City, Philippines, March 2018

*On The Scene: Triage Tools, On Scene Forensics, And Tactical Best Practices*
Prosecuting Online Sexual Exploitation
Cebu City, Philippines, March 2018

*Internet-Based Evidence: What It Can Be, How To Get It, And What It Means To Your Case*
Prosecuting Online Sexual Exploitation

Cebu City, Philippines, March 2018

*The Current Landscape: Understanding Technologies and Software Used By Offenders and The Evidence They Contain*
Prosecuting Online Sexual Exploitation
Cebu City, Philippines, March 2018

*Computer Forensics Part 1 – Forensic Tools*
Dept. of Justice National Advocacy Center
Columbia, South Carolina, August 2017

*Investigating and Prosecuting Offenders Who Use TOR*
National Law Enforcement Training On Child Exploitation
Atlanta, Georgia, June 2017

*Dealing With The Devil: Effective Strategies*
National Law Enforcement Training On Child Exploitation
Atlanta, Georgia, June 2017

*Overview of Digital Forensics*
FBI Crimes Against Children Training
Phnom Penh, Cambodia, November 2016

*Mobile Forensics*
FBI Crimes Against Children Training
Phnom Penh, Cambodia, November 2016

*The Current Landscape: Technologies Offenders are Using*
Dept. of Justice National Advocacy Center
Columbia, South Carolina, September 2016

**Testimony**

United States v. Plamen Velinov, Middle District of Florida, January 2023

United States v. Willis Pierre Lewis and Brittany Jones, District of Columbia, May 2022

United States v. Jerry Dean Dillingham, Eastern District of Virginia, October 2017