sgschoenhardt@fbi.gov
(410) 981-8694

# SCOTT SCHOENHARDT

| | |
|---|---|
| PROFESSIONAL EXPERIENCE | **SPECIAL AGENT, FBI**<br><br>2021 – Present<br>*Child Exploitation Operational Unit/TechEx* – responsible for complex enterprise investigations and development of technical solutions to address the threat of Violent Crimes Against Children.<br><br>2017 – 2021<br>*Cyber Task Force* – responsible for investigations regarding National Security and Federal Criminal Violations. TS SCI – Top Secret Security Clearance<br><br>**BRANCH CHIEF, USCGR CYBER COMMAND**<br><br>2010 – Present<br>*Incident Effects & Response Branch* – responsible for providing cybersecurity capabilities to the Martine Transportation System (MTS). Augment Cyber Protection Teams (CPT) to provide penetration testing, threat hunting, incident response, & vulnerability remediation efforts to the MTS. |
| CERTIFICATIONS | GCFA, GCFE, GASF, GSEC, MCFE, DExT |
| PROFESSIONAL TRAINING | SANS "Advanced Incident Response, Threat Hunting, and Digital Forensics", "Mac and iOS Forensic Analysis and Incident Response", "Hacker Tools, Techniques, and Incident Handling", "Smartphone Forensic Analysis In-Depth", "Windows Forensic Analysis", "Security Essentials: Network, Endpoint, and Cloud", "Windows Forensic Analysis" |
| EDUCATION | **M.S IN CYBERSECURITY CONCENTRATION IN DIGITAL FORENSICS**<br>Utica University - 2020<br><br>**B.S IN CRIMINAL JUSTICE & POLITICAL SCIENCE**<br>**MINOR OF COMPUTER FORENSICS**<br>Canisius College – 2011 |
| TECHNICAL EXPERTISE | • Extensive knowledge of major forensic suites including EnCase, FTK, AXIOM, Cellebrite, Sleuth Kit, Volatility, and Griffeye.<br>• Experienced in conducting digital forensic investigations on Windows, Mac and Linux systems.<br>• Conducted forensic analysis of network traffic and log files to identify security breaches, unauthorized access, and other intrusion activity.<br>• Recovered deleted files, internet history, and other digital artifacts in support of investigations and legal proceedings. |
| PUBLICATIONS | *MACINTOSH APFS FORENSIC SOFTWARE ASSESSMENT: BLACKBAG TECHNOLOGIES BLACKLIGHT*. (2020). [MS THESIS]. UTICA UNIVERSITY |