UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>GREGORY MALCOLM GOOD,<br>WILLIAM MICHAEL SPEARMAN,<br>MATTHEW BRANDEN GARRELL, and<br>ROBERT PRESTON BOYLES<br><br>                    Defendants. | Case No.: 9:22-CR-80173-AMC<br><br>**UNITED STATES' NOTICE OF INTENTION TO RELY ON RECORD OF REGULARLY CONDUCTED ACTIVITY UNDER FED. R. EVID. 803(6) AND 902(11), (13)** |

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney and Department of Justice Trial Attorneys, pursuant to Federal Rules of Evidence 803(6) and 902(11) & (13), and gives notice of its intention to rely on written declarations of the following businesses with certain documents itemized below and which are business records under Federal Rule of Evidence 803(6).

These records were provided to the Federal Bureau of Investigation in connection with the investigation giving rise to the second superseding indictment. A records custodian for this company has executed a written declaration certifying under penalty of perjury that each of the prerequisites for admissibility under Fed. R. Evid. 902(11) & (13) are satisfied with respect to this evidence.

The records themselves were provided to the defense as attachments to the Government's Responses to Discovery as follows:

| **Defendant** | **Bates Number** | **Company** | **Record** |
|---|---|---|---|
| Good | 0059-0061 | Charter Communications | Internet and IP Records |
| Good | 0063-0066 | Charter Communications | Internet and IP Records |
| Spearman | 0087-1473 | USAA Federal Savings Bank | Bank Records |
| Spearman | 1794-1797 | AT&T | Internet Records |
| Spearman | 1949-1952 | Discord | Account Records |

| Garrell | 0011-0013 | Charter Communications | Internet and IP Records |
|---------|-----------|------------------------|-------------------------|
| Boyles  | TBD       | Charter Communications | Internet and IP Records |

These records are not testimonial and, as such, the requirements set forth in *Crawford v. Washington*, 541 U.S. 36 (2004), do not apply.

The government anticipates that introduction of this evidence pursuant to the above-cited rules will substantially shorten the time needed for trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *s/ Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney
Court Id No. A5501906
U.S. Attorney's Office - SDFL
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Telephone: (561)209-1045
E-mail: gregory.schiller@usdoj.gov

By: *s/Kyle Reynolds*
KYLE P. REYNOLDS
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502872
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 616-2842
Email: kyle.reynolds@usdoj.gov

By: *s/William Clayman*
WILLIAM G. CLAYMAN
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502958
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 514-0040
Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                By: *s/William Clayman*
                William G. Clayman
                Trial Attorney