SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-80173-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

WILLIAM MICHAEL SPEARMAN,
    Defendant.
_____:



FILED BY ___cas___ D.C.
APR 13 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### NOTICE OF FILING (Under Seal)

Defendant, William Michael Spearman, by and through counsel, hereby submits (Under Seal) the attached Motion. As grounds for filing under seal, he indicates as follows:

In its protective order, dated December 28, 2022, the Court order "Defendant shall not, in any public filing with the Court . . . refer to . . . (4) any details about the manner in which the Government allegedly identified Defendant . . . as being involved with the website, including . . . any law enforcement techniques allegedly used for such identification." [DE 33]. Because this motion addresses these techniques, Mr. Spearman moves to file it under seal.

    Respectfully submitted,

    MICHAEL CARUSO
    Federal Public Defender

    _____/s/ for_____
    Scott Berry, Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 0525561
    250 South Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    Scott_Berry@fd.org