UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WILLIAM MICHAEL SPEARMAN**

    Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** comes before the Court upon Defendant's Motion to Seal [ECF No. 72]. The Court has reviewed the Motion and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Seal [ECF No. 72] is **GRANTED**.

2. The Motion to Suppress and Request for Hearing [ECF No. 74] shall remain permanently under seal.

3. This Order shall **not** be filed under seal.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 13th day of April 2023.

                                                AILEEN M. CANNON
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record