**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  v.<br><br>GREGORY MALCOLM **GOOD**,<br>WILLIAM MICHAEL SPEARMAN,<br>MATTHEW BRANDEN **GARRELL**, and<br>ROBERT PRESTON **BOYLES**<br><br>                 Defendants. | Case No.: 22-CR-80173-AMC<br><br>**<u>JOINT SPEEDY TRIAL REPORT</u>** |

The United States hereby files this joint speedy trial response having conferred with all defense counsel of record. Regarding the status of speedy trial, the government states the following as to each Defendant:

1.    Date that GREGORY MALCOLM GOOD was arrested:    October 4, 2022
       Date that GREGORY MALCOLM GOOD appeared in SDFL:    November 16, 2022

   Total number of days elapsed, as of May 22, 2023, trial date
   since initial appearance in SDFL:    188

   Total number of days tolled or excluded from speedy trial time
   due to motions and trial continuances due to 1st motion
   to continue (denied at DE 29):    2

   Total number of days tolled or excluded from speedy trial time
   due to motions and trial continuances due to 2nd motion
   to continue (granted at DE 34):    121

   Total number of days tolled or excluded from speedy trial time
   due to motions and trial continuances due to 3rd motion
   to continue (granted at DE 47):    34

   Elapsed Speedy Trial Time:    31 days

   Latest date on which case may be set for trial as to GREGORY
   MALCOLM GOOD without additional tolling or excluding of time:    July 1, 2023

2. Date that WILLIAM MICHAEL SPEARMAN was arrested: November 2, 2022
Date that WILLIAM MICHAEL SPEARMAN appeared in SDFL: December 14, 2022

Total number of days elapsed, as of May 22, 2023, trial date
since initial appearance in SDFL: 160

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 1st motion
to continue (denied at DE 29): 0

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 2nd motion
to continue (granted at DE 34): 118

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 3rd motion
to continue (granted at DE 47): 34

Elapsed Speedy Trial Time: 8 days

Latest date on which case may be set for trial as to WILLIAM
MICHAEL SPEARMAN without additional tolling or excluding of time: July 24, 2023

3. Date that MATTHEW BRANDEN GARRELL was arrested: February 3, 2023
Date that MATTHEW BRANDEN GARRELL appeared in SDFL: March 10, 2023

Total number of days elapsed, as of May 22, 2023, trial date
since initial appearance in SDFL: 73

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 1st motion
to continue (denied at DE 29): 0

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 2nd motion
to continue (granted at DE 34): 33

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 3rd motion
to continue (granted at DE 47): 31

Elapsed Speedy Trial Time: 0 days

Latest date on which case may be set for trial as to MATTHEW
BRANDEN GARRELL without additional tolling or excluding of time: August 2, 2023

4.     Date that ROBERT PRESTON BOYLES was arrested:     February 7, 2023
    Date that ROBERT PRESTON BOYLES appeared in SDFL:     April 5, 2023

Total number of days elapsed, as of May 22, 2023, trial date
since initial appearance in SDFL:     48

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 1st motion
to continue (denied at DE 29):     0

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 2nd motion
to continue (granted at DE 34):     14

Total number of days tolled or excluded from speedy trial time
due to motions and trial continuances due to 3rd motion
to continue (granted at DE 47):     34

Elapsed Speedy Trial Time:     0 days

Latest date on which case may be set for trial as to ROBERT
PRESTON BOYLES without additional tolling or excluding of time:     August 2, 2023

The government conferred with counsel of record for reach defendant, each of whom agree

to the calculations above.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     *s/ Gregory Schiller*
    GREGORY SCHILLER
    Assistant United States Attorney
    Court Id No. A5501906
    U.S. Attorney's Office - SDFL
    500 S. Australian Ave., Suite 400
    West Palm Beach, Florida 33401
    Telephone: (561)209-1045
    E-mail: gregory.schiller@usdoj.gov

By: *s/Kyle Reynolds*
KYLE REYNOLDS
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502872
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 616-2842
Email: kyle.reynolds@usdoj.gov

By: *s/William Clayman*
WILLIAM G. CLAYMAN
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502958
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 514-0040
Email: william.clayman@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on April 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
