UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80173-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

WILLIAM SPEARMAN,
    Defendant.
                                     /

## REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SEVER

In its response to Mr. Spearman's Motion to Sever, the government has indicated it does not intend, during its case-in-chief, to introduce statements from the codefendants that refer to the Defendant's username on Website A. [DE 80]. Undersigned counsel is unsure as to whether the government has changed its position regarding introduction of these statements or he simply misunderstood the government's position prior to filing the motion. In any case, in light of this concession, Mr. Spearman agrees there is no legal basis for severance.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/ *Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 – Telephone
Scott_Berry@FD.org

1

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: *s/Scott Berry*
            Scott Berry