UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80173-2-AMC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **PERSUANT TO PROTECTIVE ORDER** |
| ) | |
| WILLIAM MICHAEL SPEARMAN, ) | |
|     Defendant. ) | |
| _____) | |

**GOVERNMENT'S SECOND RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this second response to the Standing Discovery Order as to defendant, William Spearman. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16 and is filed pursuant to the Protective Order in this case.

    A.    5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. Please call the undersigned within 48 hours if you intent to review the evidence to set up a date and time that is convenient to both parties.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

    The government is in possession of the following devices seized from the defendant's residence on November 2, 2022. The extraction of these devices are available for review by defense counsel as outlined above because they contain contraband of child exploitation material:

    a. Lenovo Laptop, serial #R9-V3NC9 with 32gb SanDisk flash drive;
    b. Galaxy S10E phone, serial #R58M22E327F;
    c. HGST hard drive, serial #Y1GE9Y6L;
    d. Getac, serial #RC439S0359;

1

      e. 256gb SanDisk flash drive;
      f. INFIN ITIV 32gb, serial #BM180325869B;
      g. 32gb PNY flash drive;
      h. 16gb red thumb drive;
      i. 128gb Lexar archive backup;
      j. 128gb Strantium thumb drive;
      k. Seagate external hard drive, serial #NABR6R52;
      l. Seagate external hard drive, serial #NAB53CGA;
      m. Seagate external hard drive, serial #NAB53CBM;
      n. Seagate external hard drive, serial #NABR6R4T;
      o. Samsung SSD 512GB, serial #5250NX0H431721Z;
      p. Samsung hard drive, serial #S35TJ9EG827365;
      q. Toshiba Laptop, serial #XC301289R;
      r. 128gb PNY thumb drive; and
      s. Lenovo Laptop, serial #PCODTEGP

Additionally, the government is in possession of a copy of the server that maintained "Website A" as is available for inspection at the Federal Bureau of Investigation – West Palm Beach. Communication with the undersigned in advance of previewing the same is advisable because of the technical nature of the evidence.

B.      DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.      The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

N.      The government hereby makes the following requests for stipulation by the defendant:

      1. The child pornography alleged by the government is in fact child pornography as defined within Title 18 United States Code Section

2256(9) for purposes of proof of the elemental requirements of the indicted conduct; and

2. Venue exists in the Southern District of Florida.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response include the following, and will be provided on a flash drive:

1. One (1) .PDF file entitled, "US v. Good, et al (Spearman), 22-CR-80173-2-AMC, RSDO2, Bates Numbers 02453-02851"; and
   a. Specific pages: 02453 – 02778, relate to the investigation of separately indicted co-conspirator Selwyn Rosenstein in 22-CR-80107-AMC;
   b. Specific pages: 02779 – 02808, were emailed to defense counsel on March 1, 2023;
   c. Specific pages: 02809 – 02817, were emailed to defense counsel on March 2, 2023;
   d. Specific pages: 02818 – 02851, were emailed to defense counsel on March 15, 2023;
2. Two (2) .MP3 audio files of the interview of co-defendant Boyles entitled as follows (mailed to defense counsel on April 11, 2023):
   a. 230201_0732.mp3;
   b. 230207_0710.mp3;
3. Two (2) .MP3 audio files of the interview of co-defendant Garrell entitled as follows (mailed to defense counsel on April 11, 2023):
   a. Matthew Garrell Interview 02.02.2023_230127_0848.mp3
   b. Matthew Garrell Interview 02.02.2023_230202_0825.mp3

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No.
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

        By: *s/Kyle Reynolds*
           Kyle Reynolds
           Trial Attorney
           U.S. Dept. of Justice, Criminal Division
           Child Exploitation and Obscenity Section
           Court ID # A5502872
           1301 New York Avenue, NW
           Washington, DC 20005
           Phone: (202) 616-2842
           Email: kyle.reynolds@usdoj.gov

        By: *s/William Clayman*
           William G. Clayman
           Trial Attorney
           U.S. Dept. of Justice, Criminal Division
           Child Exploitation and Obscenity Section
           Court ID # A5502958
           1301 New York Avenue, NW
           Washington, DC 20005
           Phone: (202) 514-0040
           Email: william.clayman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                                  s/*Gregory Schiller*
                                                  Gregory Schiller
                                                  Assistant United States Attorney

**SERVICE LIST**
United States v. William Michael Spearman
Case No. 22-CR-80173-2-AMC
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>UNITED STATES OF AMERICA | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF**<br><br>Kyle Reynolds<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Child Exploitation and Obscenity Section<br>1301 New York Ave., NW<br>Washington, DC 20530<br>Email: kyle.reynolds@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF**<br><br>William G. Clayman<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Child Exploitation and Obscenity Section<br>1301 New York Avenue, NW<br>Washington, DC 20005<br>Email: william.clayman@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>William Michael Spearman | Scott Berry<br>Assistant Federal Public Defender<br>250 South Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: Scott_Berry@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |