UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-80173-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM SPEARMAN,

    Defendant.
_____:

## NOTICE OF STRIKING [DE 95]

The defendant, William Spearman, through undersigned counsel, hereby gives notice to strike DE 95.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

s/ Scott Berry
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@fd.org

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            *s/ Scott Berry*
                                            Scott Berry