### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) )  Case No.   22-80173-CR-AMC |
| WILLIAM MICHAEL SPEARMAN, | ) ) ) |
| Defendant. | ) ) |

### ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** comes before the Court upon Defendant's Motion to Seal [ECF No. ___]. The Court has reviewed the Motion and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Government's Motion to Seal [ECF No. ___] is **GRANTED**.

2. The government's response in opposition to defendant Spearman's motion to suppress and three (3) exhibits [ECF No. ___] shall remain permanently under seal.

3. This Order shall **not** be filed under seal.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this ____ day of April 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record