UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WILLIAM MICHAEL SPEARMAN**,

    Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

**THIS CAUSE** comes before the Court upon the Government's Motion to Seal Response to Motion to Suppress and Three Exhibits [ECF No. 98]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Government's Motion [ECF No. 98] is **GRANTED**.

2. The Government's Response in Opposition to Defendant Spearman's Motion to Suppress and Three Exhibits shall remain permanently under seal or until further order of the Court.

3. This Order shall not be filed under seal.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 1st day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record