SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-80173-CR-CANNON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

WILLIAM MICHAEL SPEARMAN,
        Defendant.

_____:

FILED BY _PCS_ D.C.

MAY 02 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO SEAL

COMES NOW the Defendant, and hereby moves this Honorable Court to seal the attached pleading, Motion to Seal and Order to Seal. It is necessary to permanently seal the referenced pleadings because, in its protective order, dated December 28, 2022, the Court ordered "Defendant shall not, in any public filing with the Court . . . refer to . . . (4) any details about the manner in which the Government allegedly identified Defendant . . . as being involved with the website, including . . . any law enforcement techniques allegedly used for such identification," [DE 33], and the motion addresses these techniques. Accordingly, Mr. Spearman moves to file it under seal.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

Scott Berry, AFPD
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@FD.org

1