UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WILLIAM MICHAEL SPEARMAN,**

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO SEAL REPLY

**THIS CAUSE** comes before the Court upon Defendant's Motion to Seal Reply in Support of Defendant's Motion to Suppress [ECF No. 106]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Seal [ECF No. 106] is **GRANTED**.

2. Defendant's Reply in Support of Defendant's Motion to Suppress shall remain permanently under seal or until further order of the Court.

3. This Order shall not be filed under seal.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 3rd day of May 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record