# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.: 22-CR-80173-AMC |
| GREGORY MALCOLM GOOD, WILLIAM MICHAEL SPEARMAN, and ROBERT PRESTON BOYLES | **JOINT SPEEDY TRIAL REPORT** |
| Defendants. | |

The United States hereby files this joint speedy trial response having conferred with all defense counsel of record. Regarding the status of speedy trial, the government states the following as to each Defendant:

1.  Date that GREGORY MALCOLM GOOD was arrested: October 4, 2022
    Date that GREGORY MALCOLM GOOD appeared in SDFL: November 16, 2022

    Total number of days elapsed, as of May 22, 2023, trial date
    since initial appearance in SDFL:                                                188

    Total number of days tolled or excluded from speedy trial time
    due to motions and trial continuances due to 1st motion
    to continue (denied at DE 29):                                                    2

    Total number of days tolled or excluded from speedy trial time
    due to motions and trial continuances due to 2nd motion
    to continue (granted at DE 34):                                                 121

    Total number of days tolled or excluded from speedy trial time
    due to motions and trial continuances due to 3rd motion
    to continue (granted at DE 47):                                                  34

    Elapsed Speedy Trial Time:                                                  31 days

    Latest date on which case may be set for trial as to GREGORY
    MALCOLM GOOD without additional tolling or excluding of time: July 1, 2023

2.     Date that WILLIAM MICHAEL SPEARMAN was arrested:    November 2, 2022
Date that WILLIAM MICHAEL SPEARMAN appeared in SDFL:   December 14, 2022

| | |
|---|---|
| Total number of days elapsed, as of May 22, 2023, trial date since initial appearance in SDFL: | 160 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 1st motion to continue (denied at DE 29): | 0 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 2nd motion to continue (granted at DE 34): | 118 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 3rd motion to continue (granted at DE 47): | 34 |
| Elapsed Speedy Trial Time: | 8 days |
| Latest date on which case may be set for trial as to WILLIAM MICHAEL SPEARMAN without additional tolling or excluding of time: | July 24, 2023 |

3.     Date that ROBERT PRESTON BOYLES was arrested:    February 7, 2023
Date that ROBERT PRESTON BOYLES appeared in SDFL:   April 5, 2023

| | |
|---|---|
| Total number of days elapsed, as of May 22, 2023, trial date since initial appearance in SDFL: | 48 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 1st motion to continue (denied at DE 29): | 0 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 2nd motion to continue (granted at DE 34): | 14 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 3rd motion to continue (granted at DE 47): | 34 |
| Elapsed Speedy Trial Time: | 0 days |
| Latest date on which case may be set for trial as to ROBERT PRESTON BOYLES without additional tolling or excluding of time: | August 2, 2023 |

The government conferred with counsel of record for reach defendant, each of whom agree to the calculations above.

                                Respectfully submitted,

                                MARKENZY LAPOINTE
                                UNITED STATES ATTORNEY

By:     *s/ Gregory Schiller*
           GREGORY SCHILLER
           Assistant United States Attorney
           Court Id No. A5501906
           U.S. Attorney's Office - SDFL
           500 S. Australian Ave., Suite 400
           West Palm Beach, Florida 33401
           Telephone: (561)209-1045
           E-mail: gregory.schiller@usdoj.gov


By: *s/Kyle Reynolds*
KYLE REYNOLDS
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502872
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 616-2842
Email: kyle.reynolds@usdoj.gov


By: *s/William Clayman*
WILLIAM G. CLAYMAN
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502958
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 514-0040
Email: william.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

**I hereby certify** that on May 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                s/ *Gregory Schiller*
                                                Gregory Schiller
                                                Assistant United States Attorney