AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM MICHAEL SPEARMAN

## EXHIBIT AND WITNESS LIST

Case Number: 9:22-cr-80173-AMC

| PRESIDING JUDGE<br>CANNON | PLAINTIFF'S ATTORNEY<br>K. Reynolds, W. Clayman, G. Schiller | DEFENDANT'S ATTORNEY<br>Scott Berry |
|---|---|---|
| TRIAL DATE (S)<br>May 31, 2023 - | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Screenshot of Website A Login |
| 2 | | | | | Screenshot of Website A Chat Rooms |
| 3 | | | | | Screenshot of Website A Chat Room |
| 3A | | | | | Screenshot of Website A Chat Room |
| 3B | | | | | Screenshot of Website A Chat Room |
| 3C | | | | | Screenshot of Website A Chat Room |
| 3D | | | | | Screenshot of GIF Shared in Website A Chat Room (OBSCENE) |
| 3E | | | | | Screenshot of Website A Chat Room |
| 4 | | | | | Screenshot of Website A Chat Room |
| 5 | | | | | Screenshot of Website A Chat Room |
| 6 | | | | | Screenshot of Website A Chat Room |
| | | | | | |
| 8 | | | | | Screenshot of Website A Instruction |
| 9 | | | | | Screenshot of Website A Chat Room |
| 10 | | | | | Screenshot of Website A Chat Room |
| 11 | | | | | Screenshot of Website A Chat Room |
| 12 | | | | | Screenshot of Website A Chat Room |
| 13 | | | | | Screenshot of Website A Chat Room |
| 13A | | | | | Screenshot of Website A Chat Room |
| 13B | | | | | Screenshot of Website A Chat Room |
| 14 | | | | | Screenshot of Website A Chat Room |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 9 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 15 | | | | | Screenshot of Website A Chat Room |
| 15A | | | | | Screenshot of Website A Chat Room |
| 16 | | | | | Screenshot of Website A's Rules |
| 17 | | | | | Screenshot of Website A's Scripts |
| 18 | | | | | Screenshot of Website A's Scripts |
| 19 | | | | | Screenshot of Website A's Scripts |
| 20A | | | | | Screenshot of Website A's Guide |
| 20B | | | | | Screenshot of Website A's Guide |
| 20C | | | | | Screenshot of Website A's Guide |
| 21 | | | | | Screenshot of Website A Chat Room |
| 22 | | | | | Screenshot of Link Shared in Website A's Chat Room (OBSCENE) |
| 23 | | | | | Screenshot of Link Shared in Website A's Chat Room (OBSCENE) |
| 24 | | | | | Screenshot of Link Shared in Website A's Chat Room (OBSCENE) |
| | | | | | |
| 26 | | | | | Website A user T. Posting |
| 27 | | | | | Website A user T. Posting |
| 28 | | | | | Website A user T. Posting |
| 29 | | | | | Screenshot of Website A Chat Room |
| 30 | | | | | Screenshot of Website A Email |
| 31 | | | | | Screenshot of Website A Email |
| 32 | | | | | Screenshot of Website A Chat Room |
| 33 | | | | | Screenshot of Website A Chat Room |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | vs. | WILLIAM MICHAEL SPEARMAN | CASE NO. 9:22-cr-80173-AMC | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 34 | | | | | Log File Shared on Website A (Physical Item) |
| 34A | | | | | Screenshot of Log File Shared on Website A |
| 34B | | | | | Screenshot of Log File Shared on Website A |
| 34C | | | | | Screenshot of Link from Log File (OBSCENE) |
| 34D | | | | | Screenshot of Log File Shared on Website A |
| 34E | | | | | Child Pornography Video 1: "p…..mp4" (OBSCENE) (Physical Item) |
| 34F | | | | | Contact Sheet for Child Pornography Video 1: "p…..mp4" (OBSCENE) |
