UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80173-2-AMC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM MICHAEL SPEARMAN, )<br>    Defendant. )<br>_____ ) | **JOINT NOTICE OF PREFERRED TRIAL DATE** |

The United States hereby files this joint notice of a preferred trial date, and states as follows:

On May 16, 2023, case was before the Court for Calendar Call with jury trial scheduled for May 31, 2023. The Court necessitated the trial to be reset to the week of June 12, 2023, or June 20, 2023, and gave the parties discretion as to which date was preferrable. After consultation between the defense and government, all parties request the jury trial begin on June 12, 2023.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _s/Gregory Schiller_
Gregory Schiller
Assistant United States Attorney
Florida Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

1

By: *s/Kyle Reynolds*
Kyle Reynolds
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502872
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 616-2842
Email: kyle.reynolds@usdoj.gov

By: *s/William Clayman*
William G. Clayman
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502958
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 514-0040
Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                    s/*Gregory Schiller*
                                                    Gregory Schiller
                                                    Assistant United States Attorney