UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM MICHAEL SPEARMAN,

        Defendant.

Case No.: 22-CR-80173-AMC

**JOINT SPEEDY TRIAL REPORT**

The United States hereby files this joint speedy trial response having conferred with defense counsel of record. Regarding the status of speedy trial, the government states the following:

1.    Date that WILLIAM MICHAEL SPEARMAN was arrested:    November 2, 2022
      Date that WILLIAM MICHAEL SPEARMAN appeared in SDFL:   December 14, 2022

| | |
|---|---|
| Total number of days elapsed, as of the June 12, 2023 trial date since initial appearance in SDFL: | 181 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 1st motion to continue (denied at DE 29): | 0 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 2nd motion to continue (granted at DE 34): | 118 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances due to 3rd motion to continue (granted at DE 47): | 34 |
| Elapsed Speedy Trial Time as of June 12, 2023: | 29 days |
| Latest date on which case may be set for trial without additional tolling or excluding of time: | July 24, 2023 |

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *s/ Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney
Court Id No. A5501906
U.S. Attorney's Office - SDFL
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Telephone: (561)209-1045
E-mail: gregory.schiller@usdoj.gov

By: *s/Kyle Reynolds*
KYLE REYNOLDS
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502872
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 616-2842
Email: kyle.reynolds@usdoj.gov

By: *s/William Clayman*
WILLIAM G. CLAYMAN
TRIAL ATTORNEY
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
Court ID # A5502958
1301 New York Avenue, NW
Washington, DC 20005
Phone: (202) 514-0040
Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

**I hereby certify** that on May 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney