AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM MICHAEL SPEARMAN

## EXHIBIT AND WITNESS LIST

Case Number: 9:22-cr-80173-AMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CANNON | K. Reynolds, W. Clayman, G. Schiller | Scott Berry |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| June 12 - 16, 2023 | | Tina Cassisi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Website A Login Page |
| 2 | | | | | Website A Main Page - 3 pages |
| 3 | | | | | Website A Room 'G' #1 |
| 3A | | | | | Website A Room 'G' #2 |
| 3C | | | | | Website A Room 'G' #3 |
| | | | | | |
| 3E | | | | | OBSCENE CONTENT from 003C |
| 4 | | | | | Website A Room 'Lo' #1 |
| 5 | | | | | Website A Room 'Lo' #2 |
| 6 | | | | | Website A Room 'Lo' #3 |
| | | | | | |
| 8 | | | | | Website A 'PF' - 2 pages |
| 9 | | | | | Website A Room 'NL' - 4 pages |
| 10 | | | | | Website A Room 'AP' |
| 11 | | | | | Website A Room 'TrU' |
| 12A | | | | | Website A Room 'Li' - 183 pages |
| 12B | | | | | OBSCENE CONTENT (image) from 012A |
| 13 | | | | | Website A Room 'G' #4 - 21 pages |
| 13A | | | | | Website A 'S & S' Guide |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   9   Pages

≪AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 15 | | | | | Website A Room 'GHL' #1 - 71 pages | |
| 16 | | | | | Website A 'The Rules' | |
| 17 | | | | | Website A 'G' Scripts | |
| 18 | | | | | Website A 'G' Scripts Summary - 3 pages | |
| | | | | | | |
| 20 | | | | | Website A Orientation Guide - 4 pages | |
| 21 | | | | | Website A Room 'Lo' #4 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 27 | | | | | Website A Staff Meeting - 18 pages | |
| 28 | | | | | OBSCENE CONTENT (image) from 027 | |
| 29 | | | | | OBSCENE CONTENT (image) from 027 | |
| 30 | | | | | Website A Email from 'N' | |
| 31 | | | | | Website A Email from 'kP' | |
| 32 | | | | | Website A Staff Lounge - 28 pages | |
| 33 | | | | | Website A room 'GHL' #2 - 70 pages | |

