UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80173-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM MICHAEL SPEARMAN,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing as co-counsel for the defendant in the above referenced case.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/ *M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 72164
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
caroline_mccrae@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified

on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    By: s/ *M. Caroline McCrae*
                                                        M. Caroline McCrae