UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    22-80173-CR-CANNON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

WILLIAM MICHAEL SPEARMAN,
        Defendant.
_____:

**NOTICE OF FILING**

Defendant, William Michael Spearman, through undersigned counsel, files the

attached Exhibit A, Military Records and Exhibit B-2, Curriculum Vitae for Dr. Amy

C. Swan, Psy.D. for the court's review at the time of his sentencing.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER


*Scott Berry*
Scott Berry, AFPD
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@FD.org

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on August 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry