US v. Good, et al (Spearman), 22-CR-80173-2-AMC, RSDO1, Bates Numbers 01564 of 02452

| APPLICATION FOR ACTIVE DUTY | See instructions on reverse side before completing this form. | 1. DATE |
|---|---|---|
| For use of this form see AR 135-210; the proponent agency is ODCSPER | | |

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 10 USC 672(d), 10 USC 275.

**PRINCIPAL PURPOSE:** Used by Reserve Component officers to apply for active duty programs announced by HQDA. Application is reviewed to determine the member's eligibility for announced active duty requirements.

**ROUTINE USES:** Used to determine qualifications and make final selection of individuals applying for active duty. Also used to schedule medical examinations, security screening and to issue active duty orders. The SSN is used to identify the member.

**DISCLOSURE:** Disclosure of your SSN and other personal information is mandatory for officers applying for active duty programs announced by HQDA.

**2. TO:** COMMANDING GENERAL,

**3. FROM:** *(Last name - first name - middle initial)* SPEARMAN, William M.

| 4a. PRESENT RESERVE GRADE | 4b. RESERVE COMPONENT |
|---|---|

**4c. SERVICE NUMBER** | **4d. SOCIAL SECURITY NUMBER** | **4e. BRANCH** | **5a. MOS/SSI** | **5b. COMPONENT**

**6a. PERMANENT HOME ADDRESS** *(Number, Street or RFD No. City and State)(Include ZIP Code)* | **6b. TELEPHONE NUMBER**

**7a. TEMPORARY ADDRESS** *(Include ZIP Code)* | **7b. DURATION** | **7c. TELEPHONE NUMBER**

*(Item 8 to be completed only by personnel currently serving on active duty in a warrant officer or enlisted status)*

**8a. PRESENT ACTIVE DUTY GRADE** E-6 | **8b. SERVICE NUMBER** | **8c. ORGANIZATION AND STATION ASSIGNMENT**

**9.** I HEREBY VOLUNTEER TO ENTER ON ACTIVE DUTY FOR THE PERIOD INDICATED BELOW, IN MY BRANCH OR ANY OF THE FOLLOWING OTHER BRANCHES THAT I MAY BE QUALIFIED FOR, AND, IF ACCEPTED FOR ACTIVE DUTY IN ANOTHER BRANCH, REQUEST TRANSFER TO THAT BRANCH:

a. FOR *(Check appropriate box)* ☒ A PERIOD OF 6 YEARS ☐ AN INDEFINITE PERIOD

b. OTHER BRANCHES *(List order of preferences)*:

**10.** I UNDERSTAND THAT IF ACCEPTED FOR ACTIVE DUTY I MAY BE ASSIGNED TO ANY COMMAND (Including an overseas command) TO FILL ANY ARMY WIDE VACANCY. HOWEVER, I WOULD LIKE TO BE CONSIDERED FOR ONE OF THE THREE DUTY ASSIGNMENTS AND AREA OF ASSIGNMENTS LISTED BELOW IN THE ORDER OF MY CHOICE.

| | CHOICE NO. 1 | CHOICE NO. 2 | CHOICE NO. 3 |
|---|---|---|---|
| DUTY ASSIGNMENT | | | |
| AREA ASSIGNMENT | | | |

**11.** IF IT IS POSSIBLE, I PREFER TO ENTER ON ACTIVE DUTY DURING ONE OF THE THREE PERIODS LISTED BELOW IN THE ORDER OF MY PREFERENCE.

| PREFERENCE NO. 1 *(Month and Year)* | PREFERENCE NO. 2 *(Month and Year)* | PREFERENCE NO. 3 *(Month and Year)* |
|---|---|---|
| | | |

**12.** UPON RECEIPT OF ACTIVE DUTY ORDERS, I WILL REQUIRE THE TIME INDICATED BELOW TO SETTLE MY AFFAIRS FOR ENTRY ON ACTIVE DUTY. *(Check appropriate box)*

☐ 60 DAYS ☐ 30 DAYS ☐ 10 DAYS ☒ AVAILABLE ON DATE OF RECEIPT OF ORDERS

**13.** REMARKS *(If more space is required, use a continuation sheet.)*

**14.** SIGNATURE *William M. Spearman*

**DA FORM 160** 1 APR 77 — Replaces DA Form 160, 1 Oct 67, and DA Form 160-R, Privacy Act Statement, Sep 75, which can be used.

# DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY
1st SPECIAL OPERATIONS COMMAND (AIRBORNE)
FORT BRAGG, NORTH CAROLINA 28307-5000

PERMANENT ORDERS 77-8

6 June 1986

1. SPEARMAN, WILLIAM M. ▮▮▮▮▮▮▮▮▮SGT HHC 1st SOCOM (Abn) (WOV2AA) Fort
Bragg, NC 28307-5000

Announcement is made of the following award.

Award: Army Commendation Medal
Date(s) or period of service: From 1 March 1985 to 27 July 1986
Authority: By direction of the Secretary of the Army under the provisions of
Army Regulation 672-5-1
Reason: For meritorious service
Format: 320

2. KUTCHINSKI, DAVID R. ▮▮▮▮▮▮▮▮▮CPT HHC 1st SOCOM (Abn) (WOV2AA) Fort
Bragg, NC 28307-5000

Announcement is made of the following award.

Award: Army Commendation Medal (First Oak Leaf Cluster)
Date(s) or period of service: From 5 January 1986 to 9 May 1986
Authority: By direction of the Secretary of the Army under the provisions of
Army Regulation 672-5-1
Reason: For meritorious service
Format: 320

3. SIMPSON, JAMES H. JR. ▮▮▮▮▮▮▮▮▮SFC HHD 1st Bn 7th SFG (Abn) 1st SF
(WHOZ19) Fort Bragg, NC

Announcement is made of the following award.

Award: Army Commendation Medal (Second Oak Leaf Cluster)
Date(s) or period of service: From 5 December 1984 to 2 June 1986
Authority: By direction of the Secretary of the Army under the provisions of
Army Regulation 672-5-1
Reason: For meritorious service
Format: 320

FOR THE COMMANDER:

*[signature]*

EDNA S. HARRISON
Chief, Svc Br

DISTRIBUTION:
3 Ea AFVS-AGM-PA
5 Ea Individual
   AFVS-ACA-O
2 Ea AFVS-PAO
1 Ea PSNCO HHC 1st SOCOM; PSNCO 7th SFGA; HHD 1st Bn 7th SFGA
2 Ea CDR, US Army Enl Records Center, ATTN: PCRE-FS, Ft Ben Harrison, IN 46249
1 Ea HQDA, DAPC-POR-R, Alexandria, VA 22332
1 Ea CDR, XVIII Abn Corps & Ft Bragg, ATTN: AFZA-AG-CO, Ft Bragg, NC
2 Ea CDR, XVIII Abn Corps & Ft Bragg, ATTN: AFZA-AG-CE, Ft Bragg, NC

US v. Good et al (Spearman), 22-CR-80173-2-AMC, RSDO1, Bates Numbers 01565 of 02452

DEPARTMENT OF THE ARMY
HEADQUARTERS 82D AIRBORNE DIVISION
Fort Bragg, North Carolina 28307-5100

PERMANENT ORDERS 107-114                                8 June 1989

Following order is amended as indicated.

So much of: PERMANENT ORDERS 49-42, XVIII AIRBORNE CORPS AND FORT BRAGG,
FORT BRAGG, NORTH CAROLINA 28307-5000, dated 30 JAN 87
Pertaining to: The Award of the Good Conduct Medal to SPEARMAN, WILLIAM M.
          ████████  SGT HHC, 1st SOCOM, Ft Bragg, NC 28307-5100
As reads: DOPOS: 1 APR 83 TO 31 MAR 85

How Changed: Is Amended to read: DOPOS: 1 APR 83 TO 31 MAR 86

Authority: Paragraph 3-2, AR 672-5-1
Format: 700

FOR THE COMMANDER:

                                              SSG

DISTRIBUTION:                          J.J. ROMAN
AFVC-PSC-R  (1)                        CW3, USA
AFVC-PSC-R  (GCMS) (1)                 Assistant, G1/AG
Cdr, USAEREC, ATTN: PCRE-FS, Ft
  Benjamin Harrison, IN 46249 (1)
Cdr, XVIII ABN CORPS
  Ft. Bragg, NC 28307-5100 (1)
Cdr, 313TH MI BN
  (1 PAC, 1 CO B, 2 INDIV) (4)

DEPARTMENT OF THE ARMY
HEADQUARTERS 82D AIRBORNE DIVISION
Fort Bragg, North Carolina  28307-5100

PERMANENT ORDERS  107-119                          8 June 1989

SPEARMAN, WILLIAM M. ████████   SGT CO B, 313TH MI BN (WA77B0)
82d Abn Div, Ft Bragg, NC  28307-5100

Announcement is made of the following award.

Award:  GOOD CONDUCT MEDAL CLASP (2ND AWARD)
Date(s) or period of service:  1 APR 1986 TO 31 MAR 1989
Authority:  Paragraph 3-2, AR 672-5-1
Reason:  For exemplary behavior, efficiency, and fidelity during
the period indicated.
Format:  320

FOR THE COMMANDER:

                                         SSG
DISTRIBUTION:                    W.J. ROMAN
AFVC-PSC-R  (1)                  CW3, USA
AFVC-PSC-R  (GCMS) (1)           Assistant, G1/AG
Cdr, USAEREC, ATTN:  PCRE-FS, Ft
  Benjamin Harrison, IN  46249 (1)
Cdr, 313TH MI BN
  (1 PAC, 1 CO B, 2 INDIV) (3)

361  14 September 89  2591

66 053  /6

DEPARTMENT OF THE ARMY
HEADQUARTERS 82D AIRBORNE DIVISION
Fort Bragg, North Carolina 28307-5100

ORDERS  120-130

26 June 1989

The Secretary of the Army has reposed special trust and confidence in the patriotism, valor, fidelity, and professional excellence of WILLIAM M. SPEARMAN. In view of these qualities and his demonstrated leadership potential and dedicated service to the Army, he is therefore, promoted from SGT to SSG. MOS 97B3PY2LA is awarded at his primary MOS effective 1 July 1989. Promotion is effective 1 July 1989 with a date of rank of 1 July 1989. Promotion is not valid and will be revoked if the soldier is not in a promotable status on the effective date of promotion. The authority for this promotion is MILPERCEN Letter, TAPC-MSP-E, dated 10 May 1989, subject: DA Promotion point Cut-Off scores for 1 June 1989, and AR 600-200, paragraph 7-14. Other MOS actions are award of SMOS 91B300000 and withdrawal of PMOS 97B2PY2LA and SMOS 91A200000.

Additional Instructions:  (a)  You are required to submit an Official Photo to Headquarters Department of the Army within 60 days of your promotion. Photo may be obtained from the Fort Bragg Photo Lab. Uniform will be the Army Green, with all authorized awards and decorations.
Format:  302

FOR THE COMMANDER:

DISTRIBUTION
AFVC-GAA (1).
AFVC-PSC-M (PROM) (1)
AFVC-PSC-R (1)
Cdr, USAEREC, ATTN: PCRE-FS
Fort Benjamin Harrison, IN 46249-5301 (1)
SSG SPEARMAN,
Cdr, 313TH MI Bn (PAC-1, HQ-1, Indv-5)  (7)

CALVIN D. BRUMFIELD
CPT, AG
Assistant G1/AG

SGT/USA
ASST NCOIC Prom

DEPARTMENT OF THE ARMY
HEADQUARTERS, JOINT TASK FORCE-SOUTH
Fort Bragg, North Carolina 28307-5000

PERMANENT ORDERS 16-107                                      15 February 1990

███████████████          LTC  HSC, 313th MI Bn  (WA77TO)
82d Abn Div, Ft Bragg, NC 28307-5100

                                    MAJ
                                    SGT
                                    PFC
                                    CW2
SPEARMAN, WILLIAM                   SSG

Announcement is made of the following award.

Award: Bronze Service Star for Parachutist Badge
Date(s) or period of service: Effective 20 December 1989
Authority: Paragraph 6-81, AR 672-5-1
Reason: For participation in a combat parachute jump
Format: 320

FOR THE COMMANDER:

DISTRIBUTION:                       MICHAEL A. BLACK
AFZA-AG-A    (1)                    MAJ, AG
SERVICING MILPO (1)                 Assistant Adjutant General
EACH INDIVIDUAL (2)
Cdr, USAEREC, ATTN: PCRE-FS, Ft Benjamin Harrison, IN 46249 (1)
HQDA, ATTN: DAPC-MSR, 200 Stovall St, Alexandria, VA 22332 (1)

PERMANENT ORDERS 102-202

30 May 1991



MAJ
GOODROW EDWARD ARTHUR  231903406  WO1

HHC 82d Abn Div  (WAA6AA)

SPEARMAN WILLIAM MICHAEL  249395417  SSG

82d Abn Div, Fort Bragg, NC  28307-5100
Annoucement is made of the following award:

Award: Bronze Star Medal
Date(s) or period of service:  17 January 1991 to 4 April 1991
Authority:  Paragraph 2-15, AR 672-5-1, ARCENTMAIN MSG 221926Z JAN 1991,
            SUBJECT: Delegation of Wartime Award Approval Authority
            and XVIII Abn Corps Msg 261200Z JAN 1991, SUBJECT:
            Wartime Award Authority.
Reason:  Meritorious achievement.
Format:  320

FOR THE COMMANDER:

MARK E. COLLINS
MAJ, GS
Asst G1/AG

DISTRIBUTION:
AFVC-GAP-P (1), AFVC-PSC-R (1), AFVC-PSC-O (1)
Cdr, USAEREC, ATTN:  PCRE-F, Ft Benjamin Harrison, IN  46249 (1)
Cdr, USTAPC, ATTN:  TAPC-POR-RS, Alexandria, VA  22332 (1)
Cdr, Unit  (1)
Individual (2)



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

# THE BRONZE STAR MEDAL

TO        STAFF SERGEANT WILLIAM M. SPEARMAN, UNITED STATES ARMY

FOR exceptionally meritorious achievement in support of actions against a hostile force in the Persian
Gulf from 16 January 1991 to 30 March 1991, while assigned to Headquarters and Headquarters Company, 82d
Airborne Division. As a Senior Counterintelligence Agent, Staff Sergeant Spearman's performance in combat
operations was a key factor that enabled the 82d Airborne Division, in conjunction with Coalition Forces,
to implement the United Nations Security Council Resolutions, end Iraqi aggression and free the country of
Kuwait. His devotion to duty, aggressiveness and ability to excel while under great pressure contributed
significantly to the successful accomplishment of the mission. Staff Sergaent Spearman demonstrated the
high ideals and professionalism exemplified by the Airborne tradition. His outstanding performance in
support of the combat mission reflects distinct credit upon himself, the 82d Airborne Division and the
United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 16TH     DAY OF JULY     19 91

HENRY H. SHELTON
Major General, USA
Commanding

SECRETARY OF THE ARMY

DA FORM 4980-3, APR 84

DEPARTMENT OF THE ARMY
HEADQUARTERS 82D AIRBORNE DIVISION
Fort Bragg, North Carolina  28307-5100

PERMANENT ORDERS   142-2                                    8 August 1991

SPEARMAN, WILLIAM          SSG  HHC, DIV  (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100

Announcement is  made of the following award.

Award:  Master Parachutist Badge  .
Date(s) or period of service:  25 January 1991
Authority:  Paragraph 5-12, AR 672-5-1
Reason:  Not applicable
Format:  320

FOR THE COMMANDER:

                                        LEVI R. MARTIN
DISTRIBUTION:                           MAJ, GS
AFVC-GAP-P  (1)                         Assistant G1/AG
AFVC-PSC-0  (1)
Cdr, USAEREC, ATTN: PCRE-F
  Ft. Benjamin Harrison, IN  46249
Cdr, HHC, DIV
  (1 PAC, 2 indiv) (3)



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO     STAFF SERGEANT WILLIAM M. SPEARMAN, UNITED STATES ARMY
       HEADQUARTERS AND HEADQUARTERS COMPANY, 82D AIRBORNE DIVISION

FOR    MERITORIOUS SERVICE AS A COUNTERINTELLIGENCE OPERATIONS OFFICER,
       DURING NUMEROUS TACTICAL DEPLOYMENTS AND GARRISON ACTIVITIES.
       YOUR EXPERIENCE AND TECHNICAL EXPERTISE CONTRIBUTED SIGNIFICANTLY
       TO THE HIGH STANDARDS OF UNIT PERFORMANCE IN ALL AREAS.   YOUR
       EXTRAORDINARY EFFORTS AND ACCOMPLISHMENTS REFLECT DISTINCT CREDIT
       UPON YOURSELF, THE 82D AIRBORNE DIVISION AND THE UNITED STATES
       ARMY.

FROM: 15 DECEMBER 1986 TO 14 AUGUST 1991

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   30TH     DAY OF     AUGUST   19   91

HENRY H. SHELTON
Major General, USA
Commanding

SECRETARY OF THE ARMY

DA FORM 4980-12, APR 81

DEPARTMENT OF THE ARMY
HEADQUARTERS 82D AIRBORNE DIVISION
Fort Bragg, North Carolina  28307-5100

PERMANENT ORDERS  42-81                                    12 March 1992

1.  ████████  ████████  ████████  SSG HHC DIVISION (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100
Award:   GOOD CONDUCT MEDAL CLASP (3RD AWARD) 31 MAR 1989 TO 30 MAR 1992

2.  ████████  ████ █  ████████  SFC HHC DIVISION (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100
Award:   GOOD CONDUCT MEDAL CLASP (5TH AWARD) 21 MAR 1989 TO 20 MAR 1992

3.  ████████  ████████  SPC HHC DIVISION (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100
Award:   GOOD CONDUCT MEDAL 16 MAR 1989 TO 15 MAR 1992

4.  ████████  ████████  SSG HHC DIVISION (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100
Award:   GOOD CONDUCT MEDAL CLASP (4TH AWARD) 14 MAR 1989 TO 13 MAR 1992

5.  SPEARMAN, WILLIAM M.  ████████  SSG HHC DIVISION (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100
Award:   GOOD CONDUCT MEDAL (3RD AWARD) 31 MAR 1989 TO 30 MAR 1992

6.  ████████  ████████  SPC HHC DIVISION (WAA6AA)
82d Abn Div, Ft Bragg, NC  28307-5100
Award:   GOOD CONDUCT MEDAL 11 NOV 1988 TO 10 NOV 1991

Announcement is made of the following award.

