# CURRICULUM VITA

**AMY C. SWAN, PSY. D.**
**2881 EAST OAKLAND PARK BOULEVARD, SUITE 303**
**FORT LAUDERDALE, FLORIDA 33306**
**(954) 567-8000**

---

## CURRENT LICENSURE

Florida Psychology License— PY 5908
South Carolina Psychology License—1154
Missouri Psychology License—2011028125
Florida Registered Nursing License—RN 1855042

## WORK EXPERIENCE

**March 2011 to Present**          **Florida Board of Psychology**

- 2011-2016    Chairman, Probable Cause Committee
- 2017-present   Member, Probable Cause Committee

**Nov 2000 to Nov 2010**          **Florida Board of Psychology**

Appointed by the Governor to serve on the Board of Psychology dealing with issues such as Budgeting, Credentialing, Disciplinary Hearings, Legislative Efforts, Continuing Education, and Dealing with Impaired Practitioners

- Chairman                           2003-2005, 2009
- Vice-Chairman                      2001-2003, 2008
- Chair, Credentials Committee       2001-2003, 2008-2010
- Chair, Continuing Education        2008-2010
- Custody Evaluation Committee       2003 – 2005
- Board Specialty Committee          2007

**February 1999 to Present**          **Private Practice, Fort Lauderdale, Florida**

Practice of Clinical and Forensic Psychology including but not limited to Clinical Psychological Evaluations, Trauma Assessment Evaluations (PTSD/ Dissociative Identity Disorder), Domestic Violence Evaluations, Munchausen By Proxy Syndrome Evaluations,

|  |  |
|---|---|
|  | Forensic Child Abuse Evaluations, Custody Evaluations, Parental Competency Evaluations, Competency and Sanity Evaluations, Sentencing Evaluations, Dependency Evaluations, Licensing Board Evaluations, Psychosexual Evaluations, Sexually Violent Predator Evaluations, Evaluations of Child Pornography Offenders, Sex Offender Risk Assessment, Expert Witness Testimony on Ethics |
| September 2013-March 2019 | **Department of Mental Health in South Carolina**<br>• Conducting evaluations to determine if those who have committed sexually violent offenses pose a danger to the community if released from a secured environment without treatment<br>• Conducting evaluations to determine if those who have been civilly committed are ready for release<br>• Competency and Sanity Evaluations |
| September 2013-Present | **Office of the Attorney General in South Carolina**<br><br>Conducting evaluations to determine if those who have committed sexually violent offenses pose a danger to the community if released from a secured environment without treatment |
| September 2011-Dec 2014 | **Office of the Attorney General in Missouri**<br><br>Conducting evaluations to determine if those who have committed sexually violent offenses pose a danger to the community if released from a secured environment without treatment |
| July 2004 to Present | **Department of Children and Families, Tallahassee, Florida**<br><br>Conducting evaluations under "The Jimmy Ryce Act" to determine if those who have committed sexually-related offenses pose a danger to the community if released from a secured environment without treatment |
| August 2000 to June 2004 | **ITM Group, Gainesville, Florida**<br>Working under the auspices of the Florida Department of Children and Families conducting evaluations under "The Jimmy Ryce Act" to determine if those who have committed sexually-related |

