UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80173-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM SPEARMAN,

    Defendant.
    _____/

**JOINT NOTICE OF ADDITIONAL TIME NEEDED FOR SENTENCING**

Defendant, WILLIAM SPEARMAN, through counsel, provides notice he expects sentencing will take longer than the 30 minutes this Court allotted. As grounds, he states:

    1.    This Court scheduled sentencing for August 31, 2023 at 9:30 a.m. [DE 150] and allotted 30 minutes for that hearing. [DE 15].

    2.    At sentencing, Dr. Amy Swan, a forensic psychologist who evaluated Mr. Spearman, will testify about her findings. In addition, Mr. Spearman may call one or two civilian witnesses. He expects his presentation to take approximately two hours.

    3.    Undersigned counsel has contacted AUSA Kyle Reynolds and he advised the government's sentencing presentation will take between 90 minutes and two hours. The government expects to call no more than three witnesses – FBI SA David Backlund, SA Drew Steinmetz, and Data Scientist Jon-Robert Marsh.

4.    The parties also anticipate it will take approximately 30-45 minutes to address the unresolved PSR objections.

WHEREFORE Mr. Spearman respectfully notifies the Court that he expects the sentencing hearing will exceed the 30 minutes previously allotted for sentencing and requests this Court allow 5 hours to complete the hearing.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/ *Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@FD.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on August 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                            By: *s/Scott Berry*
                                                               Scott Berry