UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80173-CR-CANNON-2

**UNITED STATES OF AMERICA**

**vs.**

**WILLIAM SPEARMAN,**

   **Defendant.**
_____/

## AGREED MOTION TO CONTINUE SENTENCING HEARING

  COMES NOW the United States of America, by and through the undersigned counsels, and hereby requests a continuance of the sentencing hearing in this matter, and states as follows:

  On June 12, 2023, the defendant plead guilty to the first count of the Indictment (DE 147). The Court set a sentencing date of August 31, 2023 (DE 150). On August 22, 2023, the defendant filed joint notice of additional time needed for sentencing (DE 201). Based upon that filing and the length of the proposed sentencing hearing, the Court reset the sentencing for Friday, September 22, 2023, at 9:30 a.m. (DE 204).

  The government expects to have two or three witnesses testify at the sentencing hearing. They are all flying from the Washington D.C. / Baltimore area (as are two of the three undersigned counsel). Upon receiving the new sentencing date, the government inquired of its witnesses. At least one critical witness and the case agent, have unavailability due to preexisting conflicts in other matters on September 22, 2023. The government has conferred amongst its witnesses, its own counsel, as well as defense counsel, who has conferred with defense witnesses on this matter. The parties were able to agree on a date in mid-October that was convenient for the parties.

1

To that end, the parties would request the Court's continuing the sentencing of Mr. Spearman until October 18, 2023, at 1 p.m.

        Respectfully submitted,
        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:  s/ *GREGORY SCHILLER*_____
       Gregory Schiller
       Assistant United States Attorney
       Fla. Bar. 048477
       500 S. Australian Ave., Suite 400
       West Palm Beach, FL 33401
       Email: gregory.schiller@usdoj.gov

By:  *s/Kyle Reynolds*_____
       Kyle Reynolds (Court ID # A5502872)
       Trial Attorney

       William G. Clayman (Court ID # A5502958)
       Trial Attorney

       U.S. Dept. of Justice, Criminal Division
       Child Exploitation and Obscenity Section
       1301 New York Avenue, NW
       Washington, DC 20005
       Email: kyle.reynolds@usdoj.gov
       Email: william.clayman@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                       s/*Gregory Schiller*
                                       Gregory Schiller
                                       Assistant United States Attorney