UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**WILLIAM MICHAEL SPEARMAN,**

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

**THIS CAUSE** comes before the Court on the Government's Agreed Motion to Continue Sentencing Hearing [ECF No. 209]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Agreed Motion to Continue Sentencing Hearing [ECF No. 209] is **GRANTED** in accordance with this Order. No further changes to this hearing date will be made absent extraordinary circumstances. Defendant **William Michael Spearman's** sentencing hearing is hereby reset for 9:30 a.m. on Wednesday, October 25, 2023.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of August 2023.

                                                **AILEEN M. CANNON**
                                       **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record