UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WILLIAM MICHAEL SPEARMAN,**

    Defendant.

_____/

**ORDER GRANTING MOTION TO SEAL**

**THIS CAUSE** comes before the Court upon the Government's Motion to Seal Sentencing Memorandum and Response to Defendant Spearman's Motion for a Downward Variance [ECF No. 219]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Government's Motion to Seal Sentencing Memorandum and Response to Defendant Spearman's Motion for a Downward Variance [ECF No. 219] is **GRANTED**.

2. The Government's Sentencing Memorandum and Response to Defendant Spearman's Motion for a Downward Variance [ECF No. 220] will be publicly filed in redacted form [ECF No. 218], and an unredacted form will remain permanently under seal or until further order of the Court. Attachment A will be filed under seal until further order of the Court.

3. This Order shall not be filed under seal.

CASE NO. 22-80173-CR-CANNON

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 11th day of September 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**AILEEN M. CANNON**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record