UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80173-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM SPEARMAN,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, the Defendant, WILLIAM SPEARMAN, by and through the undersigned counsel, and requests this Court continue the sentencing hearing currently scheduled for October 25, 2023. As grounds, he states:

1. The Court scheduled this matter for a sentencing hearing on October 25, 2023 at 9:30 a.m.

2. On October 24, this Court's courtroom deputy advised the parties Mr. Spearman, who is in custody, has been admitted to the hospital and will not be available for sentencing on October 25.

3. Accordingly, the parties request sentencing be rescheduled for December 13, 2023.

4. AUSA Greg Schiller has advised the government does not object to this request.

1

WHEREFORE Defendant respectfully requests the Court to grant the above-styled motion.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

        s/ *Scott Berry*
        Scott Berry
        Assistant Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 0525561
        250 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        (561) 833-6288 - Telephone
        Scott_Berry@FD.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on October 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: *s/Scott Berry*
            Scott Berry