UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80173-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**WILLIAM MICHAEL SPEARMAN,**

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

**THIS CAUSE** comes before the Court on the Defendant's Unopposed Motion to Continue Sentencing Hearing [ECF No. 223]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Sentencing Hearing [ECF No. 223] is **GRANTED**. Defendant **William Michael Spearman's** sentencing hearing is hereby reset for **9:30 a.m. on Wednesday, December 13, 2023,** in the Fort Pierce Division, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of October 2023.

                                                **AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record