





**Scott Berry**

| | |
|---|---|
| **From:** | Donna Spearman |
| **Sent:** | Saturday, June 10, 2023 10:49 PM |
| **To:** | Scott Berry |
| **Subject:** | Fwd: Bill family |

Here are two pictures for you to meet Bill and his family.
The first one is his newest grandson ...born just prior to Bills leaving.
The second picture is of all of us the weekend before his arrest.
We could go on forever…will spare you that.
As Rob said…her brother is such a kind soul…..
Get Outlook for iOS

---

**From:** Robbie Klosky
**Sent:** Saturday, June 10, 2023 10:39 PM
**To:**
**Subject:**



1