

INTERNATIONAL BAPTIST CHURCH

만민침례교회

October 14, 2023

To: Whom it may concern.

This letter is to speak on behalf of William Spearman and ask for leniency. I am Howard Lockwood, Pastor of the International Baptist Church of Madison, Alabama. I have known William (Bill) for 15+ years and know his family very well. Bill and his family attend my church. I have noticed a change in Bill's personality over the years.

Bill is a good-hearted man who has health issues. He is a veteran retired from the army and did his service to the country. I know that his back has been bothering him ever since I have known him. I also know that over the years his medications have been increased and his pain has kept him from being able to do what he wants to do. Based on my limited experience as a pastor for over 25 years, he has been showing signs of depression in that he isolated himself from the world round him.

Bill is not the same man I first meet years ago. He has made mistakes in his life, just as we all have. As far as I know, Bill has been a good father and husband. I know his wife and son, Max, are doing OK, but they miss having Bill at home and that is where he should be.

Concerning Bill and the trouble that he is in, while I admit that I may not know all there is to know about this case, I do know that Bill is remorseful and wishes to put this behind him and move on with his life. He needs to be home with his wife and son.

Once again, I request that you be compassionate and lenient toward Bill.

Thank you for your favorable consideration and time. If you need further information, please feel free to contact me at Tel. # ███████.

Sincerely,

*Howard W. Lockwood*

Howard W. Lockwood
Pastor
International Baptist Church



DEFENDANT'S EXHIBIT 4