December 12, 2023

Letter in support of William Michael Spearman "Bill"

I am Bill's older sister and am writing this letter to ask for Bill's life background to be considered in his sentencing. I thought maybe I could help provide background and show that Bill isn't the monster that the impending charges would imply. He's a guy who loves his family, country, and when the opportunity arises, he likes to help out people who have hit hard times.

Bill was proud to join the Army when he turned 17 and serve his country. He got married and had two kids. He was very involved with his family when he was in country (i.e., coached the kids sports, participated in church, planned fun family trips), but he was called away to serve overseas many times over the years and missed a lot of family events. When he retired from the Army in 2009, he made the surprising decision (to all) to get divorced from his wife of 17 years.

He is currently married to Young Rang whom he met when he was in Korea for his last tour and they have an 8 year old son, Max. Bill's plan for Max was to be the Dad that he didn't get to be with his older kids ... be there for him during all phases of childhood. Max loves his Dad. He and Bill enjoyed playing Minecraft together. They built many Lego projects. Bill was usually the one that put Max to bed and they read books together every night. Max misses his dad and is currently very confused and worried about where Bill is.

Bill suffered from PTSD after serving in the Army ... he has bad night sweats, dreams, and over the years has taken many different medications. He suffered a back injury early in his Army career (parachuted and landed on an ambulance) and suffers severe back pain to this day. Again, He had many different procedures and took many medications over the years to help with the pain. These medications/procedures affected him psychologically and made it hard for him to interact in life over time. Many times my mom would say she was going with Bill to the VA hospital to have his disability re-evaluated, but he could not walk through the door. Hard for an Army guy to admit he had something wrong that he couldn't fix.

Bill has a very kind soul. He hired several guys over the years that were down on their luck to help do odd jobs that he needed done. He even kept Narcan at his house in case one of these guys had a drug episode while he was there with Bill. He also had some rental properties that he would give his tenants breaks when they were unable to pay when he really couldn't afford to do this. Even now in prison, Bill had Mom order one of his jail mates a food order for his birthday because he has nobody that cares about him.

When my Dad died in 2013, Bill's life changed dramatically. My Dad was his best friend. Concurrently, the Wyndham time shares that Bill owned and had been making a good living with changed their rules and he could no longer rent out his units and make a living. Bill ended up in a time consuming/stressful lawsuit with Wyndham. During this time frame, Bill was feeling defeated (not able to support his family). In 2014, Max was born and helped keep Bill with us. Gave him a purpose.

I moved back to SC from Washington State in 2021 (had been gone for 24 years). Since I moved back, I have been to Alabama to visit with Bill several times. He always had notes to remember to do things.



His memory had been getting bad. He was in a lot of pain. He took medications to wake up and medications to try and sleep. He walked with a cane. He would go out to his office in the garage to smoke and fall asleep. It was very frustrating to all of us to try and get him to participate.

I guess what I'm trying to say in a lot of words is that we love Bill. We don't understand how he got where he is today, but feel that he is important to fight for.

Thank you,

*Robbie Klosky*

Robbie Klosky