# Item 1B48 960 GB OCZ SSD – HQL0206656

| | |
|---|---|
| Name | 20191126_133622.jpg |
| File Ext | jpg |
| Logical Size | 1,639,335 |
| File Category | Picture |
| Signature | Match |
| Last Accessed | 08/30/22 01:04:53AM UTC |
| File Created | 11/26/19 07:44:29PM UTC |
| Last Written | 11/26/19 07:36:22PM UTC |
| MD5 | 81D705B535D35A10AB04B412B0FBF294 |
| SHA1 | 232B87CFB62E012A899E6023DB3CCC2375A4B4A7 |
| Item Path | C\Users\Bill\Desktop\Eddie\ |
| Physical Location | 238,376,910,848 |
| Physical Sector | 465,579,904 |
| Evidence File | 1B48_HQL020665_BitLocker_Logical |

Item 1B48 960 GB OCZ SSD – HQL0206656

