```
[02:43] kingPedo: "Pedo" in this context refers to the societal term, not the DSM5 psychological definition of pedophilia. Our moralfag society pretty much calls anybody who looks longer than 5s at a hot "minor" a pedo. Sad but true. And a kid with it's head chopped off doesn't meet the definition of pedophilia either and most would consider it off topic or disturbing.
[02:38] Chat: User ███████ left!
[02:29] Chat: User ███████████ joined!
[02:20] ██████: well atleast your moralfaggy views didnt ban hurtcore......
[02:17] ██████: thats fine.... its not a true pedo site either. if it was really true then we would ban nepi, toddler, hurtcore, teen, hebe, and only have what pedophilia actually is.
[02:04] kingPedo: Yes that's off topic and as long as I continue to pay 100% of the bills, my personal preference decides what's off topic. LOL.
[01:59] ██████: thats not off topic i think thats your personal preference on the issue. but whatever.
[01:59] ███████████: Now I can get on.
[01:57] Chat: User ███████████ joined!
[01:47] Chat: User ███████ left!
[01:46] ██████: Been changing circuits since 01:37. Looks like I'll need to re-boot.
[01:45] ██████: ███ is not loading for me ATM.
[01:44] kingPedo: muted [01:40] ███████ nice and clean little one [g] https://bathtub.pics/55DYEO --- redirects to FBI "Child Predator" page
[01:37] kingPedo: It's off topic.
[01:35] ██████: not even if its gore of children or necro, snuff? even if its labeled their is no issue surely. the users are aware of its contents....
[01:19] kingPedo: Yes, I know I'm a moralfag. LOL.
[01:18] kingPedo: You confused me with the comment "once i told him hurtcore is allowed he shut the fuck up". If somebody is posting other good content and posts gore then I'll remind them gore isn't allowed. But if all they do is post a gore/necro pic out of the blue I'll /mute them. I don't tolerate that shit.
[01:14] ██████: i never said gore is hurtcore.... the dude was bringing up morals so i shut him down.
[01:13] ██████: but muting someone for that 1 count of that offense when they posted gore is a bit petty.... maybe 3-5 times then yes he gets the mute. it was probably a accident also the whiny bitch never even pin-pointed him.
[01:07] kingPedo: Gore and necro aren't allowed to be posted at ███. That's not "pedo" and considered off-topic.
[01:06] kingPedo: @██████ hurtcore is not "headless gore". The poster should have been muted (and the "mute" noted here when you did it).
[00:41] Chat: User ██████ joined!
[00:29] ███████████: I think ███ is getting exit node black listed.
                                                                    [2022/10/23]
```