US v. Spearman
22CR 80173-AMC
Gov't Sentencing Exhibits
1a, 1b, 1c, 1d, 1e, 2c, 2d