UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80173-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM SPEARMAN,

    Defendant.
    _____/

## NOTICE OF APPEAL

Notice is hereby given that William Spearman, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 29th day of January, 2024.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    s/ *Scott Berry*
    Scott Berry
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 0525561
    250 South Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    Scott_Berry@FD.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: *s/Scott Berry*
                      Scott Berry