| 35 | | | | | Log File Shared on Website A (Physical Item) |
| 35A | | | | | Screenshot of Log File Shared on Website A |
| 35B | | | | | Screenshot of Log File Shared on Website A |
| 35C | | | | | Child Pornography Image 1: 01655824809.jpg (OBSCENE) |
| 35D | | | | | Screenshot of Log File Shared on Website A |
| 35E | | | | | Child Pornography Image 1: 291655453818.jpg (OBSCENE) |
| 36 | | | | | Log File Shared on Website A (Physical Item) |
| 36A | | | | | Screenshot of Log File Shared on Website A |
| 36B | | | | | Screenshot of Log File Shared on Website A |
| 36C | | | | | Screenshot of Link from Log File (OBSCENE) |
| 36D | | | | | Screenshot of Log File Shared on Website A |
| 36E | | | | | Child Pornography Image 1: 301656259335.jpg (OBSCENE) |
| 37 | | | | | Log File Shared on Website A (Physical Item) |
| 37A | | | | | Screenshot of Log File Shared on Website A |
| 37B | | | | | Screenshot of Log File Shared on Website A |
| 37C | | | | | Child Pornography Image 1: jbknqr9hvd8a9qlacjslmlpxq.gif (OBSCENE) (Physical Item) |
| 37D | | | | | Contact Sheet for jbknqr9hvd8a9qlacjslmlpxq.gif (OBSCENE) |
| 37E | | | | | Screenshot of Log File Shared on Website A |
| 37F | | | | | Screenshot of Link from Log File (OBSCENE) |
| 38 | | | | | Screenshot of Website A Chat Room |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. WILLIAM MICHAEL SPEARMAN | | | | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 39 | | | | | Screensht of of Website A Chat Room |
| 40 | | | | | Screenshot of Website A's Main Page |
| 41 | | | | | Screenshot of Website A Email |
| 42 | | | | | Screenshot of Website A Email |
| 43 | | | | | Screenshot of Website A Email |
| 44 | | | | | Screenshot of Website A Email |
| 45 | | | | | Screenshot of Website A Email |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 50 | | | | | Search Warrant Photo (MMB_0015) |
| 51 | | | | | Search Warrant Photo (MMB_0443) |
| 52 | | | | | Search Warrant Photo (MMB_0123) |
| 53 | | | | | Search Warrant Photo (MMB_0124) |
| 54 | | | | | Search Warrant Photo (MMB_0002) |
| 55 | | | | | Search Warrant Photo (MMB_0466) |
| 56 | | | | | Search Warrant Photo (MMB_0521) |
| 57 | | | | | Search Warrant Photo (MMB_0525) |
| 58 | | | | | Search Warrant Photo (MMB_0518) |
| 59 | | | | | Search Warrant Photo (MMB_0506) |
| 60 | | | | | Search Warrant Photo (MMB_0507) |
| 61 | | | | | Search Warrant Photo (MMB_0008) |
| 62 | | | | | Search Warrant Photo (MMB_0476) |
| 63 | | | | | Search Warrant Photo (MMB_0009) |
| 64 | | | | | Search Warrant Photo (MMB_0148) |
| 65 | | | | | Search Warrant Photo (MMB_0516) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | vs. | WILLIAM MICHAEL SPEARMAN | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 66 | | | | | Search Warrant Photo (MMB_0493) |
| 67 | | | | | Search Warrant Photo (MMB_0471) |
| 68 | | | | | Search Warrant Photo (MMB_0472) |
| 69 | | | | | Search Warrant Photo (MMB_0003) |
| 70 | | | | | Search Warrant Photo (MMB_0088) |
| 71 | | | | | Search Warrant Photo (MMB_0107) |
| 72 | | | | | Search Warrant Photo (MMB_0109) |
| 73 | | | | | Search Warrant Photo (MMB_0110) |
| | | | | | |
| | | | | | |
| 76A-Z | | | | | Defendant's Interview - 26 clips |
| 77 | | | | | Search Warrant Photo (MMB_0439) |
| 78 | | | | | |
| 79 | | | | | |