Page  2  of  9  Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | | VS. | WILLIAM MICHAEL SPEARMAN | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 34 | | | | | Website A GWL_20220725 (on disk) |
| 34B | | | | | Website A Screenshot 1 of GWL_20220725 |
| 34C | | | | | OBSCENE CONTENT (image) from 034B |
| 34D | | | | | Website A Screenshot 2 of GWL_20220725 |
| 34E | | | | | OBSCENE CONTENT (video) from 034D (on disk) |
| 34F | | | | | OBSCENE CONTENT (contact sheet of 034E) |
| 35 | | | | | Website A GWL_20220727 (on disk) |
| 35B | | | | | Website A Screenshot 1 of GWL_20220727 |
| 35C | | | | | OBSCENE CONTENT (image) from 035B |
| 35D | | | | | Website A Screenshot 2 of GWL_2022072 |
| 35E | | | | | OBSCENE CONTENT (image) from 035D |
| 36 | | | | | Website A GWL_20220813 (on disk) |
| 36B | | | | | Website A Screenshot 1 of GWL_20220813 |
| 36C | | | | | OBSCENE CONTENT (image) from 036B |
| 36D | | | | | Website A Screenshot 2 of GWL_20220813 |
| 36E | | | | | OBSCENE CONTENT (image) from 036D |
| 37 | | | | | Website A GWL_20220815 (on disk) |
| 37B | | | | | Website A Screenshot 1 of GWL_20220815 |
| 37C | | | | | OBSCENE CONTENT (video) from 037B (on disk) |
| 37D | | | | | OBSCENE CONTENT (contact sheet of 037C) |
| 37E | | | | | Website A Screenshot 2 of GWL_20220815 |
| 37F | | | | | OBSCENE CONTENT (image) from 037E |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 38 | | | | | kP Account Website A 'L' Working Group - 42 pages |
| 39 | | | | | kP Account Website A 'TGGB' |
| 40 | | | | | kP Account Website A Main Page - 4 pages |
| 41 | | | | | kP Account Website A Email to J to kP |
| 42 | | | | | kP Account Website A Email to Tg to kP |
| 43 | | | | | kP Account Website A Email to Tg to kP 2 |
| | | | | | |
| 45 | | | | | kP Account Website A Email from kP |
| | | | | | |
| | | | | | |
| | | | | | |
| 50 | | | | | Search Warrant Photo (MMB_0015) |
| 51 | | | | | Search Warrant Photo (MMB_0443) |
| 52 | | | | | Search Warrant Photo (MMB_0123) |
| 53 | | | | | Search Warrant Photo (MMB_0124) |
| 54 | | | | | Search Warrant Photo (MMB_0002) |
| 55 | | | | | Search Warrant Photo (MMB_0466) |
| 56 | | | | | Search Warrant Photo (MMB_0521) |
| 57 | | | | | Search Warrant Photo (MMB_0525) |
| 58 | | | | | Search Warrant Photo (MMB_0518) |
| 59 | | | | | Search Warrant Photo (MMB_0506) |
| 60 | | | | | Search Warrant Photo (MMB_0507) |
| 61 | | | | | Search Warrant Photo (MMB_0008) |
| 62 | | | | | Search Warrant Photo (MMB_0476) |
| 63 | | | | | Search Warrant Photo (MMB_0009) |
| 64 | | | | | Search Warrant Photo (MMB_0148) |
| 65 | | | | | Search Warrant Photo (MMB_0516) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. WILLIAM MICHAEL SPEARMAN | | | | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 66 | | | | | Search Warrant Photo (MMB_0493) |
| 67 | | | | | Search Warrant Photo (MMB_0471) |
| 68 | | | | | Search Warrant Photo (MMB_0472) |
| 69 | | | | | Search Warrant Photo (MMB_0003) |
| 70 | | | | | Search Warrant Photo (MMB_0088) |
| 71 | | | | | Search Warrant Photo (MMB_0107) |
| 72 | | | | | Search Warrant Photo (MMB_0109) |
| 73 | | | | | Search Warrant Photo (MMB_0110) |
| 76a | | | | | Spearman Interview Part 1 |
| 76b | | | | | Spearman Interview Part 2 |
| 76c | | | | | Spearman Interview Part 3 |
| 76d | | | | | Spearman Interview Part 4 |
| 76e | | | | | Spearman Interview Part 5 |
| 76f | | | | | Spearman Interview Part 6 |
| 76g | | | | | Spearman Interview Part 7 |
| 76h | | | | | Spearman Interview Part 8 |
| 76i | | | | | Spearman Interview Part 9 |
| 76j | | | | | Spearman Interview Part 10 |
| 76k | | | | | Spearman Interview Part 11 |
| | | | | | |
| 76m | | | | | Spearman Interview Part 13 |
| 76n | | | | | Spearman Interview Part 14 |
| 76o | | | | | Spearman Interview Part 15 |
| 76p | | | | | Spearman Interview Part 16 |
| 76q | | | | | Spearman Interview Part 17 |
| 76r | | | | | Spearman Interview Part 18 |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | WILLIAM MICHAEL SPEARMAN | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 80 | | | | | Search Warrant Photo of Rosenstein Computer |
| 81 | | | | | Lenovo ThinkPad Laptop, serial # PC-0DTEGP |
| 82 | | | | | Blue PNY 128 GB thumb drive, serial # 097902B887050 |
| 83 | | | | | Tails File Extraction |
| 84 | | | | | 4tb OneTouch external HDD, serial #NABR6R4T |
| 85 | | | | | 320 GB HGST hard disk drive, serial # Y1GE9Y6L |
| 86 | | | | | IMAG009.jpg - Alabama DL for William Spearman |
| 87 | | | | | photo1.jpg – 3 ID cards for Kimberly Spearman |
| 88 | | | | | photo2.jpg – monetary statement balance for Spearmans |
| 89 | | | | | Bill and Young-Rang-[038001]009 |
| 90 | | | | | Bill and Young-Rang_[038001]007 |
| 91 | | | | | Bill and Young-Rang_[038001]065 |
| 92 | | | | | Bill and Young-Rang_wolf creek 073 |
| 93 | | | | | Username and Password List |
| 94 | | | | | Website A .txt file from Transcripts folder |
| 95 | | | | | Criteria for Website A Credential.txt |
| 96 | | | | | Saved transcript from Website A |
| 97 | | | | | Disk with CP from 320GB HGST hard disk drive |
| | | | | | |
| 100 | | | | | Getac S400 Laptop, serial # RC439S0359 |
| 101 | | | | | Western Digital Scorpio Blue 320GB hard drive, serial # WX6A82N5928 |
| 102 | | | | | Windows 10 Pro OS in partition 8 - "Bill" is registered owner |
| 103 | | | | | Windows 10 Pro OS in partition 8 - "Bill Spearman" is user |
| 104 | | | | | Windows 7 pro OS in partition 2 - "Bill" is registered owner |
| 105 | | | | | Windows 7 pro OS in partition 2 - "Bill" is registered user |
| 106 | | | | | Driver's_License.pdf |
| 107 | | | | | Spearman Utility Bill[876].pdf |