Award:  See standard name line
Date(s) or period of service:  See standard name line
Authority:  Paragraph 3-2, AR 672-5-1
Reason:  For exemplary behavior, efficiency, and fidelity during
  the period indicated.
Format:  320

FOR THE COMMANDER:

DISTRIBUTION:
AFVC-PSC-R  (6)
AFVC-PSC-R (GCMS)  (6)
Cdr, USAEREC, ATTN:  PCRE-FS, FT
  Benjamin Harrison, IN  46249
Cdr, HHC DIVISION
  (1 PAC, 2 INDIV)  (12)

TOMMY W. DAUGHTRY
CW3, USA
Assistant, G1/AG

RECEIVED
19 MAR 1992

PERMANENT ORDERS 21-6 HQ, 1st SOCOM, Ft Bragg, NC, 7 February 1986, Cont'd

FOR THE COMMANDER:

DISTRIBUTION:                           EDNA S. HARRISON
4 Ea AFVS-AG-PA                         Chief, Svc Br
5 Ea Individual
    AFVS-AG-AO
2 Ea AFVS-PAO
1 Ea PSNCO HHC 1st SOCOM; PSNCO 7th SFGA; Svc Co 7th SFGA
4 Ea CDR, US Army Enl Records Center, ATTN: PCRE-FS, Ft Ben Harrison, IN 46249
4 Ea CDR, XVIII Abn Corps & Ft Bragg, ATTN: AFZA-AG-CE, Ft Bragg, NC

TAPC-MS Form 68, 27 Jun 89   Camera Card

26/9 info   July 29.

TAPC-MS Form 68, 2 Jun 89

**...MENT ...ORM 67-8-1**  11273-2  For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

31068...

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK Year / Month / Day | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS/AOC | h. STA CODE |
|---|---|---|---|---|---|---|---|
| SPEARMAN, William M. | | WO1 | 92 10 22 | MI | | 351B1P | 37099 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| B Co, 519th MI Bn (TE)(ABN), Ft. Bragg, NC 28307-5000 (FORSCOM) | 04 PCS | FC |

| l. PERIOD COVERED FROM / THRU | m. NO. OF MONTHS | n. MIL PO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|
| Year Month Day / Year Month Day 92 10 23 / 93 02 08 | 4 | FS28 | 1. GIVEN TO OFFICER  [X] 2. FORWARDED TO OFFICER 930527 | |

q. EXPLANATION OF NONRATED PERIODS

**PART II — AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | | |
|---|---|---|---|---|
| BRENNAN, Steven A. | | S.A. Qumn | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
CPT, MI, B Co, 519th MI Bn (TE)(ABN), Ft Bragg, NC 28307, Company Commander   DATE 27 May 93

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT   DATE

| c. NAME OF SENIOR RATER (Last, First, MI) | | SIGNATURE | |
|---|---|---|---|
| KIMMONS, John F. | | J. | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
LTC, MI, 519th MI Bn (TE)(ABN), Ft. Bragg, NC 28307, Battalion Commander   DATE 27 May 93

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO OF |
|---|---|---|---|---|---|
| SM unavailable for signature | | | | | |

**PART III — DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE  Assistant Operations Officer   b. SSI/MOS 351B1P

c. REFER TO PART I DA FORM 67-8-1  Assistant Operations Officer for a 60 soldier Counterintelligence (CI) Company with a short notice, worldwide contingency mission in support of the XVIII Airborne Corps. Responsible for the mission readiness and tactical proficiency of an Operations Section. Articulates requirements for computer hardware and software support for XVIII Airborne Corps Counterintelligence assets. Manages CI taskings in support of Corps operational requirements. Additional duty as Information Systems Security Officer.

**PART IV — PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In boxes 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)   HIGH DEGREE   LOW DEGREE   1 2 3 4 5

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS  9210 | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  74/185  YES | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly positive or needs improvement)

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.1,2. Absolute expert in tactical Counterintelligence concepts. a.5,8. Clearly lays out problems and finds reasonable, practical solutions. b.2. Anticipates the next step to accomplish the mission. b.6. Always stands up for what he knows is right. |
|---|---|

DA FORM 67-8, 1 JAN 79   REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.   US ARMY OFFICER EVALUATION REPORT

26/9 Mfg    July 29, 1993

TAPC-HS Form 68, 27 Jun 89    Camera Card

TAPC-HS Form 68, 27 Jun 89    Camera Card

---

**PERIOD COVERED** 921023-930208

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. RATED OFFICER'S NAME** SPEARMAN, William M.    **SSN**

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

WO1 Spearman rendered an outstanding performance as the Assistant Company Operations Officer. He is an extremely intelligent Counterintelligence Warrant Officer. He identified automation requirements for XVIII Airborne Corps Counterintelligence teams and assembled a proposal to standardize all automation equipment. His efforts enhanced the reporting of time sensitive intelligence information to tactical commanders. He took the initiative to procure locally available automation systems to fill the gap until standardized systems are acquired. WO1 Spearman was the driving force behind Company use of the Unit Level Automated Logistics System and managed the Information Systems Security Program; both received commendable ratings during the recent Battalion Command Inspection. Key to his success as the Assistant Operations Officer was the professional manner with which he went that extra step to see that the job is done right. WO1 Spearman is a serious, dedicated professional who made a positive impact on this Company's ability to go to war. He performs magnificently in everything he does.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL** Promote ahead of contemporaries. Unlimited potential. Place in positions of increased responsibility.

**PART VI — INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII — SENIOR RATER**

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-205)**

SR

[  7] RO: WO1
⊕[ 12] SPEARMAN W
[  3]
[  0] SR: LTC
[  0] KIMMO

[  0] DATE 930630
[  0]
[  0] TOTAL OFF
[  0] RATED  12

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW
[X] YES    [ ] NO (Explain in b)

**b. COMMENTS** WO1 Spearman's performance during this short initial rating period was absolutely first class in every respect. Masterfully competent, and an aggressive innovator and planner, he demonstrated distinctly superior potential for the most demanding operational assignments. Highly articulate and a natural leader/coach, I would fight to get him back under my Command. A standout Officer even at this early stage. Promote well ahead of contemporaries.

SEE PRIVACY ACT STATEMENT<br>ON DA FORM 67-8-1

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| SPEARMAN, WILLIAM M. | | WO1 | 92 | 10 | 23 | MI | | 351B | KS194 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| HHSC, 102D MI BN, 2D INF DIV, APO AP 96224 (EUSA) | 05 | ANNUAL | P8 |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | 1- GIVEN TO OFFICER ___ | |
| 93 | 02 | 09 | 94 | 02 | 08 | 08 | K002 | 2. FORWARDED TO OFFICER ___ | |

| q. EXPLANATION OF NONRATED PERIODS |
|---|
| 930209-930224: SCH. 930225-930509: NRO. 930510-930614: PCS, LV, TVL |

**PART II — AUTHENTICATION** *(Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)*

| a. NAME OF RATER *(Last, First, MI)* | SSN | SIGNATURE | |
|---|---|---|---|
| STARCK, DONALD S. | | Donald S. Starck | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MAJ, MI, HHSC, 102D MI BN, BATTALION EXECUTIVE OFFICER | 24 FEB 94 |

| b. NAME OF INTERMEDIATE RATER *(Last, First, MI)* | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER *(Last, First, MI)* | SSN | SIGNATURE | |
|---|---|---|---|
| ZAHNER, RICHARD P. | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| LTC, MI, 102D MI BN, BATTALION COMMANDER | 24 FEB 94 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| William M. Spearman | 22 FEB 94 | | SJN | | 0 |

**PART III — DUTY DESCRIPTION** *(Rater)*

| a. PRINCIPAL DUTY TITLE | BATTALION S-2 | b. SSI/MOS | 35D00 |
|---|---|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1 Intelligence officer for the most forward deployed Military Intelligence battalion in the United States Army. Directly supervises battalion information, personnel, physical, and information systems security, crime prevention, intelligence oversight, and nuclear inspection programs. Advises the Battalion Commander on all aspects of intelligence and security regarding the active North Korean threat. Manages all human intelligence assets in automated data processing systems. Responsible for the health and welfare of a seven soldier primarily staff section. Additional duties of Battalion Security Manager and Intelligence Oversight Officer.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM** *(Rater)*

a. PROFESSIONAL COMPETENCE *(In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)*

HIGH DEGREE ——— LOW DEGREE
1   2   3   4   5

| | | | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness  PASS  9308 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  74/185  YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

| 1. DEDICATION<br>2. RESPONSIBILITY<br>3. LOYALTY<br>4. DISCIPLINE<br>5. INTEGRITY<br>6. MORAL COURAGE<br>7. SELFLESSNESS<br>8. MORAL STANDARDS | a.2. Exceptionally skilled in all facets of his job. In depth knowledge. Consistently demonstrated superior ability and performance.<br>a.3. Excellent physical condition.<br>a.4,10. Remarkably poised and confident. A positive role model for soldiers.<br>b.1. Totally dedicated to mission and soldiers. Always dependable.<br>b.2. Thrives on challenge and responsibility.<br>b.3.5. Honest. Loyal to his soldiers. Supports the chain of command. |
|---|---|

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

| PERIOD COVERED | :930209-940208 |
|---|---|

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME**  SPEARMAN, WILLIAM M.  **SSN**

**RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS**  ☐ YES  ☒ NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

☒ ALWAYS EXCEEDED REQUIREMENTS  ☐ USUALLY EXCEEDED REQUIREMENTS  ☐ MET REQUIREMENTS  ☐ OFTEN FAILED REQUIREMENTS  ☐ USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.**

WO1 Spearman is the consummate officer whose professional and military competence has never been found lacking. He significantly improved his section's combat readiness by focusing his soldiers on North Korean threat analysis, vehicle maintenance, and physical security. Through participation in a major Joint-Combined CPX and three battalion field exercises, WO1 Spearman trained his soldiers to collect and process intelligence in support of the maneuver combat commander. The performance of his section in the field has always been exemplary. His emphasis on maintenance ensured his equipment was combat ready and fully mission capable for field deployments. WO1 Spearman also established an aggressive security awareness program that included personal involvement in all command inspections of unit automation redeployment security checks, and inspections of unit automation equipment. He wrote a security annex to the battalion's Tactical SOP detailing individual and unit responsibilities- a first for this battalion. WO1 Spearman's diligence has streamlined personnel security processing, greatly reducing the waiting time for soldier security indoctrinations. A top performer, WO1 Spearman embodies some of the finest qualities of military leadership.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

☒ PROMOTE AHEAD OF CONTEMPORARIES  ☐ PROMOTE WITH CONTEMPORARIES  ☐ DO NOT PROMOTE  ☐ OTHER (Explain below)

**e. COMMENT ON POTENTIAL** Promote to CW2 now. Select for Advance Course early. Possesses outstanding leadership potential and management acumen. Excellent candidate for advanced civil schooling. School and promote alongside the Army's finest officers.

## PART VI – INTERMEDIATE RATER

**a. COMMENTS**

## PART VII – SENIOR RATER

**a. POTENTIAL EVALUATION** (See Chapter 4, AR 623-105)

SR

☒

| | | |
|---|---|---|
| *[ | 5] | RO: WO1 |
| [ | 1] | SPEARMAN W |
| [ | 0] | |
| [ | 0] | SR: LTC |
| [ | 0] | ZAHNE |
| [ | 0] | DATE 940328 |
| [ | 0] | |
| [ | 0] | TOTAL OFF |
| [ | 0] | RATED    5 |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW  ☒ YES  ☐ NO (Explain in b)

**b. COMMENTS** WO1 Spearman's performance as the Battalion S-2 has fully justified his selection as a warrant officer and also demonstrated that the Army has yet to tap the the full range of his technical and tactical expertise. WO1 Spearman met each task or problem with a quiet professionalism, producing results that set the standard for intelligence officers throughout the division, most of whom are captains. He clearly has the maturity, superb judgement and innate intelligence required to develop and execute sensitive counter-intelligence operations in situations were daily operation oversight is not possible. Retain at all costs, promote at the earliest opportunity and provide only the most challenging assignments. This officer will undoubtedly be a future leader in his technical field and in the general MI community.

1989 - 261-871/02582

PERMANENT ORDERS 181-35, HQ USAIC, Fort Benning, Georgia 31905, dtd 27 September 1983 (Con't)



SPEARMAN, WILLIAM M    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    PV1

PV1

PV1

Announcement is made of the following award.

Award: Parachute Badge
Date(s) or period of service: 7 Oct 83
Authority: Paragraph 5-14, AR 672-5-1
Reason: For successful completion of Airborne training
Format: 320

FOR THE COMMANDER:

PAUL C. WEDDLE
LTC, AGC
Adjutant General

HQ. U. S. ARMY INFANTRY CENTER
OFFICIAL
FORT BENNING, GEORGIA

DISTRIBUTION:
AG-ASC (2)
1 Ea Indiv Indic (73)
Stu Rec (1 Ea) (73)
Stu Mqt (5)
Cdr, HHC 4th ATB, The Sch Bde, USAIS (3)
Cdr, USA Enl Rec & Eval Ctr, ATTN: PCRE-FR-S, Ft Benjamin Harrison IN 46249 (1 Ea) (73)



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

WARRANT OFFICER WILLIAM M. SPEARMAN

TO

HEADQUARTERS AND HEADQUARTERS SERVICE COMPANY,
102D MILITARY INTELLIGENCE BATTALION

FOR

MERITORIOUS SERVICE AS THE BATTALION S-2 OFFICER. WARRANT OFFICER
SPEARMAN'S DEDICATION TO DUTY GREATLY CONTRIBUTED TO THE OVERALL
SUCCESS OF ALL BATTALION INFORMATION, PERSONNEL, PHYSICAL AND SYSTEMS
SECURITY PROGRAMS AND REFLECTS GREAT CREDIT UPON HIMSELF, THE
"STALKER" BATTALION, THE SECOND INFANTRY DIVISION, AND THE UNITED
STATES ARMY.

FROM: 11 JUNE 1993 TO: 12 JUNE 1994

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 10TH DAY OF JUNE 19 94

RAYMOND D. BARRETT, JR.
COL, IN
BRIGADE COMMANDER
PERMANENT ORDERS #067-09

SECRETARY OF THE ARMY

DA FORM 4980-14, APR 81

SEE PROFILE ... Case MDL Gov ... 22-CR-60173-2-AMC-RSR01, Gates Numbers 01628 of 02452 ... Page 20 of
ON DA FORM 67-8-1

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| SPEARMAN, WILLIAM M. | | WO1 | 92 | 10 | 23 | MI | | 351B0 | KS416 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO. MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| HHSC, 102D MI BN, 2D INF DIV, APO AP 96224 (EUSA) | 04 | PCS | P8 |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | ☐ 1. GIVEN TO OFFICER | |
| 94 | 02 | 09 | 94 | 06 | 12 | 04 | K002 | ☐ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

## PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| DIAZ, PETER | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| MAJ, MI, HHSC, 102D MI BN   BATTALION EXECUTIVE OFFICER | | 16 JUN 94 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| ZAHNER, RICHARD P. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| LTC, MI, 102D MI BN   BATTALION COMMANDER | | 16 JUN 94 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| William M. Spearman | 16 JUN 94 | | | | 0 |

## PART III – DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE   BATTALION S-2 | b. SSI/MOS 35D00 |
|---|---|

c. REFER TO PART IIIb, DA FORM 67-8-1  Intelligence officer for the most forward deployed Military Intelligence battalion in the United States Army.  Directly supervises battalion information, personnel, physical, and information systems security, crime prevention, intelligence oversight, and nuclear inspection programs.  Advises the Battalion Commander on all aspects of intelligence and security regarding the active North Korean threat.  Manages all human intelligence assets in automated data processing systems.  Responsible for the health and welfare of a seven soldier primarily staff section.  Additional duties of Battalion Security Manager and Intelligence Oversight Officer.

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE  (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer.  Any comments will be reflected in b below.)

HIGH DEGREE — LOW DEGREE   1 2 3 4 5

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness  9405 PASS | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  74/185 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.2.  Exceedingly adept at putting knowledge and experience to good use in the daily performance of his duties.
a.7,14.  Superior ability in all forms of communication.
b.1,2,3.  A totally dedicated and loyal officer who can always be relied upon to carry out his duties in a professional manner.
b.8.  Moral standards of the highest degree.

DA FORM 67-8  1 SEP 79   REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.   US ARMY OFFICER EVALUATION REPORT

| PERIOD COVERED 940209- 940612 | |
|---|---|

### PART V – PERFORMANCE AND POTENTIAL EVALUATION *(Rater)*

**a. RATED OFFICER'S NAME** SPEARMAN, WILLIAM M.      **SSN**

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   [X] YES   [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS  [ ] USUALLY EXCEEDED REQUIREMENTS  [ ] MET REQUIREMENTS  [ ] OFTEN FAILED REQUIREMENTS  [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

Spectacular performance by a true intelligence professional, WO1 Spearman consistently demonstrated his exceptional expertise in the area of intelligence operations in the Republic of Korea by providing timely and accurate intelligence and annexes for Operation Team Spirit 94. As the Battalion Information Security Officer, his battalion S2 section was the first in the 2d Infantry Division to comply with regulatory requirements of information systems security, which included approved detailed accreditation packets on over 60 ADP systems. His expertise in human intelligence was demonstrated as he prepared the scenario and roles for a theater-wide counterintelligence exercise, involving personnel from the 25th Infantry Division, 2d Infantry Division, and the 501st Military Intelligence Brigade. He skillfully planned, trained, executed, and supervised the battalion's Nuclear Inspection Program in support of the North-South Korean Declaration of Denuclearization of the Korean Peninsula which resulted in zero deficiencies during the 1994 Joint Training Exercise. WO1 Spearman coordinated and conducted 24 inspections in support of the battalion's Command Inspection Program, resulting in a vast improvement of the battalion's security posture. WO1 Spearman's performance has been characterized by technical expertise and dedication that far surpasses that of his contemporaries.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES  [ ] PROMOTE WITH CONTEMPORARIES  [ ] DO NOT PROMOTE  [ ] OTHER *(Explain below)*

**e. COMMENT ON POTENTIAL** Promote to CW2 now. WO1 Spearman possesses unlimited potential to succeed in the most demanding positions of the national intelligence community. His desire to excel has made him one of the most dedicated and professional Warrant Officers that I have ever met. Recommend early attendance to the Warrant Officer Advance Course.