| | |
|---|---|
| | offenses pose a danger to the community if released from a secured environment without treatment |
| June 1999 to December 1999 | **Liberty Healthcare, Indiantown, Florida**<br>Responsibilities include: program development, psychological testing, treatment planning, crisis intervention, and group and individual therapy with adult men who have been detained or committed to a Sexually Violent Predator Program |
| October 1997 to June 1999 | **Court Psychology, Broward County Court System, Fort Lauderdale, Florida**<br>Responsibilities include: psychological testing, report writing, and crisis intervention with adults and children to provide recommendations to the Court regarding Custody Evaluations, Dependency Evaluations (perpetrators and victims of child abuse and neglect), and Competency to Proceed. Expertise in Dissociative Identity Disorder (MPD) and Munchausen By Proxy Syndrome |
| October 1988 -November 1997 | **University Pavilion Hospital, Tamarac, Florida**<br>8-96 to 11-97: **Relief Nursing Supervisor**<br>Responsible for staffing and supervising nursing staff and patient care in a 60-bed private psychiatric facility. Since no physicians are on site after 5 PM duties entailed complete and total responsibility for patients and staff.<br><br>*8-95 to 8-96: **Director of Respond**<br>served as Director of the Crisis Admission Team. Responsible for staffing and supervising 13 employees, evaluating performance, meeting applicable standards of accrediting bodies, developing and monitoring operating and capital expenditures, providing training, development and implementation of policies and procedures in accordance with state and federal regulations<br><br>* 12-89 to 12-91: Designed, implemented, and served as **Director of Sexual Trauma Program** providing individual, group, and family counseling to survivors and perpetrators of sexual abuse.<br><br>* 10-88 to 8-95: Served as **Case Management Coordinator** directing case managers who served as |

| | |
|---|---|
| | liaisons among patient, family, treatment team, staff, and reimbursement agents to assure that patient clinical needs were appropriately met. This included: Acute Inpatient, Dual-Diagnosis, and Day Treatment Programs |
| Sept 1995-December 1995 | **Teaching Assistant, Nova Southeastern University, Fort Lauderdale, Florida**<br>Teaching Assistant for Integrated Report providing feedback to students on the administration, interpretation, conceptualization and integration of results from a well-balanced battery of tests including MMPI-2, MMPI-A, WAIS-R, WISC-III, Rorschach, TAT, Projective Drawings, Incomplete Sentences, Bender-Gestalt, and a comprehensive clinical interview |
| June 1995-September 1995 | **Jury Consultant, Trial Technologies, Inc., Miami, Florida**<br>Served as psychological consultant providing juror profiles and trial strategies for mock trials as well as the application of research findings to jury selection |
| January 1995-2005 | **Guardian Ad Litem, Ft. Lauderdale, Florida**<br><ul><li>Served as an advocate on behalf of children involved in divorce and custody disputes</li><li>Advised the court what is in the best interest of the children</li><li>Insured that the child is protected from harm and that the physical, emotional, medical, and educational needs are met</li><li>Sought permanency and stability for the children</li></ul> |
| January 1993-July 1993 | **The Renfrew Center, Coconut Creek, Florida**<br>**Consultant for Utilization Review**<br>Served as liaison among patient, family, treatment team, staff, and reimbursement agents to assure that patient clinical needs were appropriately met. This included: Acute Inpatient and Day Treatment Programs. Disorders treated included: Eating Disorders, Post-Traumatic Stress Disorder, and Dissociative Disorders |

| | |
|---|---|
| October 1989-October 1991 | **Professional Holistic Care Consultants, Tamarac, Florida.** Creation and presentation of educational seminars for State Board of Nursing in the area of sexual offenders, interpersonal violence, sexual abuse domestic violence, multiple personality disorder, and postpartum disorders |
| June 1988-January 1991 | **Registered Nurse, Coral Springs Medical Center, Coral Springs, Florida.** Responsible for care of patients experiencing childbirth and medical illnesses with a primary emphasis on patients with psychiatric illness complicating childbirth |
| June 1987-June 1989 | **Staff Nurse, Fair Oaks Hospital, Delray Beach, Florida.** Responsible for all aspects of care for patients with psychiatric illness. * Directed ECT Team |

## EDUCATION:

| | |
|---|---|
| January 1992-August 1997 | Nova Southeastern University, Davie, Florida Doctoral Program in Clinical Psychology Master's Degree Conferred 12/93 Psy.D. conferred 8/97 |
| January 1991-January 1992 | Florida Atlantic University, Boca Raton, Florida Coursework towards Master's Degree in Counseling Psychology |
| September 1985-April 1987 | Florida Atlantic University, Boca Raton, Florida<br>• Preceptorship in Eating Disorders<br>• Ninety hours of study in Family Violence<br>• Clinical Rotations in Cardiology, Pulmonary Diseases, End-Stage Renal Disease, Spinal Cord Injuries, Diabetes, Psychiatry, Obstetrics, and Urology<br>• Bachelor of Science in Nursing conferred 4/87 |
| January 1976-June 1977 | University of South Alabama, Mobile, Alabama Coursework: Nursing |
| June 1972-May 1973 | Florida Junior College, Jacksonville, Florida Associate of Arts conferred 5/73 |