Page 5 of 9 Pages

≈AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 80 | | | | | Search Warrant Photo from Rosenstein Computer |
| 81 | | | | | Lenovo ThinkPad Laptop, serial # PC-0DTEGP |
| 82 | | | | | Blue PNY 128 GB thumb drive, serial # 097902B887050 |
| 83 | | | | | Tails File Extraction |
| 84 | | | | | 4tb OneTouch external HDD, serial #NABR6R4T |
| 85 | | | | | 320 GB HGST hard disk drive, serial # Y1GE9Y6L |
| 86 | | | | | IMAG009.pjg - Alabama DL for William Spearman |
| 87 | | | | | photo1.jpg – 3 ID cards for Kimberly Spearman |
| 88 | | | | | photo2.jpg – monetary statement balance for Spearmans |
| 89 | | | | | Bill and Young-Rang-[038001]009 |
| 90 | | | | | Bill and Young-Rang_[038001]007 |
| 91 | | | | | Bill and Young-Rang_[038001]065 |
| 92 | | | | | Bill and Young-Rang_wolf creek 073 |
| 93 | | | | | Username and Password List |
| 94 | | | | | Website A .txt file from Transcripts folder |
| 95 | | | | | Criteria for Website A Credential.txt |
| 96 | | | | | Saved transcript from Website A |
| 97 | | | | | Disk with CP from 320GB HGST hard disk drive |
| 98 | | | | | |
| 99 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page     6    of     9    Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 100 | | | | | Getac S400 Laptop, serial # RC439S0359 |
| 101 | | | | | Western Digital Scorpio Blue 320GB hard drive, serial # WX6A82N5928 |
| 102 | | | | | Windows 10 Pro OS in partition 8 - "Bill" is registered owner |
| 103 | | | | | Windows 10 Pro OS in partition 8 - "Bill Spearman" is user |
| 104 | | | | | Windows 7 pro OS in partition 2 - "Bill" is registered owner |
| 105 | | | | | Windows 7 pro OS in partition 2 - "Bill" is registered user |
| 106 | | | | | Driver's_License.pdf |
| 107 | | | | | Spearman Utility Bill[876].pdf |
| 108 | | | | | Username and Password List |
| 109 | | | | | Tor.exe file extraction |
| 110 | | | | | Richoche.exe file extraction |
| 111 | | | | | Richochet.json file extraction |
| 112 | | | | | ExpressVPN file extraction |
| 113 | | | | | ExpressVPN bill payment photo |
| 114 | | | | | Veracrypt.exe file extraction |
| 115 | | | | | Screenshots of Windows 10 and 7 logins |
| 116 | | | | | Disk with CP from S400 Laptop |
| 117 | | | | | |
| 118 | | | | | |
| 119 | | | | | |

≈AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 120 | | | | | Toshiba Satellite Laptop, serial # XC301289R |
| 121 | | | | | OCZ 960GB SSD, serial # Y5AB4045K1HU |
| 122 | | | | | dd-form-214-2.tif |
| 123 | | | | | img_20160513_171605.jpg - utility bill |
| 124 | | | | | 20191126_133218 - laptop photo |
| 125 | | | | | GPS coordinates of GX 124 |
| 126 | | | | | 20191105_100050 - Spearman smiling |
| 127 | | | | | 21091126_133358 - laptop photo |
| 128 | | | | | 20191126_133622.jpg - Spearman hand over face |
| 129 | | | | | GPS coordinates of 20191126_133218 for GX 126, 127, 128 |
| 130 | | | | | 20191126_133656.jpg - Spearman hand over face |
| 131 | | | | | GPS coordinates of GX 130 |
| 132 | | | | | credit card log of Spearman |
| 133 | | | | | system users |
| 134 | | | | | Windows 10 Pro registration: Bill |
| 135 | | | | | Username and Password List |
| 136 | | | | | Screenshots of Windows login |
| 137 | | | | | lnk files with indicative names of CP |
| 138 | | | | | |
| 139 | | | | | |
| 140 | | | | | Strontium 128GB thumb drive, serial # AACM2W3BQC12UKKL |
| 141 | | | | | Disk with CP from Strontium thumb drive |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page  8  of  9  Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM MICHAEL SPEARMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 9:22-cr-80173-AMC

| PRESIDING JUDGE<br>CANNON | PLAINTIFF'S ATTORNEY<br>K. Reynolds, W. Clayman, G. Schiller | DEFENDANT'S ATTORNEY<br>Scott Berry |
|---|---|---|
| TRIAL DATE (S)<br>May 31, 2023 - | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | FBI Special Agent Drew Steinmetz |
| | | | | | Digital Investigative Analyst Joshua Storey |
| | | | | | FBI SA Scott Schoenhardt |
| | | | | | FBI HRT Colgan Norman |
| | | | | | FBI HRT Donald Fisher |
| | | | | | FBI Data Scientist Jon-Robert Marsh |
| | | | | | FBI SA Alix Skelton |
| | | | | | FBI SA (Ret.) J. Moeller |
| | | | | | FBI SA Sean Muller |
| | | | | | FBI SA Blake Downing |
| | | | | | FBI SA David Backlund |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 9 of  9  Pages