Page   6   of   9   Pages

✍AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | VS. | WILLIAM MICHAEL SPEARMAN | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 108 | | | | | Username and Password List |
| 109 | | | | | Tor.exe file extraction |
| 110 | | | | | Richoche.exe file extraction |
| 111 | | | | | Richochet.json file extraction |
| 112 | | | | | ExpressVPN file extraction |
| 113 | | | | | ExpressVPN bill payment photo |
| 114 | | | | | Veracrypt.exe file extraction |
| 115 | | | | | Screenshots of Windows 10 and 7 logins |
| 116 | | | | | Disk with CP from S400 Laptop |
| | | | | | |
| | | | | | |
| 120 | | | | | Toshiba Satellite Laptop, serial # XC301289R |
| 121 | | | | | OCZ 960GB SSD, serial # Y5AB4045K1HU |
| 122 | | | | | dd-form-214-2.tif |
| 123 | | | | | img_20160513_171605.jpg - utility bill |
| | | | | | |
| | | | | | |
| 126 | | | | | 20191105_100050 - Spearman smiling |
| 127 | | | | | 21091126_133358 - laptop photo |
| 128 | | | | | 20191126_133622.jpg - Spearman hand over face |
| 129 | | | | | GPS coordinates of 20191126_133218 for GX 126, 127, 128 |
| 130 | | | | | 20191126_133656.jpg - Spearman hand over face |
| 131 | | | | | GPS coordinates of GX 130 |
| 132 | | | | | credit card log of Spearman |
| 133 | | | | | system users |
| 134 | | | | | Windows 10 Pro registration: Bill |
| 135 | | | | | Username and Password List |

≪AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. WILLIAM MICHAEL SPEARMAN | | | | | CASE NO. 9:22-cr-80173-AMC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 136 | | | | | Screenshots of Windows login |
| 137 | | | | | lnk files with indicative names of CP |
| | | | | | |
| | | | | | |
| 140 | | | | | Strontium 128GB thumb drive, serial # AACM2W3BQC12UKKL |
| 141 | | | | | Disk with CP from Strontium thumb drive |

Page  8  of  9  Pages

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM MICHAEL SPEARMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 9:22-cr-80173-AMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CANNON | K. Reynolds, W. Clayman, G. Schiller | Scott Berry |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| June 12, 2023 - June 16, 2023 | | Tina Cassisi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | FBI Special Agent Drew Steinmetz |
| | | | | | Digital Investigative Analyst James Fottrell |
| | | | | | FBI SA Scott Schoenhardt |
| | | | | | FBI SA Blake Downing |
| | | | | | FBI Data Scientist Jon-Robert Marsh |
| | | | | | FBI HRT Donald Fisher |
| | | | | | FBI SA Sean Muller |
| | | | | | HSI SA Daniel Ben-Meir |
| | | | | | FBI SA David Backlund |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 9 of __9__ Pages