### PART VI – INTERMEDIATE RATER

**a. COMMENTS**

### PART VII – SENIOR RATER

**a. POTENTIAL EVALUATION** *(See Chapter 4, AR 623-105)*

| SR | | DA |
|---|---|---|
| [X] | ✢[ 7] | RO: WO1 |
| | [ 1] | SPEARMAN W |
| | [ 0] | |
| | [ 0] | SR: LTC |
| | [ 0] | ZAHNE |
| | [ 0] | DATE 940701 |
| | [ 0] | |
| | [ 0] | TOTAL CFF |
| | [ 0] | RATED    6 |

A COMPLETE REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW   [X] YES   [ ] NO *(Explain in b)*

**b. COMMENTS** WO1 Spearman performed in an absolutely outstanding manner throughout the rating period. Exceptional technical expertise, combined with outstanding initiative and mature judgement resulted in superior results in a wide variety of complex assignments. In particular, his plan and execution of the nuclear inspection regime received high marks form DOD's On-Site Inspection Agency. WO1 Spearman should be considered for only the most challenging assignments in preparation for future accelerated promotions. An absolute professional, he will be an invaluable asset to both tactical and strategic intelligence unit commanders. I look forward to the opportunity to serve with this superb officer in the future.

1989 - 261-871/02582

AF05
SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1
Case No.1 Good et al (Spearman) 22-CR-60173-2-AMC RSD01 Bates Numbers 01661 of 02452
agency is US Army Military Personnel Center.
SB Docket 667216228 Page 22 of
64

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK Year Month Day | e. BR | f. DESIGNATED SPECIALTIES | g.PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| Spearman, William M. | | CW2 | 94 10 23 | MI | | 351B | 13355 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| B Co., 202d MI Battalion (INSCOM) Fort Gordon, GA 30905 | 03 Change Of Rater | AS |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 09 | TD03 | ✓ 1. GIVEN TO OFFICER 1 8 APR 1995 2. FORWARDED TO OFFICER | |
| Year | Month | Day | Year | Month | Day | | | | |
| 94 | 06 | 13 | 95 | 03 | 14 | | | | |

| q. EXPLANATION OF NONRATED PERIODS |
|---|
| 20 days casual, 940613-940702 |

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| TUPPER, HEATHER L. | | Heather Lynn Tupper | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| 1LT, MI, 202d MI Bn, 513TH MI Bde, Platoon Leader | | | 28 Mar 95 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| INGWERSEN, STEVEN P. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, MI, 202d MI Bn, 513TH MI Bde, Company Commander | | | 2 Apr 95 |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BOARDMAN, MICHAEL W. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, MI, 202d MI Bn, 513th MI Bde, Battalion Commander | | | 17 Apr 95 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| William M. Spearman | 14 Mar 95 | | PDS | | 9 |

**PART III – DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS 351B0 |
|---|---|
| Counterintelligence Team Chief | |

c. REFER TO PART IIIa, DA FORM 67-8-1 Officer in charge of a six soldier, Echelon Above Corps, force projection counterintelligence team providing timely and accurate counterintelligence and force projection support to U.S. Army Forces Central Command, U.S. Central Command, and U.S. Army Intelligence and Security Command. Plans and executes aggressive counterintelligence operations designed to surface and neutralize foreign intelligence activities. Ensures team is trained and able to deploy worldwide in support of force projection contingency operations. Provides the leadership, training, and technical knowledge to ensure mission accomplishment. Responsible for professional development, combat readiness, moral and welfare of four noncommissioned officers and one junior enlisted soldier. Will comply with internal controls per AR 11-2, para 1-14.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 — LOW DEGREE 4 5

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9410 | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 74/190 YES | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

(a. 1) Uses personal time to increase the company's effectiveness in the areas of ADP and communications.
(a. 2,7) Uses his technical expertise to improve training programs.
(a. 1,2) Conducts training and evaluation of reserve units.
(b. 3,7) Ensures that all counterintelligence agents are properly trained.
(b. 2,6) Offers sound, candid advice, but always supports the unit and its mission.

DA FORM 67-8 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

PERIOD COVERED 940613- 950314

### PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME** Spearman, William M.  **SSN** ▉▉▉▉▉▉

**RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS** [X] YES  [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS  [ ] USUALLY EXCEEDED REQUIREMENTS  [ ] MET REQUIREMENTS  [ ] OFTEN FAILED REQUIREMENTS  [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL**

CW2 Spearman's technical expertise and experience vastly improved operations and training in B Company, 202d Military Intelligence (MI) Battalion. CW2 Spearman used his technical expertise to improve the training program for the agents and to develop innovative training experiences. He was instrumental in the development of a new CI Certification program based on five phases of instruction which greatly improved the company's technical training. He personally instructed Phase II of this program. He also reorganized a research program which became known as the CI Area Target Studies. This program prepares teams before deploying to specific countries in the AOR. CW2 Spearman vastly improved the company's communication abilities as well. He acquired E-mail accounts and trained over 50% of the company in alternative means of telecommunications. This enabled the company to maintain communications with deployed soldiers 24 hours a day. He introduced and trained Internet software to be used as a CI targeting research means. CW2 Spearman also participated in the 202d MI Battalion's winter excercise in which he deployed to Savannah, Georgia. During the deployment, his team conducted a route reconnaissance which directly effects the deployment of the 513th Military Intelligence Brigade. His technical expertise made the exercise a success for his team. CW2 Spearman is an outstanding counterintelligence team chief and technician.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES  [ ] PROMOTE WITH CONTEMPORARIES  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL**   CW2 Spearman has superb potential. He will make an outstanding operations officer in a strategic unit. Promote to CW3 and send to the Warrant Officer Advanced Course.

### PART VI – INTERMEDIATE RATER

**a. COMMENTS** CW2 Spearman is an outstanding Warrant Officer. He knows completely all aspects of counterintelligence (CI) operations. He has been instrumental in training not only our soldiers but also the battalion's CI wartrace unit soldiers. He has refined the CI METL for not only Bravo Company but the 211th and 214th MI Companies as well, and has developed a training program to meet and maintain MOS proficiency. CW2 Spearman is extremely knowledgeable in the area of automation systems and telecommunications and has been the primary trainer for the company. CW2 Spearman is a proven technician and trainer. Promote ahead of peers and send to the Warrant Officer Advance Course at the earliest possible opportunity.

### PART VII – SENIOR RATER

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)**

SR | DA USE ONLY

[X]
⚹[ 6] RC: CW2
[ 3]    SPEARMAN W
[ 0]
[ 0] SR: LTC
[ 0] BCARD
[ 0]
[ 0] DATE 95C424
[ 0]
[ 0] TCTAL CFF
[ 0] RATED    7

**A COMP!** THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW   [X] YES   [ ] NO (Explain in b)

**b. COMMENTS**   Superb performance. CW2 Spearman shows impressive attention to detail and aggressive forward-leaning mission analysis. He is one of the most innovative officers in the Battalion; Mr. Spearman always sees a problem from a variety of perspectives and consistently offers unique solutions. He is also the acknowledged battalion expert on automation and the international information network. He has applied these abilities to his mission as a CI Team leader with excellent results, developing a CI team that is well trained and ready to deploy. CW2 Spearman clearly shows the potential to excel as a CW3; select for the Warrant Officer Advanced Course, assign as a tactical CI Officer or a CI Operations Officer on a MACOM G2 staff. Promote ahead of peers.

1989 - 261-871/2582

AF05    SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

U.S. v. Good, et al (Spearman) 22-CR-60173-2-AMC RSDO1, Bates Numbers 01632 of 02452
Case 0:22-cr-60173-AMC   Document 151   Entered on FLSD Docket 05/23/24   Page 24 of
60180243

For use of this form, see AR 623-105; the proponent agency is US Army Military Personnel Center.

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g.PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| SPEARMAN, William W. | | CW2 | 94 | 10 | 23 | MI | | 351B | 13355 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| B Co, 202d MI Bn, 513th MI Bde, Fort Gordon, Georgia 30905 INSCOM | 03 Change of Rater | AS |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | ☑ 1. GIVEN TO OFFICER  10 JAN 1996 | |
| 95 | 03 | 15 | 95 | 12 | 17 | 10 | TD03 | ☐ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| INGWERSEN, Steven P. | | ☐ *Steven P. Ingwersen* | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| CPT, MI, B Co, 202d MI Bn, 513th MI Bde, Company Commander | | | 28 Dec 95 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | ☐ | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BOARDMAN, Michael W. | | ☐ *Michael W.* | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
|---|---|---|---|
| LTC, MI, 202d MI Bn, 513th MI Bde, Battalion Commander | | | 10 Jan 96 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| *William M. Spearman* | 17 Dec 95 | | | | 0   AF |

## PART III — DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE  Counterintelligence Team Chief | b. SSI/MOS 351B |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1  Officer-in-charge of the Defensive Information Systems Detachment in a world-wide deployable Echelon Above Corps counterintelligence company.  Provides timely and accurate defensive information warfare and counterintelligence support to US Army Intelligence and Security Command, US Army Forces Central Command and US Central Command. Develops methods and training programs to protect the force and to detect, deter and neutralize information warfare and espionage operations.  Monitors current and emerging technologies and foreign intelligence threats to direct the development of countermeasures for current and future technical threats.  Trains all counterintelligence agents on computer crime investigations and threat assessments.  Ensures team is trained and able to deploy world-wide in support of force protection contingency operations.

## PART IV — PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE  (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer.  Any comments will be reflected in b below.)

HIGH DEGREE → LOW DEGREE   1  2  3  4  5

| | | | | | |
|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS   9512 | 1 | | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | | 12. Possesses military bearing and appearance  74/190  YES | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

(a. 1) Extensive knowledge in information systems technology.
(a. 2) Aggressively seeks responsibility.
(a. 7) Excellent writing skills.
(b. 1, 7) A thorough selfless and dedicated officer.
(b. 3, 6) Had the courage to voice his opinion and always loyally and energetically supported decisions made by his seniors.

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

US v. Good, et al (Spearman) 22-CR-80173-2-AMC RSPO1 Bates Numbers 01634 of 02452

PERIOD COVERED 950315— 951217

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME** SPEARMAN, William W.  **SSN** ▮▮▮▮▮

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS  [X] YES  [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

CW2 Spearman's performance of duty has been distinctly outstanding. Tasked to build a Defensive Information Systems Detachment (DISD), he identified and coordinated all available technical training venues for his team, resulting in a combined 2000 hours of training over the past six months. He has established a network for sharing intelligence on information warfare methodologies, vulnerabilites, countermeasures and emerging doctrine through close liaison with both federal and military agencies, a network which never existed before in this brigade. Additionally, he created a database of foreign intelligence service activities involving information warfare, system vulnerabilities, hacker methodology, and information systems countermeasures for assistance during vulnerability assessments of supported commands. CW2 Spearman's competence as a counterintelligence technician was further demonstrated during joint exercise Gold Sword III. His team independently trained and evaluated the 211th MI Company (CI) (USAR) in counterintelligence operations. His team's efforts were commended by the First US Army. Additionally, his team developed and trained soldiers from the 10th Mountain Division on automation skills in support of an Advanced Warfighter Experiment. CW2 Spearman's efforts have been instrumental in this unit forging ahead into Force XXI. He is an officer of the highest caliber.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

**e. COMMENT ON POTENTIAL** Promote immediately to CW3. This officer has unlimited potential. Send to the Warrant Officer Advanced Course at the earliest moment.

## PART VI – INTERMEDIATE RATER

**a. COMMENTS**

## PART VII – SENIOR RATER

**a. POTENTIAL EVALUATION** (See Chapter 4, AR 623-105)

| SR | DA |
|---|---|
| [X] | ☆[ 12] RO: CW2 |
| | [ 3] SPEARMAN W |
| | [ 0] |
| | [ 0] SR: LTC |
| | [ 0] BOARD |
| | [ 0] DATE 960119 |
| | [ 0] |
| | [ 0] TOTAL OFF |
| | [ 0] RATED 9 |

**b. COMMENTS** Superb potential. CW2 Spearman is not only a highly capable CI Technician and CI Team Leader, but is also a brilliant information warfare technician, forging new techniques and doctrine as he developed the 513th MI Brigade's first counter-information warfare detachment. His efforts have opened a new dimension in the type of CI and security services this Brigade can offer to the ARCENT commander. CW2 Spearman is a genuine self starter, innovator and original thinker. Promote ahead of peers, select for the Warrant Officer Advanced Course.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW  [X] YES  [ ] NO (Explain in b)

1989 - 261-871/0252

US v. Good, et al (Spearman) 22-CR-80173-2-AMC, RSDO1, Bates Numbers 01635 of 02452
US v. Good, et al (Spearman) 22-CR-80173-2-AMC, Document 301-15-AMC, Entered on FLSD Docket 06/21/2023, Page 26 of

# US ARMY OFFICER EVALUATION REPORT

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1
For Use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

6292001

## PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| SPEARMAN, William M. | | CW2 | 94 | 10 | 23 | MI | | 351B | 13355 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| 202D MI Bn, 513th MI Bde<br>Fort Gordon, GA 30905  (INSCOM) | 03   CHANGE OF RATER | AS |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY. (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | ✓ 1. GIVEN TO OFFICER    04 OCT 1996 | |
| 95 | 12 | 18 | 96 | 09 | 24 | 09 | TD03 | ☐ 2. FORWARDED TO OFFICER | |

| q. EXPLANATION OF NONRATED PERIODS |
|---|
| |

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| MATHIS, Twala D. | | ☐ *[signature]* | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| CPT, MI, B Co, 202D MI Bn, 513th MI Bde | Company Commander | 27 Sep 96 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| HARGROVE, Perry | | *[signature]* |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| LTC, MI, 202D MI Bn, 513th MI Bde | Battalion Commander | 30 Sep 96 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| *Wid. M. Spearman* | 24 Sep 96 | | WW | | Ø |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE   Counterintelligence Team Chief | b. SSI/MOS   351B |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

Officer in Charge of the Defensive Information Systems Detachment organic to the 202nd Military Intelligence Battalion, 513th Military Intelligence Brigade. Provides timely and accurate defensive information warfare and counterintelligence support to US Army and Security Command, US Army Forces Central Command and US Central Command. Develops methods and training programs to protect the force and to detect, deter, and neutralize information warfare and espionage operations. Monitors current and future technical threats. Trains all counterintelligence agents on computer crime investigations and threat assessment procedures. Responsible for the readiness and training of a six soldier Counterintelligence Team. Responsible for the accountability and deployability of tactical equipment valued in excess of $100,000.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

| a. PROFESSIONAL COMPETENCE | (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) | | HIGH DEGREE | | | LOW DEGREE | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | | | | 1 |
| 3. Maintains appropriate level of physical fitness   PASS 9604 | 1 | 10. Is adaptable to changing situations | | | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | | | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance   74/197 YES | | | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | | | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION<br>2. RESPONSIBILITY<br>3. LOYALTY<br>4. DISCIPLINE<br>5. INTEGRITY<br>6. MORAL COURAGE<br>7. SELFLESSNESS<br>8. MORAL STANDARDS | a.1, 2  Superior ability to acquire, understand, and integrate new knowledge.<br><br>a.4, 6  Skillful, confident leader; inspires and motivates subordinates.<br><br>b.1      Extremely dedicated to mission accomplishment.<br><br>b. 2     An extremely responsible individual;  always gets the job done.<br><br>b.5      Integrity beyond reproach. |
|---|---|

| DA FORM 67-8<br>1 SEP 79 | REPLACES DA FORM 67 - 7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT<br>USAPPC V3.00 |
|---|---|---|

PERIOD COVERED 951218-960924

**PART V - PERFORMANCE AND POTENTIAL EVALUATION** *(Rater)*

**a. RATED OFFICER'S NAME** SPEARMAN, William M.    SSN ▮▮▮▮▮

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   ☒ YES ☐ NO

**b. PERFORMANCE DURING THIS RATING PERIOD.** REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE.** REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CW2 Spearman is by far the most technically proficient warrant officer in this company. His performance of duty has been exemplary. He is a self starter and will do whatever it takes to accomplish the mission. He was directly responsible for bringing to life the battalion commander's vision of creating an element capable of conducting defensive information warfare activities in support of the US Army Forces Central Command (ARCENT). During a major battalion level exercise, CW2 Spearman conducted the first information systems evaluation against organic battalion automation systems. He developed, planned, and conducted the first Counterintelligence Information Systems Introductory Course. The course was designed to train counterintelligence soldiers on basic computer investigation skills, search and seizure procedures, and information system advice and assistance training. CW2 Spearman coordinated with several national level agencies and acquired Pathfinder and Sentinel software for defensive information warfare research and databasing. Only six elements within the Department of the Army have this software integrated into their daily operations. He prepared and superbly conducted several mission briefings which provided the Brigade Commander and ARCENT G2 with information needed to make sound decisions as to the future of the Defensive Information Systems Detachment. CW2 Spearman deployed his team to Saudi Arabia with only a twenty-four hour notification and performed flawlessly. He is without question an exceptional officer, who will always exceed the standard.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER *(Explain below)* |

**e. COMMENT ON POTENTIAL**

CW2 Spearman's potential is unlimited. Select for promotion to CW3 immediately and send to the Warrant Officer Advance Course.

**PART VI - INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII - SENIOR RATER**

**a. POTENTIAL EVALUATION** *(See Chapter 4, AR 623-105)*

| SR | |
|---|---|
| ☒ | ✻[ 5] RO: CW2 |
| | [ 0] SPEARMAN W |
| | [ 0] |
| | [ 0] SR: LTC |
| | [ 0] HARGR |
| | [ 0] DATE 961009 |
| | [ 0] |
| | [ 0] TOTAL OFF |
| | [ 0] RATED 5 |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW ☑ YES ☐ NO *(Explain in b)*

**b. COMMENTS**

CW2 Spearman ranks in the the top five of all warrant officers I have ever observed. His strength is built upon uncompromising professionalism, dedication and loyalty to his unit, and superior technical competence. No task is too tough for this officer. A true visionary, his ability to design, communicate and implement complex concepts places him in a class by himself and marks him as an important player in INTEL XXI. His work in information warfare is exceptional and warrants close attention at the highest levels of intelligence and operations. CW2 Spearman has mastered the art and science of deploying CI teams on short notice for contingency operations. I personally selected him to lead and execute our surge operation in response to the Khobar Towers terrorist incident in Dharan Saudi Arabia. Select CW2 Spearman for CW3 below the zone and send immediately to Warrant Officer Advance Course.