## CLINICAL TRAINING EXPERIENCE

| | |
|---|---|
| August 1996-August 1997 | **Northwest Dade Center, Inc., Hialeah, Florida**<br>**Predoctoral Internship**<br>Responsibilities included: psychological testing, report writing, crisis intervention and stabilization, psychotherapy with inpatients, outpatients, children, adolescents, and adults; Rotations included:<br><br>**Residential Intensive Treatment Service**<br>which entailed evaluation and psychotherapy with incarcerated adolescent sexual offenders; <u>Forensic Rotation</u> which entailed pre-trial evaluations, post-trial sentencing recommendations, custody evaluations, and competency evaluations; <u>Children's Crisis Stabilization Unit</u> which entailed service to children in crisis. |
| September 1994-August 1995 | **Nova Southeastern University Community Mental Health Center, Coral Springs, Florida**<br>**Family Violence Program**<br>Responsibilities included: outpatient psychological assessments, treatment planning, individual and group therapy for victims and perpetrators of domestic and sexual violence. Disorders treated included: Major Depression, Bipolar Disorder, Dysthymia, Panic Disorder, Generalized Anxiety Disorder, Post-Traumatic Stress Disorder, Intermittent Explosive disorder, Antisocial and Borderline Personality Disorders |
| September 1993-August 1994 | **Nova Southeastern University Community Mental Health Center, Coral Springs, Florida**<br>**Sexual Abuse Survivor's Program**<br>Responsibilities included: outpatient psychological assessments, treatment planning, individual and group therapy for victims of sexual trauma, as well as perpetrators of sexual abuse. Disorders treated included: Major Depression, Bipolar Disorder, Dysthymia, Panic Disorder, Generalized Anxiety Disorder, Post-Traumatic Stress Disorder, Dissociative Disorders, Borderline Personality Disorders |

## RESEARCH EXPERIENCE

| | |
|---|---|
| June 1994-August 1996 | Research Coordinator for an exploratory study examining the quantity and quality of Post-Traumatic Stress Disorder and Dissociative Disorders (Complex Post-Traumatic Stress Disorder) in a sexual abuse population utilizing the Structured Clinical Interview for DSM IV—Dissociative Disorders (SCID-D) |
| September 1994-August 1995 | Engaged in on-going multidimensional research study focused on domestic and sexual violence and Post-Traumatic Stress Disorder |
| September 1993 - August 1994 | Engaged in on-going research study focused on the sequelae of sexual abuse, including Post-Traumatic Stress Disorder and memory of abuse |

## SPECIAL SKILLS

Training in Sex Therapy
Critical Incident Stress Debriefing
Advanced Specialty Training in Clinical Hypnosis
Chemical Dependency Training for Addiction Professionals

## AWARDS AND HONORS

Elected to Phi Kappa Phi National Honor Society
Elected to Sigma Theta Tau International Honor Society
Graduated Summa Cum Laude/4.0 GPA
Junior Representative to the Curriculum Committee
Senior Representative to the Committee on Students
Selected by the American Nursing Association as an Item Writer for the National Psychiatric Certification Examination

## PROFESSIONAL ASSOCIATIONS

American Psychological Association
Association for the Treatment of Sexual Abusers
Florida Association for the Treatment of Sexual Abusers
International Association of Forensic Nurses
Association of State and Provincial Psychology Boards