USAPPC V3.00

US v. Good, et al (Spearman) 22-CR-80173-2-AMC RSDO1. Bates Numbers 01637 of 02452

1369    5036

PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| SPEARMAN, WILLIAM M.. | | CW2 | 94 | 10 | 23 | MI | | 351B | SA227 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| UNITED STATES ARMY HEADQUARTERS SOUTHWEST ASIA DHAHRAN, SAUDI ARABIA, APO AE 09808 (FORSCOM) | 03   CHANGE OF RATER | FC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | | |
| Year | Month | Day | Year | Month | Day | | | ☒ 1. GIVEN TO OFFICER   970208 | | |
| 96 | 09 | 25 | 97 | 02 | 06 | 05 | FS03 | ☐ 2. FORWARDED TO OFFICER | | |

q. EXPLANATION OF NONRATED PERIODS
960925 - 960926   2 DAYS NRT, TRAVEL

**PART II - AUTHENTICATION** (Rated officer signature verifies PART I data and RATER (ONLY))

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| MILLER, FRANK R. JR | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| CPT, GS, U.S. ARMY HQ SWA, APO AE 09808, ACofS G2 | 970207 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| NUÑEZ ROSA, JOSE LUIS | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| LTC, GS, U.S. ARMY HQ SWA, APO AE 09808, DEPUTY COMMANDER / CHIEF OF STAFF | 970207 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| William M. Spearman | 970207 | | | | 8 |

**PART III - DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE   Counterintelligence Detachment Commander     b. SSI/MOS   351B

c. REFER TO PART IIIa, DA FORM 67-8-1

Commands an echelon above corps Counterintelligence Detachment responsible for providing CI Force Protection support to the US Army Forces Central Command–Saudi Arabia and all US Army activities in Saudi Arabia, Bahrain, and Qatar. Serves as the ARCENT-SA CI senior staff officer. Plans and executes CI operations designed to detect, identify, and neutralize foreign intelligence and terrorist collection efforts targeting US activities. Develops offensive and defensive strategies to enhance the security of supported units currently deployed and for those deployed during contingency operations. Commands and controls operations of 14 CI personnel, geographically separated into four teams. Provides effective leadership to ensure the detachment successfully executes its mission, while maintaining safety, morale, and professional development. Ensures all actions comply with law, regulations, and policies. Responsible for over $450,000 of equipment.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

| | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | |
| 3. Maintains appropriate level of physical fitness   PASS 9611 | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | | |
| 5. Performs under physical and mental stress | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | | |
| 7. Clear and concise in written communication | 1 | | | | |
| 8. Displays sound judgement | | | | | 1 |
| 9. Seeks self-improvement | | | | | 1 |
| 10. Is adaptable to changing situations | | | | | 1 |
| 11. Sets and enforces high standards | | | | | 1 |
| 12. Possesses military bearing and appearance   74/198 YES | | | | | 1 |
| 13. Supports EO/EEO | | | | | 1 |
| 14. Clear and concise in oral communication | | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| | | |
|---|---|---|
| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | b.1. | completely dedicated to ARCENT-SA Counterintelligence mission |
| | b.2. | overwhelming ability to take full responsibility for all CI operations and actions of his soldiers in every situation |
| | b.3. | totally loyal |
| | b.5. | integrity beyond reproach |
| | b.7. | successfully completed deployment with no days off leading a 24 hour a day mission during some of the most difficult times for the US forces in Saudi Arabia's history |
| | b.8. | continues to possess and teach the highest level of moral standards |

PERIOD COVERED 960925-970200

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME** SPEARMAN, WILLIAM M. **SSN**

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS ☒ YES ☐ NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL)**

CW2 Spearman is the most talented CI leader in the Army. He has the ability to do excellent work under extreme pressure in a live and hostile environment. CW2 Spearman used his unique capabilities to provide accurate and timely intelligence data. He was also instrumental in developing and expanding the liaison mission with host nation officials at all levels of the military and civilian structure. CW2 Spearman expertly worked his teams to ensure their intelligence collection capabilities were better than in any other theater. In the aftermath of the Khobar Towers bombing, he created a CI system in Saudi Arabia that specifically allocates teams to direct support and general support missions. He also created a new and comprehensive manning structure that allows for the counterintelligence mission to be completed in the most effective manner in support of the ARCENT-SA Commander. His interaction with the Joint Task Force-Southwest Asia has been truly remarkable. He worked with JTF-SWA to create an accountability matrix for all force protection issues not only for ARCENT-SA but for the entire country of Saudi Arabia. He established written procedures on the conduct of counterintelligence in the CENTCOM Area of Operation and for the first time was able to conduct counterintelligence operations in accordance with a structured plan. CW2 Spearman also created, planned and executed a complete ARCENT-SA intelligence training package that was suited for this environment. He expanded the intelligence portion of the ARCENT-SA Newcomers Briefing to ensure that every new soldier entering ARCENT-SA has full knowledge of the actual threat endured by all soldiers daily.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |
|---|---|---|---|

**e. COMMENT ON POTENTIAL**

Unlimited potential. Promote to CW3 and assign to increasingly difficult positions. Select for advanced military and civilian schooling.

## PART VI - INTERMEDIATE RATER

**a. COMMENTS**

The original OER was not found in the OMPF. This copy is accepted in lieu of the original.

GLORIA J. CARTER        8 JAN 1998
MAJ, AG
Chief, Evaluation Reports Branch

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)**

| SR | | |
|---|---|---|
| ☒ | ☒[ 3] RO: CW2 | |
| | [ 0] SPEARMAN W | |
| | [ 0] | |
| | [ 0] SR: LTC | |
| | [ 0] NUNEZ | |
| | [ 0] | |
| | [ 0] DATE 980102 | |
| | [ 0] ☒LATE ☒ | |
| | [ 0] TOTAL OFF | |
| | [ 0] RATED 3 | |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW

☒ YES ☐ NO (Explain in b)

**COMMENTS**

CW2 Spearman's performance during this rating period has been outstanding. The best CI Detachment Commander in the past year. CW2 Spearman provided quality, professional CI support to all deployed US Army Forces in Saudi Arabia, Bahrain and Qatar. His duty performance consistently exceeded the requirements and his professional advice and suggestions contributed significantly to the Command's improved security posture and force protection initiatives. CW2 Spearman is a thoughtful and technically proficient officer and his efforts will have a lasting impact on this Command's force protection posture and its CI liaison relationships with national, theater and service component CI elements in the AOR. He is a mature and caring leader who took good care of his soldiers and resources at all times during his tenure in the AOR. A superb officer who will excel in every assigned mission. Promote to CW3 and assign to positions of greater responsibility. Select for advanced military and civilian schooling.

USAPPC V3.00

CORRECTED REPORT
For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

**US ARMY OFFICER EVALUATION REPORT**

## PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| SPEARMAN, William M. | | CW2 | 94 | 10 | 23 | MI | | 351B | 13355 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| D Company, 202d MI Bn, 513th MI Bde<br>Fort Gordon, Georgia 30905  INSCOM | 03 | Change of Rater | AS |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | 5 | TD03 | ☑ 1. GIVEN TO OFFICER    1 2 AUG 1997 | |
| 97 | 02 | 07 | 97 | 07 | 18 | | | ☐ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| Siokis, Konstantinos S. | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| CPT, MI, D Co, 202d MI Bn, 513th MI Bde, Company Commander | 21 Jul 97 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| Hargrove, Perry | | Perry Hargrove | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| LTC, MI, 202d MI Bn, 513th MI Bde, Battalion Commander | 29 Jul 97 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO/INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| With M. Spearman | 18 Jul 97 | | | | 0 |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE   Company Operations Officer | b. SSI/MOS   351B |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

Operations Officer, Headquarters Platoon Leader, and Training Officer of a newly formed 50 soldier deployable Echelon Above Corps Military Intelligence Company that provides multidiscipline Counterintelligence (CI) and Human Intelligence (HUMINT) to US Army Forces Central Command, US Army Forces Southern Command, and US Army Europe. Develops Intel XXI strategies for conducting integrated CI/HUMINT operations. Plans and manages proactive integrated CI/HUMINT operations with joint, combined, and national level intelligence and security agencies designed to surface foreign intelligence and terrorist efforts targeting US activities. Develops offensive and defensive strategies to enhance the security of supported commands involved in peacetime and contingency operations. Directly responsible for training, professional development, morale, welfare and discipline of an 18 member headquarters platoon.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE   *(In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)*

| | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS  9611 | 1 | 10. Is adaptable to changing situations | | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  75/207  YES | | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | | | 1 |

b. PROFESSIONAL ETHICS *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

| 1. DEDICATION<br>2. RESPONSIBILITY<br>3. LOYALTY<br>4. DISCIPLINE<br>5. INTEGRITY<br>6. MORAL COURAGE<br>7. SELFLESSNESS<br>8. MORAL STANDARDS | a. 1, 2.  Best warrant officer in the company.<br>a. 7, 14.  Highly articulate in written and oral communication. Remarkable poise in front of audiences.<br>a. 9.  Always seeking to increase his professional expertise and technical skills.<br>b. 1, 7.  Selflessly dedicated to the mission.<br>b. 3.  Loyalty above reproach.<br>b. 6.  Candid with subordinates, peers, as well as superiors.<br>b. 5, 8.  Absolute integrity. Demonstrates the highest moral standards. |
|---|---|

**DA FORM 67-8**, 1 SEP 79   REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.   **US ARMY OFFICER EVALUATION REPORT**   USAPPC V3.00

**PART V - PERFORMANCE AND POTENTIAL EVALUATION** *(Rater)*

a. RATED OFFICER'S NAME    SPEARMAN, William M.    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    ☒ YES    ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART II a, b, AND c, DA FORM 67-8-1

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART II a, b, AND c, DA FORM 87-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

Outstanding performance! As the Company Operations Officer and Headquarters Platoon Leader, CW2 Spearman has done an outstanding job under challenging conditions during his tenure in Delta Company. His hard work and initiative have been crucial to the total operational success of this company. He single-handedly built a cohesive and functional company operations section from scratch. He developed standard operating procedures, identified personnel and equipment requirements, and established the accounts necessary to handle everything from passport and B&Cs control to operational deployments of company personnel. He personally developed innovative Intel XXI initiatives by combining CI and Interrogators to form a true HUMINT company, including equipment and training requirements, to support multiple CINCs simultaneously. CW2 Spearman orchestrated the battalion's first ever HUMINT team deployment to the SOUTHCOM AOR to provide support to deployed Joint Task Force-Bravo forces. Additionally, he spent countless hours face-to-face and over the telephone with intelligence personnel in USARSO and INSCOM, to ensure a seamless transition of responsibility for HUMINT operations in SOUTHCOM from the 470th MI Brigade to the 513th MI Brigade. He also orchestrated the development of the company's mission essential task list, which formed the foundation for the integrated HUMINT training program for deploying HUMINT teams. His contributions have been critical to the company's success. He is an outstanding officer in every respect who is focused on providing the best intelligence support to the warfighter. CW2 Spearman knows only one mode - the outstanding one.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER *(Explain below)* |

e. COMMENT ON POTENTIAL

Promote immediately to CW3! Absolutely unlimited potential. Send him to the Warrant Officer Advanced Course immediately and select for advanced civil schooling. CW2 Spearman is clearly CW4 material.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTENTIAL EVALUATION *(See Chapter 4, AR 623-105)*

| SR | DA |
|---|---|
| ☒ | *[ 23] RO: CW2 |
| | [ 0] SPEARMAN W |
| | [ 0] |
| | [ 0] SR: LTC |
| | [ 0] HARGR |
| | [ 0] DATE 970819 |
| | [ 0] |
| | [ 0] TOTAL OFF |
| | [ 0] RATED 19 |

A COMPLETED DA FORM 67-8-1 HAS BEEN SEEN BY ME. THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW    ☒ YES    ☐ NO *(Explain in b)*

b. COMMENTS

CW2 Spearman's performance as Delta Company Operations Officer has been extraordinary. He helped build his unit from the ground up by organizing the best operations section in the entire battalion. Under CW2 Spearman's leadership, Delta Company rapidly developed and implemented exceptional training and operations SOPs and produced the battalion's first CONOP for task organizing and projecting HUMINT teams into the SOUTHCOM AOR. CW2 Spearman is among the most technically proficient and visionary Warrant Officers I have ever observed. He has helped this battalion forge new ground in implementing INTEL XXI doctrinal concepts for CI/HUMINT operations. When we need ideas, thorough planning and analysis, and aggressive execution, I look to CW2 Spearman over all others. He already performs at a level expected of CW3s. Promote immediately and select early for advanced technical and professional development training. A future CW4.

USAPPC V3.00




MSM10LC

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

### CHIEF WARRANT OFFICER TWO WILLIAM M. SPEARMAN

TO      202D MILITARY INTELLIGENCE BATTALION

FOR   Meritorious service as Operations Officer, Company D, Defensive Information Systems Detachment Chief, and Company B, Counterintelligence Team Leader. Your outstanding achievements in Force Protection operations successfully enhanced the intelligence support to the Warfighter. Your extraordinary efforts and accomplishments reflect utmost credit upon you, this Command, and the United States Army.

FROM: 1 July 1994 to 26 July 1997

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   19th   DAY OF   August   19   97

PO 231-15, 19 August 1997
_____

Headquarters, United States Army
Intelligence and Security Command
Fort Belvoir, Virginia 22060-5246



Brigadier General, USA
Commanding

DA FORM 4980-12, APR 81

| NAME SPEARMAN, WILLIAM M. | SSN | PERIOD COVERED 19971001 – 19980208 |
|---|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

☒ OUTSTANDING PERFORMANCE, MUST PROMOTE  ☐ SATISFACTORY PERFORMANCE, PROMOTE  ☐ UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE  ☐ OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

CW2 Spearman performed exceptionally well during this rating period. He is a multi-talented officer who functions extremely well as a staff officer and a counterintelligence technician. His accomplishments include assisting in the reorganization and articulating of Delta Company (Forward)'s MTOE requirements to provide continuous and unhindered HUMINT support for a split-based company, after the relocation of U.S. Army South to Puerto Rico. His vision of the split-based company will have 18 personnel in Panama and the rest of Delta Company (Forward) in Puerto Rico. CW2 Spearman analyzed personnel and occupational specialties that would provide the maximum support based on future mission requirements and produced a change document to the MTOE, which was submitted and accepted by U.S. Army South. U.S. Army South has submitted the concept to the Intelligence and Security Command and Department of Army for approval. His organizational skills led to his selection by the command as the focal point for all issues concerning the future relocation of this unit to Puerto Rico. CW2 Spearman's intellect and expertise are matched only by his personal dedication to the welfare of his subordinates. Through his leadership and foresight, he has managed and trained his section to conduct Personnel Security Investigations and counterintelligence operations in support to various units and exercises in Central and South America; his section earned kudos and a Commanders Coin from CG USARSO for their expertise and professionalism. CW2 Spearman is a caring leader who leads by example and ensures that his subordinates are well-trained and can adapt to any environment to accomplish the unit's mission. CW2 Spearman is a first-class intelligence officer and an outstanding professional soldier. He should be promoted immediately to CW3 and selected to the Warrant Officer Advance Course.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

I currently senior ___: ˙15___ officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review  ☒ YES  ☐ NO *(Explain in c)*

☒ BEST QUALIFIED  ☐ FULLY QUALIFIED  ☐ DO NOT PROMOTE  ☐ OTHER *(Explain below)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: CW2 SPEARMAN, WILLIAM M.

SR: LTC HARGROVE, PERRY

DATE: 1998 03 16

TOTAL RATINGS: 2

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

CW2 Spearman epitomizes what every Warrant Officer should be. He is a complete professional. His knowledge of the counterintelligence craft is exceeded only by his ability to apply that knowledge to produce outstanding results. His work in the USARSO region has expanded the Command's understanding of the operational environment and enhanced the overall force protection posture. CW2 Spearman's work on the plan to relocate his unit to Puerto Rico is a superior product that will ensure a smooth transition and sustain mission continuity. His selection for highly selective and prestigious advanced foreign counterintelligence schooling is a testament to his exceptional intellect, initiative, and technical proficiency. He strives for and achieves excellence in everything that he does. I strongly recommend immediate selection for CW3 followed by the Warrant Officer Advance Course.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Field Operating Agency; School Instructor; Special Access Programs

DA FORM 67-9, OCT 97 (Reverse)  USAPA V1.00



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO       SPECIALIST FOUR WILLIAM M. SPEARMAN, United States Army

FOR exceptionally meritorious achievement during Command Post Exercise CABER DRAGON 1-85 from 11 February 1985 to 14 February 1985. Specialist Four Spearman distinguished himself by performing his duties in an exemplary manner. Specialist Four Spearman's superlative performance of duty is in keeping with the highest traditions of the military service and reflect great credit upon him, the 1st Special Operations Command, and the United States Army.

### GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    15th    DAY OF May    19 85

PAUL D. FISHER
Colonel, Infantry
Acting Commander

SECRETARY OF THE ARMY

DA FORM 4980-18, AUG 81

00165912 US v. Good et al (Spearman) 22-CR-80173-2-AMC RSDO1 Bates Numbers 01645 of 02452
Case 9:22-cr-80173-AMC Document 260-17 Entered on FLSD Docket 02/21/2025 Page 36 of 64

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

**a. NAME (Last, First, Middle Initial)** SPEARMAN, WILLIAM M.

**b. SSN** — | **c. RANK** CW2 | **d. DATE OF RANK** Year 1994 Month 10 Day 23 | **e. BRANCH** MI | **f. DESIGNATED SPECIALTY / PMOS (?)** 351B79N

**g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND** Delta Company (FWD), 202d MI Bn, Corozal, APO AA 34004-5000 INSCOM

**h. REASON FOR SUBMISSION** 03 Change of Rater

**i. PERIOD COVERED** FROM Year 1998 Month 05 Day 23 THRU Year 1999 Month 04 Day 26

**j. RATED MONTHS** 11

**k. NONRATED CODES**

**l. NO. OF ENCL** 0

**m. RATED OFFICER COPY (Check one and date)**
1. Given to Officer
2. Forwarded to Officer
Date JUL. 1 9 1999

**n. PSB INITIAL** pp

**o. CMD CODE** AS

**p. PSB CODE** SO01

## PART II - AUTHENTICATION

**a. NAME OF RATER (Last, First, MI)** HOGAN, EDWIN L. | **SSN** — | **RANK** CPT | **POSITION** Company Commander | SIGNATURE Edw L. H | DATE 19 Jul 99

**b. NAME OF INTERMEDIATE RATER (Last, First, MI)** | **SSN** | **RANK** | **POSITION** | SIGNATURE | DATE

**c. NAME OF SENIOR RATER (Last, First, MI)** PICK, MICHAEL W. | **SSN** — | **RANK** LTC | **POSITION** Battalion Commander | SIGNATURE | DATE 19 Jul 99

**SENIOR RATER'S ORGANIZATION** —

**d. SENIOR RATER TELEPHONE NUMBER** | **E-MAIL ADDRESS**

**d. This is a referral report, do you wish to make comments?** Yes, comments are attached | No

**e. SIGNATURE OF RATED OFFICER** Will. M. Spearman | DATE 19 Jul 99

## PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE** Counterintelligence Team Chief | **b. POSITION AOC/BR** 351B00

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IIIc, DA FORM 67-9-1**
Officer in Charge of a forward deployed, Echelon Above Corps counterintelligence (CI) platoon, providing timely, accurate and proactive CI and force protection support to USARSO, USSOUTHCOM and INSCOM. Plans and executes aggressive CI operations designed to surface and neutralize foreign intelligence and terrorist collection efforts targeting US activities. Ensures platoon is trained and capable of rapidly deploying worldwide in support of force projection contingency missions. Supervises and conducts Force Protection Source Operations, overt HUMINT collection, CI advice and assistance, Personnel Security Investigations and counterespionage investigations. Responsible for the combat readiness, training, morale and welfare of five NCOs and six junior enlisted soldiers.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

### CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory in Part Vb for all "No" entries.**

| b.1. ATTRIBUTES (Select 1) | | | 2. | | | 3. | | |
|---|---|---|---|---|---|---|---|---|
| X MENTAL — NO | | | PHYSICAL X — NO | | | EMOTIONAL X — NO | | |
| Fundamental qualities and characteristics / Possesses desire, will, initiative, and discipline | | | Maintains appropriate level of physical fitness and military bearing | | | Displays self control calm under pressure | | |

| b.2. SKILLS (Competence) (Select 2) | | | 2. | | | X TECHNICAL X — NO | | |
|---|---|---|---|---|---|---|---|---|
| X CONCEPTUAL X — NO | | | INTERPERSONAL X — NO | | | | | |
| Skill development is part of self-development; prerequisite to action. Demonstrates sound judgment, critical/creative thinking, moral reasoning | | | Shows skill with people: coaching, teaching, counseling, motivating and empowering | | | Possesses the necessary expertise to accomplish all tasks and functions | | |
| 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | | | X — NO | |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

| INFLUENCING | | | 2. | | | 3. | | |
|---|---|---|---|---|---|---|---|---|
| X COMMUNICATING X — NO | | | DECISION-MAKING X — NO | | | MOTIVATING X — NO | | |
| Method of reaching goals while operating / improving. Displays good oral, written, and listening skills for individuals / groups | | | Employs sound judgment, logical reasoning and uses resources wisely | | | Inspires, motivates, and guides others toward mission accomplishment | | |
| OPERATING | | | 4. PLANNING X — NO | | | X ASSESSING X — NO | | |
| Short-term mission accomplishment | | | Develops detailed, executable plans that are feasible, acceptable, and suitable | | X EXECUTING — NO | Shows tactical proficiency, meets mission standards, and takes care of people/resources | | Uses after action and evaluation tools to facilitate consistent improvement |
| IMPROVING | | | 7. DEVELOPING X — NO | | | 9. LEARNING X — NO | | |
| Long-term improvement in the Army, its people and organizations | | | Invests adequate time and effort to develop individual subordinates as leaders | | 8. BUILDING X — NO | Spends time and resources improving teams, groups and units; fosters ethical climate | | Seeks self-improvement and organizational growth; envisioning, adapting and leading change |

**e. APFT:** PASS **DATE:** MAR 1999 **HEIGHT:** 75 **WEIGHT:** 196 YES

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.**
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW UP COUNSELINGS CONDUCTED? YES | NO | X

DA FORM 67-9, OCT 97 — REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 — USAPA V2.00

2 3 JUL 1999

US v. Good, et al (Spearman) 22-CR-80173-2-AMC-RSPO1, Bates Numbers 01646 of 02452

NAME SPEARMAN, WILLIAM M.  SSN ████  PERIOD COVERED 19980523 — 19990426

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Truly an outstanding performance by an exceptional officer. CW2 Spearman's technical competence, tactical proficiency and keen foresight have allowed him to flourish in a demanding and very high OPTEMPO environment. I tasked CW2 Spearman with the most difficult additional duties in the company and he responded with no missed suspenses and senior field grade level products. CW2 Spearman continuously provided planning input, advice, and oversight to CI activities throughout the USSOUTHCOM and USARSO AORs. His section closed a remarkable 120 Personnel Security Investigations during this rating period with no leads reported late or returned. The unit currently has the lowest number of open cases in history. His accomplishments as my Company Relocation Officer are numerous. He personally authored a change document updating MTOE language requirements for this region due to the Unified Command Plan extending our AOR to the Caribbean. He provided valuable input to the 513th MI Bde and INSCOM staff on relocation issues and was responsible for obtaining the assignment instructions for all 202d and 297th personnel. In addition, CW2 Spearman supervised deployments to over 15 countries providing quality force protection support to medical readiness exercises, NEW HORIZONS exercises, and numerous vulnerability assessments. CW2 Spearman is smart, takes care of soldiers and is a leader. His expertise led to his selection below the zone to CW3. Unlimited potential; promote immediately.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

I currently senior rate ___ 10 ___ officer(s) in this grade
A completed DA Form 67-8-1 was focused with this report and considered at my evaluation and review    [X] YES  [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: CW2 SPEARMAN WILLIAM M

SR: LTC PICK MICHAEL W

DATE: 1999 07 23

TOTAL RATINGS: 9

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

An exceptional performance by one of the Army's finest counterintelligence technicians. CW2 Spearman is the driving force behind US Army South's successful counterintelligence and force protection programs. His outstanding planning capabilities are only surpassed by his ability to execute those plans. Ranking among the Army's best mentors, CW2 Spearman provided the leadership necessary for his platoon to consistently perform far above all expectations. CW2 Spearman is the kind of warrant officer the Army needs to run its most important counterintelligence missions. Unlimited potential. Fully ready for the most senior warrant officer positions. A future CW5.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Battalion CI Operations Officer; SAIC Field Officer; Task Force Counterintelligence Coordinating Authority

DA FORM 67-9, OCT 97 (Reverse)  USAPA V2.00

US v. Good; et al (Spearman) 22-CR-80173-2-AMC RSP01 Bates Numbers 01647 of 02452

| SERVICE SCHOOL ACADEMIC EVALUATION REPORT | DATE |
|---|---|
| For use of this form, see AR 623 1; the proponent agency is MILPERCEN. | 6 August 1999 |

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| SPEARMAN, William M. | | CW2P | MI | 351B |

| 6. COURSE TITLE | 7. NAME OF SCHOOL | 8. COMP |
|---|---|---|
| MI Warrant Officer Advanced Course 3-30-C32 | US Army Intelligence Center & Fort Huachuca | RA |

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT *(Year, month, day)* | 11. DURATION OF COURSE *(Year, month, day)* |
|---|---|---|
| ☒ RESIDENT<br>☐ NONRESIDENT | From: 990427   Thru: 990806 | x   From: 990712   Thru: 990806 |

**12. EXPLANATION OF NONRATED PERIODS**

**13. PERFORMANCE SUMMARY**

*a. ☐ EXCEEDED COURSE STANDARDS
   *(Limited to 20% of class enrollment)*

b. ☒ ACHIEVED COURSE STANDARDS

*c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS

*d. ☐ FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in ITEM 16.

**14. DEMONSTRATED ABILITIES**

a. **WRITTEN COMMUNICATION**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR

b. **ORAL COMMUNICATION**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR

c. **LEADERSHIP SKILLS**
☒ NOT EVALUATED   ☐ UNSAT   ☐ SAT   ☐ SUPERIOR

d. **CONTRIBUTION TO GROUP WORK**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR

e. **EVALUATION OF STUDENT'S RESEARCH ABILITY**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR
*(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)*

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
☒ YES   ☐ NO   ☐ N/A   *(A "NO" response must be supported by comments in ITEM 16)*

**16. COMMENTS** *(This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential, leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs)*

This course does not designate a Distinguished Honor Graduate and no student exceeds course standards.

CW2(P) Spearman's 20-minute information briefing on his current unit of assignment and its on-going operations was well-rehearsed, timely and relevant to a group of senior Military Intelligence Warrant Officers.

CW2(P) Spearman's insightful comments, observations and contributions to classroom discussions enhanced the total learning experience.

PASS 9907 74.5/198 YES

**17. AUTHENTICATION**

a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER
ROBERT C. DEARTH, SR, CW4, MI
Chief, MI Warrant Officer Advanced Course

SIGNATURE
*Robert C. Dearth, Jr.*

b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER
PATRICK M. O'SULLIVAN, MAJ, MI
Executive Officer, 304th MI Battalion

SIGNATURE

**18. MILITARY PERSONNEL OFFICER**

a. FORWARDING ADDRESS *(Rated student)*

b. DISTRIBUTION
☒ STUDENT   ☐ UNIT CDR *(P/B NCOES only)*
☒ STUDENT'S OFFICIAL MILITARY RECORDS

**DA FORM 1059, NOV 77**   EDITION OF 1 JUL 73 IS OBSOLETE.   USAPPC V3.00

1 6 AUG 1999

US v. Good, et al (Spearman) 22-CR-80173-2-AMC, RSDO1, Bates Numbers 01648 of 02452

                        DEPARTMENT OF THE ARMY
                   U.S. TOTAL ARMY PERSONNEL COMMAND
                   ALEXANDRIA, VIRGINIA  22332-0400

ORDER NO:  229-061                                    17 Aug 99

15.  The Secretary of the Army has reposed special trust and confidence in the
patriotism, valor, fidelity and abilities of the following officers.  In
view of these qualities and their demonstrated potential for increased
responsibility, they are, therefore, promoted in the United States Army to the
grade of rank shown.

Special Instructions:  The promotion is not valid and will be revoked if
the officer concerned is not in a promotable status on the effective date
of the promotion. Upon acceptance of promotion, Other Than Regular Army (OTRA)
warrant officers who entered active duty 30 Sep 87 or earlier must execute the
Regular Army (RA) oath of office (DA Form 71), or decline RA in writing.
OTRA warrant officers who entered active duty after 30 Sep 87 must execute an
RA oath or be released from active duty (AR 601-100 and AR 600-8-24).  The RA
oath of office will only be executed upon receipt of an RA order bearing
the promotable officers name. The authority for this promotion is Section 578
of Title 10, United States Code.

| Name, SSN, Career Group | | Grade of rank promoted to | Effective date | Date of rank |
|---|---|---|---|---|
| | | CW3 | 1 Sep 99 | 1 Sep 99 |
| | | CW3 | 1 Sep 99 | 1 Sep 99 |
| SPEARMAN, WILLIAM M  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  MI | | CW3 | 1 Sep 99 | 1 Sep 99 |
| | | | 99 | 1 Sep 99 |
| | | | 99 | 1 Sep 99 |
| | | | 99 | 1 Sep 99 |
| | | | 99 | 1 Sep 99 |
| | | | 99 | 1 Sep 99 |
| | | CW3 | 1 Sep 99 | 1 Sep 99 |

Date of Senate Confirmation:  Not applicable.
Format:  300

BY ORDER OF THE SECRETARY OF THE ARMY:



DISTRIBUTION:                    WILLIAM H. JOHNSON
Each PSB (1)                      Lieutenant Colonel, GS
Each Major Command (1)            Chief, Promotions Branch

*authority*

Order - 71-1-A-144*

# OATH OF OFFICE - MILITARY PERSONNEL   Std-14 Oct 98
For use of this form, see AR -135-100; the proponent agency is DCSPER

INDICATE THE APPOINTMENT FOR WHICH OATH IS BEING EXECUTED BY PLACING AN "X" IN APPROPRIATE BOX. REGULAR ARMY COMMISSIONED OFFICERS WILL ALSO SPECIFY THE BRANCH OF APPOINTMENT WHEN APPOINTED IN A SPECIAL BRANCH.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 1331; 10 USC 275.

**PRINCIPAL PURPOSE:** To create a record of the date of acceptance of appointment.

**ROUTINE USES:** Information is used to establish and record the date of acceptance. The SSN is used to identify the member. The date of acceptance of appointment is used in preparing statements of service and computing basic pay date.

**DISCLOSURE:** Completion of form is mandatory. Failure to do so will cause the appointment to be invalid.

**INSTRUCTIONS**

This form will be executed upon acceptance of appointment as an officer in the Army of the United States as indicated at top of form. Immediately upon receipt of notice of appointment, the appointee will, in case of acceptance of the appointment, return to the agency from which received, the oath of office (on this form) properly filled in, subscribed and attested.

In case of non-acceptance, the notice of appointment will be returned to the agency from which received, (by letter) indicating the fact of non-acceptance.

| COMMISSIONED OFFICERS | WARRANT OFFICERS |
|---|---|
| ☐ REGULAR ARMY _____ (Branch when so appointed) | ☒ REGULAR ARMY |
| ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT | ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT |
| ☐ RESERVE COMMISSIONED OFFICER | ☐ RESERVE WARRANT OFFICER |

I, _William Michael Spearman_  ▮▮▮▮▮ ▮▮▮
(First Name-Middle Name-Last Name)

having been appointed an officer in the Army of the United States, as indicated above in the grade of ___ C W 3 ___ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter, SO HELP ME GOD

_Wm. Michael Spearman_
(Signature - full name as shown above)

SWORN TO AND SUBSCRIBED BEFORE ME AT _Redstone Arsenal, Alabama_

THIS _First_ DAY OF _September_ 19 _99_

_Captain (0-3)_
(Grade, component or office of official administering oath)

_Joel N. Miller_
(Signature)

## FOR THE EXECUTION OF THE OATH OF OFFICE

1  Whenever any person is elected or appointed to an office of honor or trust under the Government of the United States, he/she is required before entering upon the duties of his/her office, to take and subscribe the oath prescribed by Section 1757, Revised Statutes. (5 U S C 16, M L 1949, Section 118)

2.  10 U.S.C. 3394 eliminates the necessity of executing oath on promotion of officers.

3.  The oath of office may be taken before any commissioned officer of any component of any Armed Force, whether or not on active duty (10 U S C 1031), or before any commissioned warrant officer when acting as an adjutant, assistant adjutant, acting

adjutant, or personnel adjutant in any of the Armed Forces (See UCM). Article 136, 10 U S C 936) A commissioned warrant officer administering the oath of office will show his/her title in the block to the left of his/her signature

4  Oath of office may also be taken before any civil officer who is authorized by the laws of the United States or by the local municipal law to administer oaths, and if so administered by a civil official, the oath must bear the official seal of the person administering the oath, or if a seal is not used by the official, the official's capacity to administer oaths must be certified to under seal by a clerk or court or other proper local official

DA FORM 71, DEC 88                    EDITION OF AUG 55 WILL BE USED UNTIL EXHAUSTED

Case 9:22-cr-80173-AMC Document 236-17 Entered on FLSD Docket 05/21/2023 Page 41 of 64
00259931

## OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

### PART I - ADMINISTRATIVE DATA

**a. NAME (Last, First, Middle Initial)** SPEARMAN, WILLIAM M.

**b. SSN** [redacted]

**c. RANK** CW3

**4. DATE OF RANK** Year 1999 Month 09 Day 01

**e. BRANCH** MI

**f. DESIGNATED SPECIALTY / FIELD PRO** 351B

**g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND** REDSTONE MID, CO B, 308TH MI BN, REDSTONE ARSENAL, AL 35898 INSCOM

**h. REASON FOR SUBMISSION** 03 Change of Rater

**i. PERIOD COVERED** FROM Year 1999 Month 08 Day 07 THRU Year 2000 Month 05 Day 13

**j. RATED MONTHS** 9

**k. NONRATED CODES**

**l. NO. OF ENCL**

**m. RATED OFFICER COPY (Check one and date)**
1. Given to Officer
2. Forwarded to Officer — Date 000602 BCM

**n. PSB INITIAL**

**o. GMO CODE** AS

**p. PSB CODE** MD13

### PART II - AUTHENTICATION

**a. NAME OF RATER (Last, First, MI)** CURRENCE, STEPHAN J. | RANK MAJ | POSITION CO CDR | SIGNATURE | DATE 000602

**b. NAME OF INTERMEDIATE RATER (Last, First, MI)** | RANK | POSITION | SIGNATURE | DATE

**c. NAME OF SENIOR RATER (Last, First, MI)** KENDRICK, WILLIAM D. | RANK LTC | POSITION BN CDR | SIGNATURE William D. Kendrick | DATE 000602

**SENIOR RATER'S ORGANIZATION** [redacted]

**BRANCH** | **SENIOR RATER TELEPHONE NUMBER** [redacted] | **E-MAIL ADDRESS** [redacted]

**e. This is a referral report, do you wish to make comments?** Yes, comments are attached ☐ No ☐

**f. SIGNATURE OF RATED OFFICER** Wm. M. Spearman | DATE 000602

### PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE** OPERATIONS OFFICER

**b. POSITION AOC/BR** 351B0

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES, REFER TO PART IVa, DA FORM 67-8-1**

Operations Officer for a counterintelligence (CI) company whose mission is to neutralize foreign intelligence service activity directed against U.S. Army forces, secrets and technologies. Responsible for the direction, planning and coordination of vulnerability assessments on critical facilities, units and U.S. Army bases, allowing supported commanders to implement protective measures to enhance their overall security posture. Develops and implements collection plans, CI special operations and threat assessments. Serves as the expert on intelligence oversight. Plans, teaches and evaluates training for subordinates.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | | X | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | | X | 6. SELFLESS-SERVICE: Places Army priorities before self | | X |
| 3. COURAGE: Manifests physical and moral bravery | | X | 7. DUTY: Fulfills professional, legal, and moral obligations | | X |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | | X |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | X | MENTAL Possesses desire, will, initiative, and discipline | NO | 2. | PHYSICAL Maintains appropriate level of physical fitness and military bearing | NO | 3. | EMOTIONAL Displays self control; calm under pressure | NO |
|---|---|---|---|---|---|---|---|---|---|
| b.2. SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | X | CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | NO | 2. | INTERPERSONAL Shows skill with people; coaching, teaching, counseling, motivating and empowering | NO | X | TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | NO |
| | | | | 4. | TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | NO |

**b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving**

| INFLUENCING Method of reaching goals while operating / improving | 1. | COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | NO | X | DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely | NO | X | MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | NO |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING Short-term mission accomplishment | X | PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | NO | 5. | EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | NO | 6. | ASSESSING Uses after action and evaluation tools to facilitate consistent improvement | NO |
| IMPROVING Long term improvement in the Army, its people and organizations | 7. | DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | NO | 8. | BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | NO | 8. | LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading change | NO |

**c. APFT:** PASS **DATE:** SEP 1999 **HEIGHT:** 75 **WEIGHT:** 198 **YES**

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.** WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-8-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES ☐ NO ☐ X

**DA FORM 67-9, OCT 97** REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 USAPA V2.00

05 JUN 2000

**NAME** SPEARMAN, WILLIAM M.  **SSN** [redacted]  **PERIOD COVERED** 19990807 – 20000513

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |
|---|---|---|---|

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV a, b, AND c DA FORM 67-9-1.