## PROFESSIONAL DEVELOPMENT TRAINING

| | |
|---|---|
| 8/15-8/19/88: | "Non-Violent Crisis Intervention"<br>North Broward Hospital District, 8 hours |

| | |
|---|---|
| 9/89-4/90: | "Chemical Dependency Training Program"<br>Broward Community College, 78 hours |
| 3/30/90: | "Advanced Clinical Training in Group Psychotherapy"<br>Broward County Mental Health Association, 7 hours |
| 6/21-6/23/90: | "Postpartum Psychiatric Disorders"<br>Missouri Nurses Association, 6 hours |
| 9/7-9/8/90: | "Post-traumatic Stress Model for Treatment of Sexual Compulsion Workshop"<br>River Oaks Psychiatric Hospital, 9.5 hours |
| 11/6/90: | "Adolescent Sexuality and Deviancy"<br>Florida State Board of Nursing, 3 hours |
| 1/8-1/13/91: | "Treatment Issues Related to Sexual Trauma/Paraphilias-Advanced Training Workshop" Tulane University, 30 hours |
| 1/91-4/91: | "Training in Group Therapy"<br>Sherri Muchnik, Ph. D., 24 hours |
| 1/15/91: | "Adults Abused as Children"<br>Susan Forward Ph. D., 5 hours |
| 1/25-1/26/91: | "Compulsive Sexuality and Intimacy"<br> Patrick Carnes, Ph. D., 8 hours |
| 2/14/91: | "Multiple Personality Workshop"<br>Columbine Psychiatric Hospital, 4 hours |
| 6/20-6/24/91: | "Training in Treatment of Abuse and Multiple Personality Disorder" Eastern Regional Conference of Abuse and Dissociative Disorders, 30 hours |
| 11/13-11/17/91: | "The Eighth International Conference on Multiple Personality/ Dissociative States" Rush Presbyterian Medical College, 30 hours |
| 6/25-6/29/92: | "Training in Treatment of Abuse and Multiple Personality Disorder" Eastern Regional Conference on Abuse and Dissociative Disorders," 30 hours |
| 10/8-10/9/92: | "Ego State Therapy"<br>John Watkins, Ph. D., 15 hours |

| Date | Description |
|---|---|
| 11/11-11/15/92: | "The Ninth International Conference on Multiple Personality/ Dissociative States" Rush-Presbyterian Medical College, 30 hours |
| 1/28-1/29/93: | "Beyond the Basics: Treating Survivors of Childhood Abuse" Katherine Steele, R.N., M.N., C.S., 6.5 hours |
| 3/27-3/28/93: | "The Use of Hypnosis in Treatment" Martin Orne, M.D., Ph. D., 14 hours |
| 6/3-6/8/93: | "Training in Treatment of Abuse and Multiple Personality Disorder" Eastern Regional Conference of Abuse and Dissociative Disorders, 30 hours |
| 10/12-10/17/93: | "The Tenth International Conference on Multiple Personality/ Dissociative States" Rush Presbyterian Medical College, 30 hours |
| 12/9-12/13/93 | "Basic Workshop for Clinical Hypnosis" American Society of Clinical Hypnosis, 20 hours |
| 4/9-4/10/94: | "Clinical and Forensic Assessment of Dangerousness in Violent Sexual Offenders" Nova Southeastern University, 16 hours |
| 4/25-4/26/94: | "Sexual Violence--Victims and Perpetrators" Roy Hazlewood, M.S., 14 hours |
| 6/13-6/17/94 | "Sexual Crimes Against Children" Florida Network of Victims/Witness Services, 30 hours |
| 11/9-11/12/94 | "The Thirteenth Annual Research and Treatment Conference" Association for the Treatment of Sexual Abusers, 30 hours |
| 1/12/95 | "Millon Clinical Multiaxial Inventory--III National Computer Systems, Inc., 7 hours |
| 1/13-1/15/95 | "Advanced Specialty Training in Hypnosis for Dissociative Disorders" American Society of Clinical Hypnosis, 20 hours |
| 2/3-2/5/95 | "Forensic Evaluations and Forensic Applications of the MMPI and MMPI-2" University of Minnesota, 13.5 hours |
| 2/10/95 | "Research and Evaluation of Battering and Domestic Violence" "Treatment of Battering" "Domestic Violence and the Law" Neil Jacobson Workshops, 6.3 contact hours |
| 3/25/95 | "Post Traumatic Stress Disorder" Donald Meichenbaum, 6 hours |