CW3 Spearman is an extremely competent and versatile Warrant Officer who is directly responsible for the continued success of an extremely sensitive Department of the Army significant counterespionage investigation. His performance as operations officer was outstanding. His efforts resulted in his production of over 3000 target activity reports, which were instrumental to the submission of over 50 Subversion and Espionage Directed Against the U.S. Army reports. Five of those reports were opened as joint investigations with the Federal Bureau of Investigation (FBI). CW3 Spearman's efforts as team chief during a week long surveillance of a known foreign intelligence officer by 20 agents of both the FBI and U.S. Army Intelligence resulted in a commendation by the FBI for his team's responsiveness to time sensitive collection requirements. His perseverance and dedication to the mission resulted in the elimination of a seven month backlog of information that existed prior to his arrival. Additionally, he successfully managed his team and worked closely with case agents to reduce an additional backlog created due to a loss of 50% of the support personnel. His accurate articulation of automation support requirements resulted in significant improvements to the computer system utilized by his team and was key to the decrease in backlog. He provided excellent training and evaluation of Company personnel during the company training week and ensured soldiers attending were trained to standard. His aggressive performance of duties in this critical job significantly contributed to the nation's security. CW3 Spearman has superior potential to excel in positions of increased responsibility. Promote ahead of peers and select for the Senior Warrant Officer Staff Course.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

I currently senior rate ___15___ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in d)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M
[redacted]

SR: LTC KENDRICK WILLIAM D

DATE: 2000 06 05

TOTAL RATINGS: 36

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

CW3 Spearman is a superb warrant officer and is clearly in the top 10 percent of all the warrant officers in the Battalion. His efforts in support of a DA significant counterespionage investigation were exemplary. His personal efforts to eliminate a seven month backlog and production of over 3000 target activity reports is testimony to his exceptional work ethic. The support he provided during this rating period directly contributed to the security of Army equities. A warrant officer with unparalleled potential, promote to CW4 ahead of peers and send to the Senior Warrant Officer Staff Course.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Detachment Operations Officer; Counterintelligence Staff Officer; Instructor

DA FORM 67-9, OCT 97 (Reverse)  USAPA V2.00

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| e. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | | 4. DATE OF RANK | | | e. BRANCH | f. DESIGNATED / PMOS (WO) SPECIALTIES |
|---|---|---|---|---|---|---|---|---|
| SPEARMAN, WILLIAM M. | | CW3 | Year 1999 | Month 09 | Day 01 | MI | 351B |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| COMBINED TASK FORCE-FERVENT ARCHER, UNIT 1000, APO AE 09154 USEUCOM | 03    Change of Rater |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and one) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 6 | | Ø | X  1. Given to Officer | | C.A.V. | OT | EU50 |
| Year 2000 | Month 05 | Day 14 | Year 2000 | Month 11 | Day 08 | | | | 2. Forwarded to Officer   Ø 1-Ø 18.5 | | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| COSTA, CHRISTOPHER P. | | LTC | Director of Intelligence | | ØØ 12 12 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| FULLER, LESLIE L. | | BG | Chief of Staff | Les. L. Fuller | ØØ 1212 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|

d. This is a referred report, do you wish to make comments?   ☐ Yes, comments are attached   ☐ No

e. SIGNATURE OF RATED OFFICER   Will M. Spearman   DATE ØØ 1212

## PART III - DUTY DESCRIPTION

| a. PRINCIPAL DUTY TITLE  Collection Manager | b. POSITION AOC/BR  351B |
|---|---|

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa. DA FORM 67-9-1

Collection manager and principal counterintelligence officer for a Combined Task Force (CTF), directly controlled by the Commander, Stabilization Force, with direct oversight by the Supreme Allied Commander, Europe, against an extremely difficult target set with visibility of the President of the United States. Formulates, validates, and justifies multi-disciplined intelligence collection against highly sensitive priority targets in the Bosnian Theater of Operations. Coordinates with organic, theater, and national level intelligence agencies. Ensures timely reporting, exploitation, and dissemination of all intelligence products. Provides force protection and operational security oversight for assets deployed throughout the Bosnian theater of operations. Supervises a joint eight-person section that provides real-time, actionable intelligence against priority targets.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER**  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

| a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.) | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | | X |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | | X |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | | X |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | | | X |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory**

| b.1. ATTRIBUTES (Select 1) | X | MENTAL  Fundamental qualities and characteristics | X S / NO | 2. | PHYSICAL  Maintains appropriate level of physical fitness and military bearing | X S / NO | 3. | EMOTIONAL  Displays self-control; calm under pressure | X S / NO |
|---|---|---|---|---|---|---|---|---|---|
| b.2 SKILLS (Competence) (Select 2)  Skill development is part of self-development; prerequisite to action | X | CONCEPTUAL  Demonstrates sound judgment, critical/creative thinking, moral reasoning | X S / NO | 2. | INTERPERSONAL  Shows skill with people: coaching, teaching, counseling, motivating and empowering | X S / NO | X | TECHNICAL  Possesses the necessary expertise to accomplish all tasks and functions | X S / NO |
| | | | | 4. | TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | X S / NO |

| b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INFLUENCING  Method of reaching goals while operating / improving | 1. | COMMUNICATING  Displays good oral, written, and listening skills for individuals / groups | X S / NO | X | DECISION-MAKING  Employs sound judgment, logical reasoning and uses resources wisely | X S / NO | 3. | MOTIVATING  Inspires, motivates, and guides others toward mission accomplishment | X S / NO |
| OPERATING  Short-term mission accomplishment | X | PLANNING  Develops detailed, executable plans that are feasible, acceptable, and suitable | X S / NO | X | EXECUTING  Shows tactical proficiency, meets mission standards, and takes care of people/resources | X S / NO | 6. | ASSESSING  Uses after-action and evaluation tools to facilitate consistent improvement | X S / NO |
| IMPROVING  Long-term improvement in the Army its people and organizations | 7. | DEVELOPING  Invests adequate time and effort to develop individual subordinates as leaders | X S / NO | 8. | BUILDING  Spends time and resources improving teams, groups and units; fosters ethical climate | X S / NO | 9. | LEARNING  Seeks self-improvement and organizational growth; envisioning, adapting and leading |  X S / NO |

| c. APFT: PASS | DATE: OCT 2000 | HEIGHT: 74 | WEIGHT: 205 | YES |
|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?   ☐ YES   ☐ NO   ☒

| DA FORM 67-9, OCT 97 | REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 | USAPA V1.00 |
|---|---|---|

1 6 JAN 2001

US v. Goodzel et al (Spearman) 22-CR-80173-2-AMC RSDO 1, Bates Numbers 01653 of 02452

| NAME SPEARMAN, WILLIAM M. | SSN | | PERIOD COVERED 20000514 – 20001108 |

### PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.**

CW3 William Spearman is singularly the most talented Warrant Officer with whom I have ever served; his performance is simply outstanding. I selected him to serve concurrently in two critical CTF positions because of his intellect, maturity and technical proficiency. He served this CTF as both the Senior CI officer as well as the Collection Manager for a robust operationally focused CTF. While this mission had NCA visibility with far-reaching strategic implications, Chief Spearman's direction of intelligence collection, and his planning efforts produced precise tactical intelligence products, which were provided directly to GEN Shelton, CJCS, the SACEUR and the COMSFOR. CW3 Spearman streamlined the CTF collection management process to facilitate real-time reporting on target activity; this focus required that he fully synchronize organic HUMINT, SIGINT, IMINT and R&S platforms. Throughout his tenure in the CTF, Chief Spearman was the center of gravity for developing exploitable intelligence; he was fully immersed in all aspects of the intelligence cycle, incorporating both tactical and national collection systems to support this mission. He personally developed a more systematic approach to answer well over 150 Requests for Information, to support customers at multiple remote locations. He applied his CI expertise for planning and executing counterintelligence support to two geographical facility moves, while ensuring seamless intelligence support to the COMSFOR. Throughout his tenure with the CTF, CW3 Spearman has earned tremendous credibility as a consummate intelligence professional; and his impact on this CTF will be lasting. This soldier provided the quality assurance for all C2 written briefings and products, but his efforts were not limited to complex staff requirements; an increasing threat to force protection demanded that CW3 Spearman provide an immediate antiterrorism training program to support the CTF. CW3 Spearman ceaselessly set himself apart from his peers, and should be groomed now for Chief Warrant Officer 5.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

CW3 Spearman demonstrates exceptional maturity and proficiency in the HUMINT arena.

### PART VI - INTERMEDIATE RATER

### PART VII - SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

I currently senior 1 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M

SR: BG FULLER LESLIE L

DATE: 2001 01 16

TOTAL RATINGS: 4

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

CW3 William Spearman's performance has simply been outstanding. He is clearly among the finest Military Intelligence warrant officers in the U.S. Army. He is both a gifted leader and intelligence professional with a rare combination of both strategic and tactical competency. CW3 Spearman's accomplishments were flawless and his professional efforts have attained direct NCA visibility; his intelligence products have earned consistent high marks from the COMSFOR to the SACEUR. CW3 Spearman has been fully engaged in a complex interagency environment, while holding two jobs. His efforts have had a decisive impact upon every facet of intelligence support to this CTF. His masterful performance warrants immediate promotion; this officer should be challenged with only the most demanding jobs. Chief Spearman's flawless performance would be expected from a senior CW4 and justifies that he be groomed for promotion to CW5.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Counterintelligence Operations Officer; Joint Counterintelligence Staff Officer; MI Detachment Commander

DA FORM 67-9, OCT 97 (Reverse)

USAPA V1.00



## CITATION TO ACCOMPANY THE AWARD OF THE

## JOINT SERVICE COMMENDATION MEDAL

## TO

## WILLIAM M. SPEARMAN

*Chief Warrant Officer Three William M. Spearman, United States Army, distinguished himself by meritorious achievement as both the Counterintelligence Officer and Collection Manager, Combined Task Force FERVENT ARCHER, United States European Command from 11 May 2000 to 10 November 2000. During this period, Chief Spearman demonstrated the highest level of professionalism and dedication as the senior assigned Warrant Officer. His devotion to duty, immense talents and skills were greatly demonstrated by his ability to train and assist others within the intelligence section to accomplish the intelligence mission in a very expedient and precise manner. The distinctive accomplishments of Chief Warrant Officer Three William M. Spearman reflect credit upon himself, the United States Army and the Department of Defense.*



HEADQUARTERS
United States European Command
APO AE  09128


PERMANENT ORDERS 320-001                    15 November 2000


SPEARMAN, WILLIAM M.,  ███████████ , CW3, USA, Headquarters, United
States European Command, APO AE 09128

Announcement is made of the following award:

Type of Award:  Joint Service Commendation Medal
Date(s) or period of service:  from 11 May 00 to 10 Nov 00
Authority:  DoD 1348.33-M
Reason:  For meritorious achievement
Format:  320

FOR THE COMMANDER IN CHIEF:



                              JUDITH K. NEWCOMB
                                Chief, Military Awards and
                                  Decorations


DISTRIBUTION:
Indiv                  (1)
Det C, 510th PSB       (1)
HQ DA (TAPC-MSR)       (1)
   Alexandria, VA  22332-4000



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AUTHORIZED THE AWARD OF THE

## JOINT  SERVICE  COMMENDATION  MEDAL

TO

*CW3 William M. Spearman, USA*

FOR
MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND THIS    **15TH**    DAY OF    **NOVEMBER**    , 20 00



*UNITED STATES EUROPEAN COMMAND*
COMMAND OR OFFICE

SECRETARY OF DEFENSE
*LESLIE L. FULLER*
*Brigadier General, USA*
*Chief of Staff, Combined Task Force*

DD FORM 2413, MAY 1999

**U.S. Army Officer Evaluation Report Support Form**

For use of this form, see AR 623-105; the proponent agency is ODCSPER

ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | | b. SSN | | c.RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED / PMOS (WO) SPECIALTIES |
|---|---|---|---|---|---|---|---|---|---|
| SPEARMAN, WILLIAM M. | | | | CW3 | Year 1999 | Month 09 | Day 01 | MI | 351B79N |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND
FCI TEAM, CO B, 308TH MI BN, REDSTONE ARSENAL, AL 35898 INSCOM

h. REASON FOR SUBMISSION
03 Change of Rater

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and one) | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | 1. Given to Officer | Date | | | |
| Year 2000 | Month 11 | Day 09 | Year 2001 | Month 10 | Day 04 | 11 | | | 2. Forwarded to Officer | 011218 DG | | AS | MD13 |

PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| BARGER, STEVEN H. | | CW3 | SAIC | *Steven H. Barger* | 011218 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| BECKHAM, JOHN R. | | CPT | CO CDR | *John R. Beckham* | 011218 |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| CASTRILLO, VICTOR J. | | LTC | BN CDR | *signature* | 011218 |

SENIOR RATER'S ORGANIZATION
308th Military Intelligence Battalion
Fort Meade, MD 20755-5925

BRANCH
MI

SENIOR RATER TELEPHONE NUMBER

E-MAIL ADDRESS

d. This is a referred report, do you wish to make comments?
☐ Yes, comments are attached  ☒ No

e. SIGNATURE OF RATED OFFICER
*Wm. M. Spearman*

DATE
011218

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE  COUNTERINTELLIGENCE TECHNICIAN

b. POSITION AOC/BR  351B0

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Senior counterintelligence technician assigned to a strategic foreign counterintelligence element, providing counterintelligence collection and investigative support to U.S. Army equities throughout the Southeast United States. Conducts and supervises all passive source operations. Monitors the activities and formulates counterintelligence operations against known and suspected foreign intelligence agents actively targeting advanced U.S. Army technologies and systems. Serves as the primary case agent for six sensitive, joint FBI/Army operations. Plans and manages proactive, integrated operations with national, state and local intelligence, security and law enforcement agencies. Performs source management for the unit and assists in the development and implementation of all counterintelligence special operations concepts.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | | X |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

| b.1. ATTRIBUTES (Select 1) | X | MENTAL | YES ☒ NO | 2. | PHYSICAL | YES ☒ NO | 3. | EMOTIONAL | YES ☒ NO |
|---|---|---|---|---|---|---|---|---|---|
| Fundamental qualities and characteristics | | Possesses desire, will, initiative, and discipline | | | Maintains appropriate level of physical fitness and military bearing | | | Displays self-control; calm under pressure | |

| b.2 SKILLS (Competence) | 1. | CONCEPTUAL | YES ☒ NO | X | INTERPERSONAL | YES ☒ NO | X | TECHNICAL | YES ☒ NO |
|---|---|---|---|---|---|---|---|---|---|
| (Select 2) Skill development is part of self-development; prerequisite to action | | Demonstrates sound judgment, critical/creative thinking, moral reasoning | | | Shows skill with people: coaching, teaching, counseling, motivating and empowering | | | Possesses the necessary expertise to accomplish all tasks and functions | |
| | 4. | TACTICAL | Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | YES ☒ NO | | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING | X | COMMUNICATING | YES ☒ NO | 2. | DECISION-MAKING | YES ☒ NO | 3. | MOTIVATING | YES ☒ NO |
|---|---|---|---|---|---|---|---|---|---|
| Method of reaching goals while operating / improving | | Displays good oral, written, and listening skills for individuals / groups | | | Employs sound judgment, logical reasoning and uses resources wisely | | | Inspires, motivates, and guides others toward mission accomplishment | |
| OPERATING | 4. | PLANNING | YES ☒ NO | X | EXECUTING | YES ☒ NO | X | ASSESSING | YES ☒ NO |
| Short-term mission accomplishment | | Develops detailed, executable plans that are feasible, acceptable, and suitable | | | Shows tactical proficiency, meets mission standards, and takes care of people/resources | | | Uses after-action and evaluation tools to facilitate consistent improvement | |
| IMPROVING | 7. | DEVELOPING | YES ☒ NO | 8. | BUILDING | YES ☒ NO | 9. | LEARNING | YES ☒ NO |
| Long-term improvement in the Army, its people and organizations | | Invests adequate time and effort to develop individual subordinates as leaders | | | Spends time and resources improving teams, groups and units; fosters ethical climate | | | Seeks self-improvement and organizational growth; envisioning, adapting and leading |

| c. APFT: PASS | DATE: OCT 2001 | HEIGHT: 75 | WEIGHT: 205 | YES | |
|---|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  YES ☐  NO ☐  ☒

DA FORM 67-9, OCT 97        REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97        USAPA V2.01

Case 9:22-cr-80173-AMC Document 261-2 Entered on FLSD Docket 06/21/2023 Page 49 of 64

| NAME SPEARMAN, WILLIAM M. | SSN | 64 | PERIOD COVERED 20001109 — 20011004 |
|---|---|---|---|

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

| ☒ OUTSTANDING PERFORMANCE, MUST PROMOTE | ☐ SATISFACTORY PERFORMANCE, PROMOTE | ☐ UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | ☐ OTHER (Explain) |
|---|---|---|---|

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.**

CW3 Spearman is one of the most competent, productive warrant officers in Company B. He managed a full operational case load consisting of six joint Army/FBI counterintelligence special projects targeting foreign intelligence collection of sensitive and classified U.S. Army and Department of Defense aviation and missile related weapon systems technologies. He conducted over 133 foreign contact and foreign travel debriefings in support of lead development activities for joint Army/FBI special projects. His efforts far exceeded the expectations of any agent with such a heavy case load. His debriefings developed information meeting national level intelligence collection requirements and resulted in 12 intelligence information reports. CW3 Spearman conducted more than 25 personal meetings with five joint FBI/Army assets recruited to support the U.S. Army technology protection effort. The asset meetings resulted in 11 intelligence information reports, 20 contact reports with enclosures and two executive summaries, reporting significant information of interest to senior Army military and civilian leadership. He also identified four additional individuals for consideration to participate in joint FBI/Army special projects. He is constantly the subject of laudatory praise from the FBI special agents with whom he works and their supervisors. Through special collection techniques employed during the course of investigative activities and of the special projects which he manages, CW3 Spearman was involved in the successful identification of seven individuals who were of counterintelligence interest to the FBI. In addition to his heavy operational case load, CW3 Spearman expertly managed all supervisory duties in the frequent absence of the Foreign Counterintelligence Team Special Agent in Charge. CW3 Spearman is a hard worker who puts mission requirements well ahead of personal concerns. His positive attitude and desire to achieve is unparalleled. Promote immediately to CW4.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

**PART VI - INTERMEDIATE RATER**

CW3 Spearman is among the top two of ten warrant officers in the company. His contributions are crucial to the unprecedented success that the company's Foreign Counterintelligence Section has experienced. CW3 Spearman was personally responsible for, or a supervisor of, several of the Army's most sensitive operations and investigations. He has singularly supervised the conduct of four of Company B's passive source operations in an extraordinary manner. His positive attitude and outstanding work ethic, along with his extensive professional knowledge, make CW3 Spearman a superlative agent and leader.