| Date | Description |
|---|---|
| 4/7-4/9/95 | "Ethical and Legal Issues in Mental Health" University of Miami School of Law, 23 hours |
| 5/16-5/17/95 | "The Justice System and Domestic and Sexual Violence" The Governor's Task Force on Domestic and Sexual Violence, 16 hours |
| 9/14-9/17/95: | "The Twelfth International Conference on Multiple Personality/ Dissociative States" International Society for the Study of Dissociation, 24 hours |
| 3/14-3/16/96: | "First Annual Sex Offender Treatment Conference" Cascadia Consultants, 14 hours |
| 4/12-4/14/96: | "Aggression and Abuse: Clinical and Legal Issues" University of Miami School of Law, 23 hours |
| 5/13-5/14/96: | "The Psychopathic Personality" "Assessment of Violence Potential" J. Reid Meloy, Ph.D., ABPP, 14 hours |
| 6/13/96: | "Designation Training For Victim Services Practitioners" Florida Network of Victims/Witness Services, 8 hours |
| 6/20/96 | "Child Sexual Abuse Evaluations: The Integration of Research and Practice" Kathryn Kuehnle, Ph. D., 3 hours |
| 6/22/96 | "Psychology and the Recovered Memory Debate: What Do We Know Now?" Laura Brown, Ph. D., 3 hours |
| 1/9-1/10/97 | "Assessment and Treatment of Children With Sexual Behavior Problems" Toni Cavanaugh Johnson, Ph. D., 14 hours |
| 2/24-2/25/97 | "Rorschach Assessment of DSM-IV Personality Disorders" J. Reid Meloy, Ph.D., ABPP, Philip Erdberg, Ph. D., ABPP, 14 hours |
| 10/24/97 | "Assessment and Prediction of Violence" Randy Otto, Ph.D., ABPP, 6 hours |
| 7/16/98 | "Evaluation of Child Sexual Abuse Allegations" Kathryn Kuehnle, Ph. D., 6.5 hours |
| 1/15/99 | "Expert Testimony" Larry Cohen, Esquire, 3 hours |

| | |
|---|---|
| 2/12/99 | "Assessment of Sexual Offenders"<br>Harry Krop, Ph. D., 6.5 hours |
| 3/26-3/27/99 | "Cognitive Processing of Traumatic Memories"<br>Patricia Resick, Ph. D., 14 hours |
| 5/1-5/2/99 | "State of the Art Custody Evaluations"<br>Barry Bricklin, Ph. D. & Gail Elliot, Ph. D., 7 hours |
| 5/15-5/16/99 | "The Violent Mind"<br>Gregg O. McCrary, 7 hours |
| 7/12/7/14/99 | "The Civil Commitment of Sexually Violent Predators"<br>Florida State Hospital, 18 hours |
| 9/20-9/21/99 | "Assessing Psychopathy: Clinical and Forensic Applications of the Hare Psychopathy Checklist-Revised (PCL-R), 13 hours |
| 9/22/99 | "Using and Testifying About Sex Offender Risk Assessments"<br>Association for the Treatment of Sexual Abusers, 6 hours |
| 9/22-9/25/99 | "The Eighteenth Annual Research and Treatment Conference"<br>Association for the Treatment of Sexual Abusers, 12 hours |
| 10/21-22/99 | "Level I Clinician/Technician Training: Using the Monarch PPG System" Peter S. Byrne, M. S. |
| 10/19-20/99 | "Level II Clinician Training: The Monarch System and Plethysmograph" Robert Card, Ph. D. |
| 1/21-23/00 | "Violence, Aggression and Risk: Clinical and Legal Issues"<br>Forensic and Clinical Associates, P. A., 21 hours |
| 4/1-4/2/00 | "The Range of Forensic Practice: Civil, Criminal, and Ethical Issues" David, S. Shapiro, Ph. D., ABPP, 14 hours |
| 6/9/00 | "Psychological Evaluation in Workplace Discrimination Cases: Research, Law, and Practice, William E. Foote, Ph. D., ABPP, 7 hours |
| 6/10/00 | "Comprehensive Child Custody Evaluations"<br>Marsha Hedrick, Ph. D. ABPP, 4 hours |
| 6/11/00 | "Civil Forensic Applications of the MMPI-2"<br>Stuart Greenberg, Ph. D., ABPP, 7 hours |