**PART VII -SENIOR RATER**

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

I currently senior rate ____12____ officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review  ☒ YES  ☐ NO (Explain in c)

| ☒ BEST QUALIFIED | ☐ FULLY QUALIFIED | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |
|---|---|---|---|

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M

SR: LTC CASTRILLO VICTOR J

DATE: 2001 12 26

TOTAL RATINGS: 20

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

CW3 Spearman is in the top 30% of the CW3's I senior rate. He is clearly one of the strongest warrant officers in the Battalion. His sound thought process and knowledge of the counterintelligence field make him a critical asset to this command. His contributions in executing Counterintelligence Special Operations Concepts and running sensitive joint FBI/Army operations countering Foreign Intelligence Services have been heralded by the FBI national headquarters. He has maintained the highest operational case load of any agent in the battalion. CW3 Spearman has tremendous potential for increased responsibility. Give him only the most challenging jobs. Select for CW4 ahead of peers and send him to the Senior Warrant Officer Staff Course.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Offensive CI Operations Case Officer, Field Office SAIC, Operations Officer

**DA FORM 67-9, OCT 97 (Reverse)** USAPA V2.01

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY
1st SPECIAL OPERATIONS COMMAND (AIRBORNE)
FORT BRAGG, NORTH CAROLINA 28307-5000

PERMANENT ORDERS 64-5                                    28 May 1985

Following named individuals HHC 1st SOCOM (Abn) (WOV2AA) Fort Bragg, NC
28307-5000

SPEARMAN, WILLIAM M   249
SPEARS, JOHN D

Announcement is made of the following award.

Award:  Army Achievement Medal
Date(s) or period of service:  From 11 February 1985 to 14 February 1985
Authority:  AR 672-5-1 and Commander, 1st SOCOM
Reason:  For meritorious achievement
Format:  320

FOR THE COMMANDER:

EDNA S. HARRISON
Chief, Svc Br

DISTRIBUTION:
8 Ea AFVS-AG-PA
5 Ea Individual
   AFVS-AG-AO
2 Ea AFVS-PAO
1 Ea PSNCO HHC 1st SOCOM
8 Ea CDR, US Army Enl Records Center, ATTN: PCRE-FS, Ft Ben Harrison, IN 46249
8 Ea CDR, XVIII Abn Corps & Ft Bragg, ATTN: AFZA-AG-CE, Ft Bragg, NC

00512880

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS/AOC |
|---|---|---|---|---|---|---|---|
| SPEARMAN, WILLIAM M. | | CW3 | Year 1999 | Month 09 | Day 01 | MI | 351B79N |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION | |
|---|---|---|
| FCI TEAM, CO B, 308TH MI BN, REDSTONE ARSENAL, AL 35898     INSCOM | 03 | Change of Rater |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | 1. Given to Officer | | | | | |
| Year 2001 | Month 10 | Day 05 | Year 2002 | Month 09 | Day 06 | 10 | | | 2. Forwarded to Officer | X | 020917 | DW | AS | MD13 |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII, and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| Beckham, John R. | | CPT | Company Commander | *(signed)* | 020917 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| Zembrzuski, Michael A. | | LTC | Battalion Commander | *(signed)* | 020917 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| 308th Military Intelligence Battalion Fort Meade, MD 20755-5927 | MI | DSN | |

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER *(signed)* Will M. Spearman    DATE 020917

## PART III - DUTY DESCRIPTION

| a. PRINCIPAL DUTY TITLE COUNTERINTELLIGENCE TECHNICIAN | b. POSITION AOC/BR 351B0 |
|---|---|

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Senior special agent assigned to a strategic foreign counterintelligence element (FCE), providing counterintelligence collection and investigative support to US Army equities throughout the Southeast United States.  Conducts and supervises all passive source operations assigned to his team.  Monitors the activities of and formulates counterintelligence operations against known and suspected foreign intelligence agents actively targeting advanced US Army technologies and systems.  Serves as the primary case agent of three sensitive, joint Army/FBI operations.  Plans and manages proactive, integrated operations with national, state, and local intelligence, security, and law enforcement agencies.  Performs source management for the unit and assists in the development and implementation of all counterintelligence special operations concepts.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | | X |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb.  Comments are mandatory in Part Vb for all "NO" entries.

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | X | 1. MENTAL Possesses desire, will, initiative, and discipline | X NO | 2. PHYSICAL Maintains appropriate level of physical fitness and military bearing | X NO | 3. EMOTIONAL Displays self-control; calm under pressure | X NO |
|---|---|---|---|---|---|---|---|
| b.2. SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | X | CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | X NO | X INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering | X NO | 3. TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | X NO |
| | | 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | X NO | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING Method of reaching goals while operating / improving | 1. COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | X NO | 2. DECISION-MAKING Employs sound judgment, logical reasoning and resources wisely | X NO | X MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | X NO |
|---|---|---|---|---|---|---|
| OPERATING Short-term mission accomplishment | 4. PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | X NO | 5. EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | X NO | 6. ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement | X NO |
| IMPROVING Long-term improvement in the Army, its people and organizations | X DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | X NO | 8. BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | X NO | LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X NO |

| c. APFT: PASS | DATE: OCT 2001 | HEIGHT: 75 | WEIGHT: 205 | YES | |
|---|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?    YES ☐  NO ☐  X

| DA FORM 67-9, OCT 97 | REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 | USAPA V2.01 |
|---|---|---|

18 SEP 2002

| NAME SPEARMAN, WILLIAM M. | SSN | 64 | PERIOD COVERED 20011005 | – | 20020906 |
|---|---|---|---|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE
[ ] SATISFACTORY PERFORMANCE, MUST PROMOTE
[ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE
[ ] OTHER (Explain)

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.**

Superb performance of duty during this rating period. He is an extremely dedicated and professional Warrant Officer. He displayed boundless energy and dedication as he served as the primary case agent for five sensitive Passive Source Operations (PSO) in which he conducted well over 50 source debriefs, resulting in source validation and the development of two additional leads. CW3 Spearman's formidable accomplishments in managing these PSOs include the recruitment of two additional sources. These successful operations have protected an untold number of highly sensitive U.S. Army and Department of Defense secrets and technologies against the collection efforts of foreign intelligence service agents. He personally wrote three Intelligence Information Reports and 43 Contact Report Enclosures as a result of over 50 personal source meetings. CW3 Spearman's greatest long term contribution was accomplished when he served as surveillance operator and operations officer for two joint Army/FBI surveillance operations of individuals suspected of having terrorist ties. These operations developed information which resulted in the FBI opening two Full-Field investigations and seven preliminary investigations. CW3 Spearman is an outstanding leader and technician with unlimited potential. Promote to CW4 now and send to the Warrant Officer's Staff Course immediately.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Possesses extraordinary Counterintelligence experience and technical knowledge.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

I currently senior rate **13** officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M

SR: LTC ZEMBRZUSKI MICHAEL A

DATE: 2002 09 18

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

CW3 Spearman is clearly in the top 10% of the Warrant Officers I senior rate. He is an extraordinary Counterintelligence technician whose vast field experience has proven invaluable to this command on a continual basis. This exceptional technician has expertly managed several of the most sensitive Passive Source Operations in the Battalion. CW3 Spearman's efforts have been paramount in the effort to protect our country's vital secrets. CW3 Spearman possesses all of the key traits needed to succeed in today's competitive Warrant Officer Corps and has unlimited potential for promotion. Assign to only the toughest jobs, promote to CW4 now and send to the Warrant Officer Staff Course as soon as possible.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Resident Office SAIC; Operations Officer; MID Commander

DA FORM 67-9, OCT 97 (Reverse)     USAPA V2.00

00631609

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED SPECIALTIES | * PMOS/SMB |
|---|---|---|---|---|---|---|---|---|
| SPEARMAN, WILLIAM M. | | CW3 | Year 1999 | Month 09 | Day 01 | MI | | 351B79N |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | | h. REASON FOR SUBMISSION | |
|---|---|---|---|
| FCI TM, CO B, 308th MI BN, 902nd MI GP, Redstone Arsenal, AL 35898 INSCOM | | 05 | Annual |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NOMINATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | | Date | | | MD13 |
| Year 2002 | Month 09 | Day 07 | Year 2003 | Month 09 | Day 06 | 12 | | ☑ | 1. Given to Officer | | | AS | |
| | | | | | | | | | 2. Forwarded to Officer | 031119 | XWS | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ROBINSON, Chris E. | | CPT | Company Commander | Chris E. Robinson | 031119 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ZEMBRZUSKI, Michael A. | | LTC | Battalion Commander | Michael A. Zehm | 031119 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS | |
|---|---|---|---|---|
| 308th MI BN, 902nd MI Group Fort Meade, MD 20755 | MI | DSN | | |

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

| e. SIGNATURE OF RATED OFFICER | DATE |
|---|---|
| Will M. Spearman | 031119 |

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE Counterintelligence Technician

b. POSITION AOC/SR 351B0

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES, REFER TO PART IVa, ON FORM 67-9-1
Senior counterintelligence technician assigned to a strategic foreign counterintelligence element, providing counterintelligence collection and investigative support to U.S. Army equities throughout the Southeast United States. Conducts and manages passive source operations. Monitors the activities and formulates counterintelligence operations against known and suspected foreign intelligence agents actively targeting advanced U.S Army technologies and systems. Serves as the primary case agent for six sensitive, joint FBI/Army operations. Plans and manages proactive, integrated operations with national, state and local intelligence, security and law enforcement agencies. Performs source management for the unit and assists in the development and implementation of all counterintelligence special operations concepts.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

### CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each below. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP) Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "NO" entries.

| b.1. ATTRIBUTES (Select 1) | X | MENTAL Fundamental qualities and characteristics | Possesses desire, will, initiative, and discipline | X NO | 2. | PHYSICAL Maintains appropriate level of physical fitness and military bearing | X NO | 3. | EMOTIONAL Displays self-control; calm under pressure | X NO |
|---|---|---|---|---|---|---|---|---|---|---|
| b.2. SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | X | CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | | X NO | 2. | INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering | X NO | X | TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | X NO |
| | | | 4. | TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | X NO |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING Method of reaching goals while operating / improving | X | COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | X NO | 2. | DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely | X NO | 3. | MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | X NO |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING Short-term mission accomplishment | X | PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | X NO | 5. | EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | X NO | X | ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement | X NO |
| IMPROVING Long-term improvement in the Army, its people and organizations | 7. | DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | X NO | 8. | BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | X NO | 9. | LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X NO |

| c. APFT: PASS | DATE: DEC 2002 | HEIGHT: 75 | WEIGHT: 215 | YES |
|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  ☐ YES ☐ NO ☒

| DA FORM 67-9, OCT 97 | REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 | USAPA V2.01 |
|---|---|---|

| NAME SPEARMAN, WILLIAM M. | SSN ███████ | PERIOD COVERED 20020907 — 20030906 |
|---|---|---|

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |
|---|---|---|---|

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

CW3 Spearman's performance as a Counterintelligence Technician for the FCI Team was outstanding. He spotted, assessed, and recruited one new source to support U.S. Army Counterintelligence Special Operations Concepts (CISOCs). This source has subsequently become the most productive in the office. His expert handling of sources resulted in the submission of two initial Subversion and Espionage Directed Against the US Army (SAEDA) reports which were subsequently opened as joint U.S. Army and FBI investigations. CW3 Spearman conducted 30 personal contacts of which three Intelligence Information Reports (IIRs) and 21 Contact reports and enclosures were produced. CW3 Spearman served as the surveillance operator and operations officer for a joint FBI/Army surveillance operation in response to foreign intelligence collection efforts. The operation developed information which resulted in the FBI opening two full-field investigations. He augmented INSCOM with six weeks of surveillance training support and did an outstanding job as a surveillance trainer and assistant surveillance controller during multiple practical exercises. CW3 Spearman conducted over 40 foreign contact and foreign travel debriefings for lead development in support of U.S. Army CISOCs, as a result of his efforts, two leads were identified and were further assessed. CW3 Spearman worked closely with the FBI to ensure policies regarding Category 1 Assets within the company's were in compliance. He is an industrious and innovative problem solver.

CW3 Spearman has unlimited potential. Promote to CW4 now and send to the Warrant Officer's Staff Course at the first opportunity.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

I currently senior rate ___10___ officer(s) in this grade

A completed DA Form 67-9-1 was required with this report and considered in my evaluation and review [X] YES [ ] NO (Explain at c)

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M

SR: LTC ZEMBRZUSKI MICHAEL A

DATE: 2003 11 20

TOTAL RATINGS: 18

RATINGS THIS OFFICER: 2

c. COMMENT ON PERFORMANCE/POTENTIAL

CW3 Spearman's performance during this rating period has been solid. Through intensive and aggressive field work CW3 Spearman has raised the standard for the FCI office. His dedication and vast knowledge of Multidiscipline Counterintelligence have been paramount to the protection of sensitive Army technologies from the collection efforts of Foreign Intelligence Services. Promote to CW4 now and send to the Warrant Officer's Staff Course immediately.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Operations Officer, Field Office SAIC, Offensive CI Operations Case Officer

**DA FORM 67-9, OCT 97 (Reverse)** USAPA V2.00

00643012

Case 9:11-cv-00173-ALM Document 30-2 Filed 03/15/12 Page 55 of 92452

# PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c.RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | |
| SPEARMAN, WILLIAM M. | ▇▇▇ | CW3 | 1999 | 09 | 01 | MI | 351B79N |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION | |
|---|---|---|
| FCI TM, B CO, 308th MI BN, 902nd MI GP, Redstone Arsenal, AL 35898 INSCOM | 03 | Change of Rater |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | | Date | | | |
| Year | Month | Day | Year | Month | Day | 3 | | Ø | 1. Given to Officer | | | | |
| 2003 | 09 | 07 | 2003 | 12 | 19 | | | X | 2. Forwarded to Officer | 040115 | ︽ | AS | MD13 |

# PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ROBINSON, Chris E. | ▇▇▇ | CPT | Company Commander | Chris E. Robinson | 040115 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ZEMBRZUSKI, Michael A. | ▇▇▇ | LTC | Battalion Commander | Michael A. ▨▨▨ | 040115 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| 308th MI BN, 902nd MI Group | MI | DSN ▇▇▇ | ▇▇▇ |
| Fort Meade, MD 20755 | | | |

| d. This is a referred report, do you wish to make comments? | e. SIGNATURE OF RATED OFFICER | DATE |
|---|---|---|
| ▢ Yes, comments are attached ☒ No | | |

# PART III - DUTY DESCRIPTION

| a. PRINCIPAL DUTY TITLE Counterintelligence Technician | b. POSITION AOC/BR 351B0 |
|---|---|

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Senior counterintelligence technician assigned to a strategic foreign counterintelligence element, providing counterintelligence collection and investigative support to U.S. Army equities throughout the southest United States. Conducts and manages passive source operations. Monitors the activities and formulates counterintelligence operations against known and suspected foreign intelligence agents actively targeting advanced U.S. Army technologies and systems. Serves as the primary case agent for six sensitive, joint FBI/Army operations. Plans and manages proactive, integrated operations with national, state and local intelligence, security and law enforcement agencies. Performs source management for the unit and assists in the development and implementation of all counterintelligence special operations concepts.

# PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

| a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.) | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory in**

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | 1. MENTAL Possesses desire, will, initiative, and discipline | ☒ YES ▢ NO | 2. PHYSICAL Maintains appropriate level of physical fitness and military bearing | ☒ YES ▢ NO | X EMOTIONAL Displays self-control; calm under pressure | ☒ YES ▢ NO |
|---|---|---|---|---|---|---|
| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | 1. CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | ☒ YES ▢ NO | X INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering | ☒ YES ▢ NO | X TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | ☒ YES ▢ NO |
| | 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | ☒ YES ▢ NO | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING Method of reaching goals while operating / improving | 1. COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | ☒ YES ▢ NO | X DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely | ☒ YES ▢ NO | 3. MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | ☒ YES ▢ NO |
|---|---|---|---|---|---|---|
| OPERATING Short-term mission accomplishment | 4. PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | ☒ YES ▢ NO | X EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | ☒ YES ▢ NO | 6. ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement | ☒ YES ▢ NO |
| IMPROVING Long-term improvement in the Army, its people and organizations | 7. DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | ☒ YES ▢ NO | X BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | ☒ YES ▢ NO | 9. LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading | ☒ YES ▢ NO |

| c. APFT: PASS | DATE: DEC 2002 | HEIGHT: 75 | WEIGHT: 215 | YES |
|---|---|---|---|---|

| d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. | YES | NO | ☒ |
|---|---|---|---|
| WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? | | | |

| DA FORM 67-9, OCT 97 | REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 | USAPA V2.01 |
|---|---|---|

JAN 2 1 2004

| NAME SPEARMAN, WILLIAM M. | SSN | PERIOD COVERED 20030907 — 20031219 |
|---|---|---|

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE   [ ] SATISFACTORY PERFORMANCE, PROMOTE   [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE   [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Solid performance by an outstanding Counterintelligence Technician. CW3 Spearman's superlative performance during the rating period resulted in significant contributions to the Army's technology protection and overall counterintelligence effort. He was instrumental in successfully transitioning all lead development and pending actions which ensured continued success for ongoing US Army Counterintelligence Special Operations Concepts in the company's area of operations. CW3 Spearman prepared and submitted two initial Subversion and Espionage Directed Against the US Army (SAEDA) reports, which were subsequently opened as joint Army and FBI investigations. He was chosen by name for a joint FBI/US Army sensitive surveillance operation because of his exceptional skills and expertise. His efforts have been lauded on several occasions for the quality of the support provided.