| Date | Description |
|---|---|
| 6/12/00 | "Criminal Forensic Assessment: Exculpatory and Mitigating Defenses" Charles Patrick Ewing, J.D., Ph. D., ABPP, 7 hours |
| 10/12-13/00 | "The Assessment of the Sexually Violent Predator Using the Minnesota Sex Offender Screening Tool" Douglas Epperson, Ph. D. 13 hours |
| 10/31/00 | "Dynamic Predictors of Sex Offense Recidivism" Karl Hanson, Ph. D. and David Thornton, Ph. D., 3 hours |
| 11/1-11/4/00 | "The Nineteenth Annual Research and Treatment Conference" Association for the Treatment of Sexual Abusers, 18.5 hours |
| 2/8-2/9/01 | "Selected Issues in Sexually Violent Predator Assessment and Testimony," Dennis Doren, Ph. D., DABPS, ABPP and Phillip Havens, Esquire, 10.5 hours |
| 2/10/01 | Juvenile Sex Offender Treatment Training Florida Association of the Treatment of Sexual Abusers, 5 hours |
| 2/23/01 | Second Annual Statewide Summit: Standards of Practice for Custody Evaluations, Fifteenth Judicial Circuit of Florida |
| 5/7-5/8/01 | Conducting a Child Custody Evaluation: From Basic to Advanced Issues Philip Stahl, Ph. D., 14 hours |
| 8/9-8/10/01 | "Treatment of Sexual Offenders" 10.5 hours Ted Shaw, Ph. D., Alvin Butler, M. S., 10.5 hours |
| 11/7/01 | Comprehensive Assessment of Juvenile Sex Offenders James Worling, Ph. D., 6.5 hours |
| 11/8-11/10/01 | "The Twentieth Annual Research and Treatment Conference" Association for the Treatment of Sexual Abusers, 18.5 hours |
| 2/21-2/23/02 | "Consistency in Regulation" Association of State and Provincial Psychology Boards, 9.5 hours |
| 3/11-3/15/02 | "Homicide: Behaviors, Motives, and Psychology—A Gathering of Leading Experts", Specialized Training Services, 15 hours |
| 5/22-5/24/02 | "2002 Conference on Sexually Violent Predators" Liberty Healthcare, 21 hours |

| | |
|---|---|
| 10/2-10/5/02 | "The Twenty-First Annual Research and Treatment Conference" Association for the Treatment of Sexual Abusers, 18.5 hours |
| 2/7/03-2/8/03 | Florida Association for the Treatment of Sexual Abusers, 9 hours |
| 2/20-2/23/02 | "Serving the Profession By Protecting the Public" Association of State and Provincial Psychology Boards, 13.5 hours |
| 2/25/03-2/26/03 | "Sex Offenders: New Methods of Evaluation and Treatment" Anna Salter, Ph. D., 14 hours |
| 2/27-2/28/03 | "Current Aspects of Criminal Sexuality" Roy Hazlewood, M.S., 14 hours |
| 4/16-4/17/03 | "Profiling and Crime Analysis" Gregg McCrary, FBI (retired), 14 hours |
| 6/8/03 | "Challenging Issues in Conducting Custody and Dependency Evaluations" Deborah O. Day, Ph. D., 2 hours |
| 7/14/-7/17/03 | Florida Sex Crimes Investigators Conference, 21 hours |
| 8/18-8/19/03 | Assessing Psychopathy with PCL-R (2nd Edition) Robert Hare, Ph. D. and Anna Salter, Ph. D. 14 hours |
| 10/9-10/11/03 | "The Twenty-Second Annual Research and Treatment Conference" Association for the Treatment of Sexual Abusers, 15 hours |
| 10/15-10/19/03 | "The Role of Supervision in Licensure" Association of State and Provincial Psychology Boards, 13.5 hours |
| 10/20/03 | "Detection of Human Remains" Stetson University, 3 hours |
| 2/28/04 | "Clinical, Legal, and Ethical Considerations for Decisions on Evaluation and Treatment," Florida Association for the Treatment of Sexual Offenders, 5 hours |
| 5/7/04 | "Forensic Investigation: The Pursuit of Truth" Florida Coastal Law School, 7.5 hours |
| 6/14-6/18/04 | American Professional Society Against the Abuse of Children Forensic Interview Clinic, 40 hours |
| 10/20-10/23/04 | "Promoting Wellness in the Profession of Psychology" |