CW3 Spearman has unlimited potential. Promote to CW4 now and send to the Warrant Officer's Staff Course immediately.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII -SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED   [ ] FULLY QUALIFIED   [ ] DO NOT PROMOTE   [ ] OTHER *(Explain below)*

I currently senior rate ___11___ officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review   [X] YES   [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M

SR: LTC ZEMBRZUSKI MICHAEL A

DATE: 2004 01 21

TOTAL RATINGS: 19

RATINGS THIS OFFICER: 3

c. COMMENT ON PERFORMANCE/POTENTIAL

A solid performance by a dedicated Counterintelligence technician. CW3 Spearman has significantly enhanced the operational capabilities of the FCI office. CW3 Spearman's technical skills and counterintelligence experience make him a true asset to this command. His work as a surveillance operator for a joint FBI/US Army surveillance operation has been a true success story. Promote to CW4 now and send to the Warrant Officer's Staff Course immediately.

Officer unavailable for signature due to PCS.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Operations Officer, Field Office SAIC, Offensive CI Operations Case Officer

DA FORM 67-9, OCT 97 (Reverse)   USAPA V2.00

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED SPECIALTY / PMOS SMO |
|---|---|---|---|---|---|---|---|
| SPEARMAN, WILLIAM M. | | CW3 | Year 1999 | Month 09 | Day 01 | MI | 351B79N |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | | h. REASON FOR SUBMISSION | |
|---|---|---|---|
| B Company, 524th Military Intelligence Battalion, APO AP 96205 (INSCOM) | | 03 | Change of Rater |

| i. PERIOD COVERED | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | 4 | Ø | 1. Given to Officer | | Date | | YMK | AS | K041 |
| Year 2003 | Month 12 | Day 20 | Year 2004 | Month 04 | Day 30 | | | X | 2. Forwarded to Officer | | 040517 | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| DRAYTON, RODNEY E. | | CPT | Company Commander | *[signature]* | 040517 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| a. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ESCRIBANO, RAUL E. | | LTC | Battalion Commander | *[signature]* | 040517 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| 524th Military Intelligence Battalion APO AP 96205-0055 | MI | | |

| d. This is a referral report, do you wish to make comments? | e. SIGNATURE OF RATED OFFICER | DATE |
|---|---|---|
| ☐ Yes, comments are attached  ☐ No | *[signature]* W. M. | 040517 |

## PART III - DUTY DESCRIPTION

| a. PRINCIPAL DUTY TITLE  Detachment Commander | b. POSITION AOC/SSI  351B0 |
|---|---|

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1**

Commander of a strategic level Military Intelligence Detachment providing echelon above corps counterintelligence support to the warfighters and commanders, Camp Henry, Camp Walker, Camp George, Camp Mujuk, Eighth US Army, and US Forces Korea. Responsible for overt intelligence collection activities in response to unit, theater, and national intelligence requirements. Responsible for counterespionage, counterterrorism, force protection, and counter-sabotage investigations. Conducts counterintelligence advice and assistance, threat awareness briefings, and focused security training to supported units. Responsible for the training, professional development, and personal well-being of seven US soldiers and one Korean National employee, along with responsibility for over $450,000 worth of government property.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | | X |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory in Part Vb for all "No" entries.**

**b.1. ATTRIBUTES (Select 1)**
Fundamental qualities and characteristics

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | MENTAL  Possesses desire, will, initiative, and discipline | ☒ NO | 2. | PHYSICAL  Maintains appropriate level of physical fitness and military bearing | ☒ NO | 3. | EMOTIONAL  Displays self-control; calm under pressure  ☒ NO |

**b.2. SKILLS (Competence)** (Select 2)
Skill development is part of self-development; prerequisite to action

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | CONCEPTUAL  Demonstrates sound judgment, critical/creative thinking, moral reasoning | ☒ NO | 2. | INTERPERSONAL  Shows skill with people: coaching, teaching, counseling, motivating and empowering | ☒ NO | 3. | TECHNICAL  Possesses the necessary expertise to accomplish all tasks and functions  ☒ NO |
| | | | 4. | TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | ☒ NO |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

**INFLUENCING**
Method of reaching goals while operating / improving

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | COMMUNICATING  Displays good oral, written, and listening skills for individuals / groups | ☒ NO | 2. | DECISION-MAKING  Employs sound judgment, logical reasoning and uses resources wisely | ☒ NO | 3. | MOTIVATING  Inspires, motivates, and guides others toward mission accomplishment  ☒ NO |

**OPERATING**
Short-term mission accomplishment

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | PLANNING  Develops detailed, executable plans that are feasible, acceptable, and suitable | ☒ NO | 5. | EXECUTING  Shows tactical proficiency, meets mission standards, and takes care of people/resources | ☒ NO | 6. | ASSESSING  Uses after-action and evaluation tools to facilitate consistent improvement  ☒ NO |

**IMPROVING**
Long-term improvement in the Army its people and organizations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7. | DEVELOPING  Invests adequate time and effort to develop individual subordinates as leaders | ☒ NO | 8. | BUILDING  Spends time and resources improving teams, groups and units; fosters ethical climate | ☒ NO | 9. | LEARNING  Seeks self-improvement and organizational growth; envisioning, adapting and leading change  ☒ NO |

| c. APFT: PASS | DATE: FEB 2004 | HEIGHT: 75 | WEIGHT: 224 | YES |
|---|---|---|---|---|

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.**

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1A AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?   YES ☐   NO ☒

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 78, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

MAY 21 2004

| NAME SPEARMAN, WILLIAM M. | SSN | PERIOD COVERED 20031220 | – | 20040430 |
|---|---|---|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] | OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] | SATISFACTORY PERFORMANCE, PROMOTE | [ ] | UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] | OTHER (Explain) |
|---|---|---|---|---|---|---|---|

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

CW3 Spearman is one of the top warrant officers in B Company. His performance as detachment commander of the Taegu Military Intelligence Detachment has been outstanding. He managed an impressive operational tempo while obtaining the highest intelligence productions for the previous five years. His aggressive approach to Host Nation Liaison was evident as CW3 Spearman has increased his liaison contact within the Second ROK Army (SROKA) AOR by 55%. This increase has substantially benefited both US/ROK Commanders throughout the Korean Theater of Operations. CW3 Spearman tackles each task with enthusiasm and vigor. His positive, can-do attitude is infectious within his detachment. CW3 Spearman was the point-man in providing strategic counterintelligence support to a highly sensitive, joint intelligence Task Force 160th Operation. William Spearman is a consummate mentor, leader and technician. He will continue to help shape the future of the Counterintelligence community.

Already selected for CW4, CW3 Spearman's career should be closely monitored to ensure he is promoted first look to CW5.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| [X] | BEST QUALIFIED | [ ] | FULLY QUALIFIED | [ ] | DO NOT PROMOTE | [ ] | OTHER (Explain below) |
|---|---|---|---|---|---|---|---|

I currently senior rate _____ 5 _____ officer(s) in this grade

A completed DA Form 67-9-1 most received with this report and maintained in my evaluation and reverse [X] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: CW3 SPEARMAN WILLIAM M

SR: LTC ESCRIBANO RAUL E

DATE: 2004 05 21

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

One of the top two warrant officers I senior rate. His relentless pursuit of excellence sets him above his peers. CW3 Spearman is a top performer with the experience and maturity required to operate independently and successfully away from command headquarters. His outstanding work in the Taegu MID fills a critical role in the operational intelligence production within this battalion. Furthermore, his support to the 19th Theater Support Command warfighters is unmatched. Confident, extremely articulate, he makes working in a complex and combined environment look easy. Clearly one of the best warrant officers in our profession today. Already selected for CW4, promote this magnificent warrant officer to CW5 immediately. They don't come any better than William Spearman.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED, FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Combined/Joint CI Officer, MACOM CI Officer, Intelligence School Instructor

DA FORM 67-9, OCT 97 (Reverse)

USAPA V2.00

US v. Good, et al (Spearman) 22-CR-80173-2-AMC RSDO1, Bates Numbers 01668 of 02452

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
ALEXANDRIA, VIRGINIA 22332-0400

ORDER NO: 201-044                                    19 Jul 04

14.  The Secretary of the Army has reposed special trust and confidence
in the patriotism, valor, fidelity, and abilities of the following
officers. In view of these qualities and their demonstrated potential
for increased responsibility, they are, therefore, promoted in the
United States Army to the grade of rank shown. The promotion is not
valid and will be revoked if the officer concerned is not in a
promotable status on the effective date of promotion. The authority for
this promotion is Section 578 of Title 10 United States Code.



| Name, SSN, Branch | | Grade of rank promoted to | Effective date | Date of rank |
|---|---|---|---|---|
| BERGERON, DANIEL SCOTT | 2-2324 OD | CW4 | 01 Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | CW4 | 01 Aug 04 | 01 Aug 04 |
| SPEARMAN, WILLIAM MICH | 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 MI | CW4 | 01 Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | | Aug 04 | 01 Aug 04 |
| | | CW4 | 01 Aug 04 | 01 Aug 04 |

Date of Senate Confirmation:  NA
Format:  300

BY ORDER OF THE SECRETARY OF THE ARMY:

DISTRIBUTION:                          BRIAN K. JENKINS
Each PSB/PSC {1}                        Major, GS
Each Major Command {1}                  Chief, Officer Promotions

FOR OFFICIAL USE ONLY  -  PRIVACY ACT DATA

Case 9:21-cr-90176-AMC  Document 290-1  Entered on FLSD Docket 06/21/2023  Page 60 of 64

135   25 Feb 87   1344

66 05 3 16

DEPARTMENT OF THE ARMY
HEADQUARTERS, XVIII AIRBORNE CORPS AND FORT BRAGG
FORT BRAGG, NORTH CAROLINA 28307-5000

ORDERS 17-54

28 January 1986
njc

The Secretary of the Army has reposed special trust and confidence in the
patriotism, valor, fidelity, and professional excellence of WILLIAM M.
SPEARMAN.. In view of these qualities and his demonstrated leadership potential
and dedicated service to the US Army he is, therefore, promoted from SP4 to
SGT, MOS 91A2P is awarded as his primary MOS effective 1 February 1986.
Promotion is effective 1 February 1986 with date of rank of 21 January 1986.
Promotion is not valid and it will be revoked if he is not in a promotable
status on the effective date of promotion. The authority for this promotion is
MILPERCEN Letter, DAPC-MSP-E, dated 15 January 1986, Subject: DA Promotion
Point Cut-Off Scores for 1 February 1986, and paragraph 7-14, AR 600-200.
Other MOS actions are award of secondary MOS 71L20, additional MOS 11B20,
and withdrawal of primary MOS 91A1P, secondary MOS 71L10, additional MOS
11B10.

Additional instructions: Not applicable

Format: 302

FOR THE COMMANDER:

DISTRIBUTION:
Rec Set (1)
AFZA-AG-CMP  (1)
AFZA-AG-CE  (1)
Cdr, HHC 1st SOCOM  (3)
Cdr, USA Enl Rec & Eval Cen, ATTN: PCRE-RS, Ft Benj Harrison, IN 46249 (1)
S-1, 1st SOCOM  (1)
AFVS-AG-PM  (1)
SGT SPEARMAN ▮▮▮▮▮ HHC 1st SOCOM  (5)

STEPHEN R. FURR
MAJ
Chief, COMPACT

US v. Good, et al (Spearman) 22-CR-80173-2 AMC RSPO1, Bates Numbers 01690 of 02452

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| SPEARMAN, WILLIAM MICHAEL | ARMY/RA/ | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| CW3 | W3 | | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FT RUCKER, AL | MC HENRY, IL 60050 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 0524MICO B CI AS | TAEGU TRANSITION CENTER, AP 96218 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ☐ None |
|---|---|
| USAR CON GP (RETRES) AR-PERSCOM, 9700 PAGE BLVD, ST LOUIS, MO 63132 | Amount: $ 250,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 351B7 9N CI TECH--12 YRS-0 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1992 | 10 | 23 |
| | b. Separation Date This Period | 2005 | 03 | 31 |
| | c. Net Active Service This Period | 0012 | 05 | 08 |
| | d. Total Prior Active Service | 0009 | 06 | 22 |
| | e. Total Prior Inactive Service | 0000 | 02 | 10 |
| | f. Foreign Service | 0003 | 10 | 26 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 2004 | 08 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
BRONZE STAR MEDAL//MERITORIOUS SERVICE MEDAL (2ND AWARD)//JOINT SERVICE COMMENDATION MEDAL //ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (3RD AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//KUWAIT LIBERATION MEDAL (SA) //NATO MEDAL//KOREAN DEFENSE SERVICE MEDAL//ARMED FORCES EXPEDITIONARY//CONT IN BLOCK 18.

**14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)**
WARRANT OFFICERS ADVANCE COURSE, 6 WEEKS, SEP 1999//ADVANCE FOREIGN COUNTERINTELLIGENCE COURSE, 40 WEEKS, DEC 1998//DATA COMMUNICATION / LAN TRAINING COURSE, 2 WEEKS, JUL 1995 //COUNTERINTELLIGENCE TECHNICIAN WARRANT OFFICERS BASIC COURSE, 5 WEEKS, APR 1993//STRATEGIC DEBRIEFERS COURSE, 4 WEEKS, NOV 1992//INTERNETWORKING BRIDGES AND ROUTERS//CONT IN BLOCK 18.

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//RETIRED LIST GRADE CW3//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SERVICE IN: PANAMA 9707-9905. SAUDI ARABIA, QATAR, BAHRAIN, KUWAIT 9607-9702. ECUADOR 9808-9809. PERU 9902-9903. ANTIGUA & DOMINIC A. BOSNIA 0005-0011. THAILAND 0403.//CONT FROM BLOCK 13: MEDAL WITH ARROWHEAD DEVICE (3RD AWARD)//SOUTHWEST ASIA SERVICE MEDAL WITH 2 BRONZE SERVICE STAR (BSS)//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//GLOBAL WAR ON TERRORISM SERVICE MEDAL//OVERSEAS SERVICE RIBBON (2ND AWARD)//KUWAIT LIBERATION MEDAL//MASTER PARACHUTIST BADGE WITH COMBAT DISTINGUISHING DEVICE, 1 BRONZE SERVICE STAR (BSS)//MASTER PARACHUTIST BADGE//CONT FROM BLOCK 14: COURSE, 1 WEEK, SEP 1995//DAME COURSE, 4 WEEKS, MAY 1987//SEC MGRS COURSE, 1 WEEK, MAR 1987//MANEUVER CONTROL SYSTEM USERS COURSE, 1 WEEK, JAN 1994//NOVELL ADMIN COURSE, 2 WEEKS, SEP 1995//A PLUS CERTIFICATION COURSE, 1 WEEK, JAN 1996//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| | |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO AL DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | SHEILA A. ALEXANDER, CW3, USA, CHIEF, PSNL OP |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 600-8-24, PARA 6-14C(1) | RBD | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| SUFFICIENT SERVICE FOR RETIREMENT |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88      Previous editions are obsolete.      SERVICE - 2

US v. Goodi, et al (Spearman) 22-CR-80173-2-AMC RSDO1 Bates Numbers 01691 of 02452

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY
1st SPECIAL OPERATIONS COMMAND (AIRBORNE)
FORT BRAGG, NORTH CAROLINA 28307-5000

PERMANENT ORDERS 21-6                                        7 February 1986

1. ████████████████  SSG HHC 1st SOCOM (Abn) (WOV2AA) Fort Bragg,
NC  28307-5000

Announcement is made of the following award.

Award:  Army Achievement Medal
Date(s) or period of service:  From 19 November 1985 to 12 December 1985
Authority:  AR 672-5-1 and Commander, 1st SOCOM
Reason:  For meritorious achievement
Format:  320

2. SPEARMAN, WILLIAM M. 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 SP4 HHC 1st SOCOM (Abn) (WOV2AA) Fort
Bragg, NC  28307-5000

Announcement is made of the following award.

Award:  Army Achievement Medal
Date(s) or period of service:  From 19 November 1985 to 12 December 1985
Authority:  AR 672-5-1 and Commander, 1st SOCOM
Reason:  For meritorious achievement
Format:  320

3. ████████████████ T HHC 1st SOCOM (Abn) (WOV2AA) Fort Bragg,
NC  28307-5000

Announcement is made of the following award.

Award:  Army Achievement Medal (First Oak Leaf Cluster)
Date(s) or period of service:  From 19 November 1985 to 12 December 1985
Authority:  AR 672-5-1 and Commander, 1st SOCOM
Reason:  For meritorious achievement
Format:  320

4. ████████████████  SP4 Svc Co 7th SFG (Abn) 1st SF (WHO2AA) Fort
Bragg, NC  28307-5000

Announcement is made of the following award.

Award:  Army Achievement Medal (First Oak Leaf Cluster)
Date(s) or period of service:  From 19 November 1985 to 12 December 1985
Authority:  AR 672-5-1 and Commander, 1st SOCOM
Reason:  For meritorious achievement
Format:  320

45

DEPARTMENT OF THE ARMY
HEADQUARTERS, XVIII AIRBORNE CORPS AND FORT BRAGG
FORT BRAGG, NORTH CAROLINA 28307-5000

PERMANENT ORDERS 49-42                                    28 March 1986
                                                            pdw

SPEARMAN, WILLIAM M. ████████    SP4  HHC 1st SOCOM  Ft Bragg, NC
28307-5000

Announcement is made of the following award.

Award: Good Conduct Medal (1st Award)
Date(s) or period of service: 1 April 1983 thru 31 March 1983
Authority: Paragraph 3-4a, Army Regulation 672-5-1
Reason: For Exemplary Behavior, Efficiency and Fidelity
Format: 320

FOR THE COMMANDER:

DISTRIBUTION:
Rec Set (1)
AFZA-AG-CP (2)
AFZA-AG-CE (1)
Cdr, HHC 1st SOCOM (3)
S-1, 1st SOCOM (1)
Cdr, USA Enl Rec & Eval Cen (PCRE-FS) Ft Ben Harrison, IN 46249 (1)
AFVS-AG-PM (1)
SP4 SPEARMAN (5)



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO      SERGEANT WILLIAM M. SPEARMAN, United States Army

FOR exceptionally meritorious service as Sensitive Compartmented Information Document Custodian and Administrative Clerk, Office of the Assistant Chief of Staff, G2, 1st Special Operations Command (Airborne), from 1 March 1985 to 27 July 1986. His performance of duty has had a significant impact upon the preparation and dissemination of intelligence in support of Special Operations activities worldwide. His thorough knowledge of administrative procedures and regulations governing sensitive compartmented information have contributed greatly to the intelligence mission of the command. Sergeant Spearman's outstanding performance of duty reflects great credit upon him, the 1st Special Operations Command, and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS   28th    DAY OF   May    19 86

LEROY N. SUDDATH, JR
Major General, USA
Commanding

SECRETARY OF THE ARMY

DA FORM 4980-14, APR 81