|  |  |
|---|---|
|  | Association of State and Provincial Psychology Boards, 5.5 hours |
| 10/28-10/30/04 | "The Twenty-Third Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 12 hours |
| 11/16-11/19/05 | "The Twenty-Fourth Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18.5 hours |
| 4/20-4/23/06 | "Protecting the Public: Challenges in Assessing Competence" Association of State and Provincial Psychology Boards, 6.5 hours |
| 9/27-9/30/06 | "The Twenty-Fifth Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18.5 hours |
| 10/25-10/29/06 | "Evolving Approaches to Assessing Competence" Association of State and Provincial Psychology Boards, 5.5 hours |
| 4/26-4/29/07 | "Assessing Competence Across the Professional Spectrum: Training to Practice" Association of State and Provincial Psychology Boards, 5.5 hours |
| 10/31-11/3/07 | "The Twenty-Sixth Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18 hours |
| 3/27-3/28/08 | "Preventing Sexual Abuse: Advances in the Evaluation and Treatment of Youthful and Adult Sexual Abusers," Sexual Abuse Intervention Network, 6 hours |
| 3/29/08 | "Adult Risk Assessment, " Dennis Doren, Ph. D. 6 hours |
| 4/10-4/13/08 | "Navigating Current Regulatory Challenges" Association of State and Provincial Psychology Boards, 5.5 hours |
| 10/29-11/2/08 | "Ongoing Regulatory Challenges in a Diverse and Changing World," Association of State and Provincial Psychology Boards, 5.5 hours |
| 10/22-10/25/08 | "The Twenty-Seventh Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18 hours |

| Date | Description |
|---|---|
| 2/3/09-2/5/09 | Civil Commitment of Sexually Violent Predators, Sexually Violent Predator Program, 16 hours. |
| 6/17-6/19/09 | "Current Issues of Concern Regarding Sexual Offenders," Anna Salter<br>"When those with Sexual Paraphilias Become more Violent," Reid Meloy<br>"Technology Facilitated Sexual Crimes Against Children," Robert Farley<br>"Critical Issues in Working with Sexually Violent Offenders," Roy Hazelwood, Specialized Training Services, 21 hours |
| 9/30-10/3/09 | "The Twenty-Eighth Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18 hours |
| 5/15/10 | Florida Association for the Treatment of Sexual Abusers Conference,<br>"Addressing Sexual Offender Treatment Progress and Completion"<br>"Addressing Sexual Offender Denial<br>"Assessment of Child Pornography Viewers<br>"Monitoring High Risk Behavior including Internet Use," 5 hours |
| 6/11-6/12/10 | 2010 Sexually Violent Predator Program Evaluator Training And Workshop, 11.5 hours |
| 10/13-10/17/10 | "Back to the Future: 50 Years of Psychology Regulation" Association of State and Provincial Psychology Boards, 5.5 hours |
| 10/18-10/19/10 | Sex Offender Civil Commitment Program Network Conference 9 hours |
| 10/20-10/23/10 | "The Twenty-Ninth Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18 hours |
| 4/7-4/10/11 | "Testing the Limits: Exam Security, Credentials Fraud, and Scope of Practice Issues" 5.5 hours |
| 6/2-6/4/11 | 2011 Sexually Violent Predator Program Evaluator Training And Workshop<br>Florida Department of Children and Families, 17.25 hours |
| 8/18-8/19/11 | "Level II Clinician Training: The Monarch System and Plethysmograph" Peter Byrne, Ph. D., 12 hours |
| 9/22-9/23/11 | 2011 Sexually Violent Predator Program Evaluator Training |

| | |
|---|---|
| | And Workshop<br>Florida Department of Children and Families, 12 hours |
| 11/2-11/5/11 | "The Thirtieth Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18 hours |
| 4/21/12 | Florida Association for the Treatment of Sexual Abusers Conference, 7.5 hours |
| 7/12-7/14/12 | 2012 Sexually Violent Predator Program Evaluator Training And Workshop<br>Florida Department of Children and Families, 18.5 hours |
| 10/17-10/20/12 | "The Thirty-First Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 18 hours |
| 5/17-5/18/13 | Florida Association for the Treatment of Sexual Abusers Conference, 12 hours |
| 3/29/14 | Florida Association for the Treatment of Sexual Abusers Conference, 7.5 hours |
| 10/30-11/1/14 | "The Thirty-Third Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers, 12 hours |
| 10/2/15 | Sex Offender Assessment and Management: The State-of-the Art in 2015, Global Institute of Forensic Research, 8.0 hours |
| 11/27/15 | Addressing Ethical Dilemmas with Sex Offenders<br>Global Institute of Forensic Research, 2.0 hours |
| 4/21/-4/22/16 | 2016 Sexually Violent Predator Program Evaluator Training and Workshop, Florida Department of Children and Families, 14.5 hours |
| 3/19/17 | Static-99R Booster Training<br>Leslie Maaike Helmus, Global Institute of Forensic Research, 3.0 hours |
| 4/28/17 | 2017 Sexually Violent Predator Program Evaluator Training and Workshop, Florida Department of Children and Families, 8.0 hours |
| 10/25/17 | "The Thirty-First Annual Research and Treatment Conference," Association for the Treatment of Sexual Abusers,<br>Pre-Conference Seminar Violence Risk Scale: Sex Offender Version, 8 hours |

| | |
|---|---|
| 11/28/17 | Global Institute of Forensic Research
- A Fresh Look at the Responsivity Principle in Treating People Who Have Sexually Abused
- Human Trafficking: Hidden In Plain Sight
- Registration and Notification of Juveniles Who Commit Sexual Offenses
- Using REBT for Sexual Behavior Problems
- Youth Fire-Setting:  Clinical and Forensic Considerations
- Female Sexual Offenders:  Who Are They and How Do We Treat Them
10 hours |
| 11/29/17 | Global Institute of Forensic Research
- Evidence-Based Approaches to Domestic Violence Risk Assessment
- Pornography Use in Adolescents with Problematic Sexual Behavior 3.0 hours |
| 5/19/18 | Current Issues in the Assessment, Treatment, and Management of Female Sexual Abusers
Effective Use of Polygraph
Key Ethical Principles in Sex Offender Assessment
Global Institute of Forensic Research, 5.0 hours |
| 5/20/2018 | The Risk of Sexual Abuse of Children (ROSAC) Post-Conviction Sex Offender Polygraph Tests (PCSOT)
Introduction to the VASOR-2
Creating Sexually Safer Congregations
Global Institute of Forensic Research, 5.5 hours |
| 5/29/18 | Overview of Transgenderism and the SRSTC Gender Dysphoria Treatment Program
Global Institute of Forensic Research, 1.5 hours |
| 3/8-3/9/19 | Florida Association for the Treatment of Sex Offenders Conference, 13 hours |
| 9/19-9/20/19 | 2019 Sexually Violent Predator Program Evaluator Training and Workshop, Florida Department of Children and Families, 15 hours |
| 11/4-11/5/19 | Sex Offender Civil Commitment Program Network, Atlanta, Georgia 11.25 hours |
| 9/13/20 | STABLE-2007 and ACUTE-2007
Global Institute of Forensic Research, 8 hours |